**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**DECEMBER 17, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Timothy Brownlee,<br>         Plaintiff,<br>              v.<br>Bolingbrook Sergeant Drew Peterson et al.,<br>         Defendants. | Case Number:<br><br>**07 C 7085**<br><br>**JUDGE CASTILLO**<br>**MAGISTRATE JUDGE DENLOW** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Timothy Brownlee, Plaintiff

| | |
|---|---|
| NAME (Type or print)<br>Arthur Loevy | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/  Arthur Loevy | |
| FIRM<br>Loevy & Loevy | |
| STREET ADDRESS<br>312 N. May St., Ste. 100 | |
| CITY/STATE/ZIP<br>Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>1682479 | TELEPHONE NUMBER<br>312-243-5900 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐