FILED
DECEMBER 17, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Timothy Brownlee, Plaintiff, v. Bolingbrook Sergeant Drew Peterson et al., Defendants. | 07 C 7085 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Timothy Brownlee, Plaintiff

JUDGE CASTILLO
MAGISTRATE JUDGE DENLOW

| | |
|---|---|
| NAME (Type or print) | Jon Loevy |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Jon Loevy |
| FIRM | Loevy & Loevy |
| STREET ADDRESS | 312 N. May St., Ste. 100 |
| CITY/STATE/ZIP | Chicago, IL 60607 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 6218254 |
| TELEPHONE NUMBER | 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |