AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Timothy Brownlee,
        Plaintiff

V.

Bolingbrook Sergeant Drew Peterson, Bolingbrook Police Officer Davi, Bolingbrook Police Officer John Doe, and the Village of Bolingbrook,
        Defendant

CASE NUMBER: **07 C 7085**

ASSIGNED JUDGE: **JUDGE CASTILLO**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE DENLOW**

TO: (Name and address of Defendant)

Bolingbrook Police Officer Davi
375 West Briarcliff Rd.
Bolingbrook, IL 60440

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 North May St., Ste. 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

_(signature)_
(By) DEPUTY CLERK

December 18, 2007
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 12/18/07 |
| NAME OF SERVER (PRINT) Anne Gottschalk | TITLE paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, return receipt requested, to: Bolingbrook Police officer Davi, 375 West Briarcliff Rd, Bolingbrook IL, 60440

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/18/07
             Date              Signature of Server

312 N May St, Ste 100, Chicago, IL 60607
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure