CGP/423772                                                                                              6121-213

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BROWNLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 07 CV 7085 |
| BOLINGBROOK SARGENT DREW ) | |
| PETERSON, ) | Judge Ruben Castillo |
| BOLINGBROOK POLICE OFFICER ) | |
| DAVI, ) | |
| BOLINGBROOK POLICE OFFICER ) | |
| JOHN DOE, and the VILLAGE OF ) | |
| BOLINGBROOK, ) | |
| ) | |
| Defendants. ) | |

**AGREED MOTION FOR EXTENSION OF TIME FOR ALL DEFENDANTS TO ANSWER OR OTHERWISE PLEAD**

NOW COME, Defendants Village of Bolingbrook and Defendant Davi, by and through their attorneys Tressler, Soderstrom Maloney & Priess, LLP, and move this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for an enlargement of time for all Defendants to answer or otherwise respond to Plaintiff's Complaint to February 13, 2008.

1. Plaintiff's Complaint was filed on December 17, 2007, and Defendants Village of Bolingbrook and Defendants Savi were served on our about December 18, 2007.

2. Defendants' counsel has recently been engaged for these Defendants and needs additional time to prepare a response to the Complaint.

3. In addition, these Defendants' counsel and Plaintiff's counsel have conferred and Plaintiff's counsel does not object and concurs in the extension.

1

4. In addition, Defendants' Counsel and Plaintiff's counsel have discussed this extension, and it will allow the Plaintiff's counsel and Plaintiff time to review several documents and video these Defendants are willing to provide prior to the initiation of discovery, which will possibly provide Plaintiffs the opportunity to add and/or drop Defendants prior to a responsive pleading being filed. Thus, Defendants will only need to answer or otherwise plead once to a Complaint and thereby streamline this case.

5. This motion is not presented for purposes of delay and the parties intend to adhere to the previously established dates by the Court.

WHEREFORE, Defendants Village of Bolingbrook and Defendants Davi respectfully request that this Court grant the unopposed motion and set the time to answer or otherwise plead for all Defendants to February 13, 2008.

VILLAGE OF BOLINGBROOK AND OFFICER DAVI

By: s/Craig G. Penrose
One of Their Attorneys

Craig G. Penrose
Attorney for Village of Bolingbrook and Davi
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000
(312) 627-1717 (Fax)
E-mail:
cpenrose@tsmp.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Russell Ainsworth
Loevy &Loevy
312 N. May Street
Suite 100
Chicago, Il 60607
Russell@loevy.com


**Attorney for Plaintiff Timothy Brownlee**

s/Craig G. Penrose