CGP/423779                                                                                      6121-213

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BROWNLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 07 CV 7085 |
| BOLINGBROOK SARGENT DREW ) | |
| PETERSON, ) | Judge Ruben Castillo |
| BOLINGBROOK POLICE OFFICER ) | |
| DAVI, ) | |
| BOLINGBROOK POLICE OFFICER ) | |
| JOHN DOE, and the VILLAGE OF ) | |
| BOLINGBROOK, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Russell Ainsworth
      Loevy &Loevy
      312 N. May Street
      Suite 100
      Chicago, Il 60607

   PLEASE TAKE NOTICE that on Tuesday the 15th of January, 2008, at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, Room 2141, 219 South Dearborn, Chicago, Illinois and shall then and there present **DEFENDANTS' AGREED MOTION FOR AN EXTENSION TO ANSWER OR OTHERWISE PLEAD,** a copy of which is attached and hereby served upon you.

                                        Respectfully submitted,
                                        By:  s/Craig G. Penrose
                                             Craig G. Penrose

Craig G. Penrose
Attorney for Village of Bolingbrook and Davi
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive, Chicago, Illinois 60606
 (312) 627-4000(312) 627-1717 (Fax)
E-mail:cpenrose@tsmp.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Russell Ainsworth
Loevy &Loevy
312 N. May Street
Suite 100
Chicago, Il 60607
Russell@loevy.com


**Attorney for Plaintiff Timothy Brownlee**



s/Craig G. Penrose