## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Timothy Brownlee
                      Plaintiff,

v.                                              Case No.: 1:07−cv−07085
                                                             Honorable Ruben Castillo

Drew Peterson, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 11, 2008:

      MINUTE entry before Judge Ruben Castillo :Motion hearing set for 1/15/2008 is vacated. defendants Village of Bolingbrook and Officer Davi's agreed motion for extension of time for all defendants to answer or otherwise plead [14] is granted. All defendants should answer or otherwise plead to the complaint on or before 2/13/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.