# EXHIBIT B

```
                                                                        1   CSP048
         COURT DOCKET - WILL COUNTY CIRCUIT CLERK          Date:  1/31/200
                                                           Time: 13/44/4
                                                           Page:       1
       2007 CM 002121   Judge: POWERS MICHAEL J    From 0/00/0000 To 99/99/
                                                           User: MLWN
                                                           Wsid: CCLK200A
            Case Names            Attorney Names           All Entries F
                  VS
         BROWNLEE TIMOTHY R       KUTNICK JOSHUA B
         SANDIFER TIAAEN

   Date
 5/29/2007  Charge 01 Count 001 ATTEMPT OBSTRUCT JUST/DESTROY EVIDENCE May 28,20
            Defendant BROWNLEE TIMOTHY R
            Statute 720 5/31-4(a)  Class A  CSA A  Orig.
            Agency: BOLINGBROOK VILL  Charge Instr: COMPLAINT

 5/29/2007  Mittimus For Failure To Give Bail Filed

 5/29/2007
            People present by DEBRA J. WENDLING. Defendant present in custody
            of the Will County Sheriff pursuant to video court. Complaint is
            filed and copy served on the defendant. Charges and rights
            explained. Defendant enters a plea of not guilty. Defendant
            advises the Court he will hire private counsel. Case is set for
            jury pretrial. Based on sworn testimony of Assistant State's
            Attorney, DEBRA J. WENDLING, Court finds probable cause to continue
            the defendant's detention. Gerstein hearing completed. Bond set in
            the amount of $1,000.00- 10% to apply. Copy of mittimus issued in
            open court. Defendant remanded to the custody of the Will County
            Sheriff.
            Pretrial Jun 26,2007 09:00AM Rm302  Judge POWERS
            Judge:LORZ ROBERT C    Rep:ELECTRONIC RECORDING   Clerk:BHHY  M

 5/29/2007  Complaint - ATTEMPT OBSTRUCTING JUSTICE

 5/30/2007  Bond Type Bail $100.00 Bond $1000.00 Defendant BROWNLEE TIMOTHY R
            Assignment SANDIFER TIAAEN  Judge POWERS MICHAEL J
            Return Date Jun 26,2007 09:00AM Rm302  Judge POWERS

 5/31/2007  Sheriff Fee Bill Filed May 28,2007 Judge LORZ Amt $41.00

 6/26/2007  Appearance on behalf of defendant FILED BY Atty KUTNICK JOSHUA B

 6/26/2007  See Order Signed FILED BY Asst States Attorney LESZCYNSKI LAURENCE

 6/26/2007  TF - Defendant's Motion To Continue
            People present by Laurence Leszcysnki. Defendant appears in
            person and by Attorney Lisa Kinser for Attorney Joshua
            Kutnick. Motion of the defendant, case is continued for
            pretrial. Schmidt discovery is ordered tendered by July 10,
            2007. SOS
            Pretrial Jul 26,2007 09:00AM Rm302  Judge POWERS
            Judge:POWERS MICHAEL J  Rep:ELECTRONIC RECORDING   Clerk:HRTD  M

 7/26/2007  See Order Signed FILED BY Asst States Attorney LESZCYNSKI LAURENCE

 7/26/2007  TF - Defendant's Motion To Continue
            People present by Laurence Leszcysnki. Defendant appears in
            person and by Attorney Lisa Kinser for Attorney Joshua

              C O N T I N U E D   O N   N E X T   P A G E

                                                              000021
```

COURT DOCKET - WILL COUNTY CIRCUIT CLERK                    2    CSP048
                                                       Date: 1/31/200
                                                       Time: 13/44/4
                                                       Page:     2
2007 CM 002121   Judge: POWERS MICHAEL J    From 0/00/0000 To 99/99/
                                                       User: MLWN

Date
7/26/2007   Kutnick. Attorney Lisa Kinser is given leave to withdraw as
            co-counsel. Motion of the defendant, case is continued for
            pretrial and Rule to Show Cause against Attorney Joshua
            Kutnick. SOS
            Pretrial Aug 01,2007 09:00AM Rm302  Judge POWERS
            Judge:POWERS MICHAEL J  Rep:ELECTRONIC RECORDING  Clerk:HRTD  M

8/01/2007
            PEOPLE OF THE STATE present by JACK ZAREMBA. Defendant appears in
            person and by Attorney, Joshua Kutnick. Matter comes on for
            pretrial. The Rule to Show Cause against Mr. Kutnick is withdrawn.
            Defendant enters a plea of not guilty. By agreement of the
            parties, case is set for bench trial. Discovery is acknowledged.
            Defendant agrees that speedy trial demand is tolled until
            September 20,2007. SOS
            Bench Trial Sep 20,2007 09:00AM Rm302  Judge POWERS
            Judge:POWERS MICHAEL J  Rep:ELECTRONIC RECORDING  Clerk:KATE  M

8/01/2007   Waiver of Trial By Jury FILED BY  Defendant BROWNLEE TIMOTHY R

8/01/2007   See Order Signed FILED BY  Atty KUTNICK JOSHUA B

9/20/2007
            People of the State present by Emily Klunk. Defendant is
            present and by Attorney, Joshua Kutnick. Matter is called
            for bench trial at 9:35 a.m. State makes an oral motion
            to continue. Motion is denied. On motion of the People,
            case is dismissed. Order enters nolle prosequi. Defendant
            files Speedy Trial Demand in open court; copy served on
            the State. Bond to be refunded to surety.
            Judge:POWERS MICHAEL J  Rep:ELECTRONIC RECORDING  Clerk:KATE  M

9/20/2007   Demand for Speedy Trial FILED BY  Atty KUTNICK JOSHUA B

9/20/2007   Disposition 01/00  Count 001  No Fine & Cost Signed
            Judge POWERS MICHAEL J   Defendant Present BROWNLEE TIMOTHY R
            Atty KUTNICK JOSHUA B   Asst States Attorney KLUNK EMILY R
            Disposition: Nolle Prosequi ATTEMPT OBSTRUCT JUST/DESTROY EVIDENCE
            Disposition Type: Court Action  Defendant Plea: No Plea Entered
            Statute 720 5/31-4(a)  Class A  CSA A  Orig.
            Sentence: 09/20/2007
            No Fine & Cost                .00
            Status:Closed  Report:Terminated  Sep 20,2007
            Judge:POWERS MICHAEL J                              060022

9/27/2007   Bond Refund Fee $100.00  Amt $90.00  Bond Used
            Defendant BROWNLEE TIMOTHY R

CERTIFICATION
I, PAMELA J. MCGUIRE, CLERK OF
THE 12TH JUDICIAL CIRCUIT WILL
COUNTY ILLINOIS, CERTIFY THIS
TO BE A TRUE COPY OF AN
ORIGINAL RECORD OF THIS CIRCUIT
COURT.
SIGNED Pamela J McGuire   1/31
       CLERK              DATE