UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Timothy Brownlee
                            Plaintiff,

v.                                                Case No.: 1:07−cv−07085
                                                          Honorable Ruben Castillo

Davi, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 15, 2008:

      MINUTE entry before Judge Ruben Castillo :Settlement conference held in chambers on 2/15/2008. Defendant's pending motion to dismiss [21] is denied without prejudice to its renewal as a motion for summary judgment after full discovery. Motion hearing set for 2/19/2008 is vacated. Plaintiffs are requested to fully exhaust all remaining settlement possibilities in light of the Court's specific recommendation. Defendants should make any written offer on or before 2/29/2008. The Court will hold a status hearing in open court on 3/5/2008 at 9:00 AM.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.