UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Timothy Brownlee
      Plaintiff,

v.                Case No.: 1:07−cv−07085
                 Honorable Ruben Castillo

Davi, et al.
      Defendant.


## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

   Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Morton Denlow for the purpose of holding proceedings related to: an expedited settlement conference.(rao, )Mailed notice.

Dated: March 5, 2008

                       /s/ Ruben Castillo

                       United States District Judge