# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Timothy Brownlee

                                Plaintiff,

v.                                                          Case No.: 1:07−cv−07085
                                                            Honorable Ruben Castillo

Davi, et al.

                                Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

        MINUTE entry before Judge Honorable Morton Denlow:Defendant having indicated no interest in participating in a settlement conference and is unwilling to make a settlement offer in this case, the settlement conference set for 4/21/08 is stricken. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Morton Denlow.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.