UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Timothy Brownlee
                          Plaintiff,

v.                                        Case No.: 1:07−cv−07085
                                                  Honorable Ruben Castillo

Davi, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2008:

      MINUTE entry before Judge Honorable Ruben Castillo:Status hearing held on 4/24/2008 and continued to 5/29/2008 at 9:45 AM. Jury trial set for 9/2/2008 at 9:45 AM. Any dispositive motions will be due on or before 7/31/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.