CGP/435366                                                                                                                                                  6121-213

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BROWNLEE, | ) | |
|                 Plaintiff, | ) ) ) | |
| v. | ) ) | No. 07 C 7085 |
| VILLAGE OF BOLINGBROOK, BOLINGBROOK POLICE OFFICER DAVI, BOLINGBROOK POLICE OFFICER SMETTERS, and BOLINGBROOK POLICE SERGEANT HILLIARD, | ) ) ) ) ) ) | Judge Ruben Castillo |
|                 Defendants. | ) | JURY TRIAL DEMANDED |

### ALL DEFENDANTS' MOTION
### TO STRIKE EXPERT REPORT OF PLAINTIFF AND BAR TESTIMONY

NOW COME, Defendants, by and through their attorneys Tressler, Soderstrom Maloney & Priess, LLP, and move to strike Expert Report as not incompliance with Fed. R. Civ. Proc. 26, Fed. R. Ev. 702 and *Daubert* and to bar any expert testimony and in support thereof state as follows:

    1.    On December 17, 2007 Plaintiff filed his complaint against the Village of Bolingbrook and various Bolingbrook police officers making claims of false arrest and excessive force under 42 U.S.C. § 1983 and state law, among other claims.

    2.    On June 3, 2008, Plaintiff sent via facsimile a purported expert report containing 11 expert opinions.

    3.    As more fully explained in the accompanying Memorandum to this motion, the Report is insufficient under Civil Rule 26, Evidence Rule 702 and *Daubert*.

WHEREFORE, the Defendants respectfully request that given the failure of the report under Rule 26, Evidence Rule 702 and *Daubert,* this Court should strike the report and bar any expert testimony related to the report.

Respectfully submitted,

By: s/Craig G. Penrose
Craig G. Penrose

Craig G. Penrose
Attorney for Defendants
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive, Chicago, Illinois 60606
(312) 627-4000(312) 627-1717 (Fax)
E-mail:cpenrose@tsmp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:


Russell Ainsworth
Loevy &Loevy
312 N. May Street
Suite 100
Chicago, Il 60607
Russell@loevy.com


**Attorney for Plaintiff Timothy Brownlee**


                                                                                        s/Craig G. Penrose