# EXHIBIT A

GREGORY THOMAS JOHNSON
EXPERT OPINION WITNESS
7834 w. 95TH. STREET
Hickory Hills, Ill. 60457
708-599-6664

May 29, 2008

Case Number 2008-113 (Expert)

CLIENT:
Mr. Timothy Brownlee

LAW FIRM OF LOEVY & LOEVY
ATTORNEY RUSSELL AINSWORTH

Gregory T. Johnson
Expert Opinion Witness
Opinion Report

07 C 7085---------------------- IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MR. TIMOTHY BROWNLEE

VS.

VILLAGE OF BOLLINGBROOK, ILLINOIS
POLICE OFFICERS: SALVTORE DAVI,
DANIEL SMETTERS, & RICHARD HILLIARD

Page 2

Case Number 2008-113 (Expert)

BROWNLEE V. VILLAGE OF BOLLINGBROOK, IL.

I have reviewed the following evidence in the case of Brownlee v. Village of Bollingbrook, Ill. et al.

    A. Bollingbrook, Ill Police Department Incident Report of May 28, 2007.
       RD # CR-07-19476.  One and a half pages.


    B. Bollingbrook, Ill. Police Department Incident Report of May 28, 2007
       RD # CR-07-19476.  Three pages.


    C. Bollingbrook, Ill. Police Department Internal Affairs Report regarding the complaint
       of Mr. Timothy Brownlee regarding his arrest on May 28, 2007.


    D. Will County Criminal Complaint 2007 CM 002121.   Judge Powers.


    E. Village of Bollinbrook, Ill. Police Department arrest booking form and personal
       property report of Timothy Brownlee for May 28, 2007.


    F. Photos of Timothy Brownlee after medical treatment on May 28, 2007.


    G. Photo copy of Timothy Brownlee's Illinois Drivers License


    H. Civil Court Case , Northern District of Illinois 07 C 7085
       1. First ammended complaint.
       2. Answers to First Amended Complaint.

    J. Video of the Bollingbrook, Ill.Police Department lock-up area for May 28, 2007.
       Audio Transmission of Bollingbrook, Ill. police communication tape of May 28, 2007.


    K. The sworn deposition of Officer Salvatore Davi and Daniel Smetters.

BROWNLEE V. VILLAGE OF BOLLINGBROOK. IL.

MY OPINIONS IN THIS CASE ARE AS FOLLOWS:

1    Officer Davi was in front of 3 Rye Court Bolingbrook, Il.when Mr. Brownlee returned
to his home, proper Police Procedure would be to ask for a printed government identification.
Due to the fact that Mr. Brownlee was driving, Officer Davi would have required him to
produce his Illinois Drivers License or Officer Davi could have issued him a traffic citation,
for failure to carry or produce a Illinois Drivers License..

2.    Officer Davi returned to the Brownlee residence for the purpose of arresting Mr. Brownlee
for obstruction of justice. Officer Davi did not have an ARREST WARRANT for Mr.
Brownlee as required by a ruling of the United States Supreme Court, for arrests that are
NOT in immediate pursuit and the person to be arrested is in a dwelling.

3.    Officer Davi arrested Mr. Brownlee for obstruction of justice, for allegedly giving him a
false last name. This incident is not an element of the Illinois Statue Obstructing Justice
5/31-4. ( Officer David in his sworn deposition of March 25, 2008 page 239 admitted
that he did not know the elements of the offense of Obstructing Justice.)

4.    When Officer Davi investigated the call of a disturbance at 4 Rye Court Bolingbrook, Il.
he requested printed government identification from Mr. Brownlee and Ms. Sandifer. ( Ms.
Sandifer is the fiance of Mr.Brownlee.) Officer Davi did not request a printed government
identification from Mr & Mrs Paushe the next door neighbors who were having a neighbor
dispute with Mr. Brownlee and Ms. Sandifer. Both parties were verbally fighting,
and swearing at each other in the presence of Officers Davi and Smetters proper Police
Procedure would have been to ask for printed government identification of all parties
involved in this incident

5.    Officer Davi arrested Mr. Brownlee without a warrant. handcuffed him and placed him in
the back seat of his squad car without SEARCHING him This action is violation of
proper police practices and procedures, and it could place Officer Davi's safety in
jeopardy.

6.    Officer Davi while driving Mr. Brownlee to the Bollingbrook Police Department stopped
his squad car at Boughton and Goodwin avenues and remove Mr. Brownlee from the
back seat of the squad car and search him. because Officer Davi heard Mr. Brownlee talking
on the speaker of his cell telephone. During the search of Mr. Brownlee, Officer Davi used
unnecessary force while searching Mr. Brownlee's groin area. Officer Davi removed the
cell telephone from Mr. Brownlee and placed him into the back seat of his squad car and
proceeded to the police station. This stop was dangerous and unnecessary and and against
proper Police Procedures. Officer Davi should have driven directly to the Bollingbrook
Police Station entered through the Sally Port and then removed Mr. Brownlee from the
police squad car for arrest and booking procedures. .

Page 4                                          Case Number 2008-113 ( Expert)

BROWNLEE V. VILLAGE OF BOLLINGBROOK, IL.

7.  Enroute to the Bollingbrook Police Station , Officer Davi told Mr. Brownlee that
    "NIGGERS DO NOT BELONG IN BOLLINGBROOK." and that he and other officers
    were going to kick his ass at the police station. If this allegation is true this statement
    is totally unprofessional, inappropriate conduct on the part of Officer Davi and is nothing
    short of RACISM.

8.  When Officers Davi and Smetters placed Mr. Brownlee in the lockup area they searched
    him again removed his sandals, and sweat pants and placed Mr. Brownlee in a holding cell
    NAKED. This conduct is outrageous and a violation of the Rules and Regulations , and the
    General Orders of the Bollingbrook Police Department. ( Having been involved in Law
    Enforcement and Private Investigation for 39 years I have never heard of an arrestee
    being treated in such an unprofessional , and inappropriate manner.: This treatment was
    totally against all proper Police Procedures.)

9.  Officer Davi sent Officer Smetters back to 4 Rye Court Bollingbrook, Ill. where he took
    a written statement from Mr. Mrs. Pausche. Subsequent to receiving this statement Officer
    Davi charged Mr. Brownlee with the offense of disorderly conduct. 5/26-1. There was
    no probable cause to arrest Mr. Brownlee at this time. Proper Police Procedure would have
    dictated that if Officer Davi was going to arrest Mr. Brownlee, for disorderly conduct he
    should have done it when he was on the scene of the incident. Officeer Davi left the scene and
    requested that both parties try to get along. There was no probable cause to arrest Mr..
    Brownlee at that time.

10. Mr. Brownlee refused to come out of his cell because he was barefoot, and standing
    on a concrete tile floor. He requested that the Officers give him his sandals back. Officers
    Davi, Smetters and Sgt. Hilliard dragged Mr. Brownlee out of his cell and brought him
    to the front of the booking area. At this time all three Officers took Mr Brownlee to.
    floor and began to knee him in his back and neck and placed his arms behind his back in a
    painful position. Mr. Brownlee made no effort to resist the Officers in anyway and Mr..
    Brownlee went limp. ( Passive Restiance). Mr. Brownlee was handcuffed again, during this
    time Sgt. Hilliard applied a police control technique to Mr. Brownlee's right thumb,.
    as a result of this use of the police control technique Mr. Brownlee's right thumb was broken.

    all of the actions of these three Police Officers was totally unprofessional and against proper
    Police Practices.. The actions of Sgt. Richard Hilliard were an unnecessary use of fore and
    therefore excessive under the circumstances.

11. Officers Davi, Smetters, and Sgt. Hilliard failed to appear in the Will County Court
    House concerning the charges against Mr. Brownlee. This was totally unprofessional,
    and against proper police practices, and a violation of the Bollingbrook Police Department
    General Order Number 24 dated March 16, 2006.. As a result of their failure to appear

Page 5

Case Number 2008-113 (Expert)

BROWNLEE V. VILLAGE OF BOLLINGBROOK, IL.

MY OPINIONS ARE BASED ON MY POLICE TRAINING AND LAW ENFORCEMENT
EXPERIENCE OF ALMOST FOURTEEN YEARS., HAVING MADE OVER 150 FELONY
AND GUN ARREESTS WHILE ASSIGNED TO THE TASK FORCE OF THE CHICAGO
POLICE DEPARTMENT, AS WELL AS THE INSTRUCTION I GAVE TO OVER 3,000
CHICAGO, SUBURBAN AND SHERIFF'S POLICE RECRUITS AS THE CHIEF INSTRUC-
TOR OF DEFENSIVE TACTICS AT THE TIMOTHY J. O'CONNOR POLICE TRAINING
DIVISION., AND MY FIVE YEARS AS A COOK COUNTY STATES ATTORNEY INVES-
TIGATOR ASSIGNED TO THE SPECIAL PROSECUTIONS BUREAU AT 2600 S.
CALIFORNIA AVE. CHICAGO, ILLINOIS. AND MY REVIEW OF 64 POLICE PROCED-
URES , PRACTICES AND USE OF FORCE CIVIL CASES AS AN EXPERT OPINION
WITNESS .AND MY REVIEW OF THE EVIDENCE IN THIS CASE.

GREGORY T. JOHNSON
EXPERT OPINION WITNESS
MAY 29, 2008

GREGORY   THOMAS   JOHNSON
EXPERT OPINION WITNESS
Police Procedures, Pursuits, Practices, Use of Force & Security Procedures
7834 W. 95th. Street
Hickory Hills, Ill. 60457
708-599-6664
708-598-7734 (FAX)

Date: 5/20/08

ATT. Russell Ainsworth

1. Review all pertinent reports, depositions, photographs, video and audio tapes ,

   physical evidence and form an opinion.----------------------------------------------$ 2,500.00

2. Prepare for deposition.-----------------------------------------------------------------$ 2,500.00

3. Prepare for court testimony----------------------------------------------------------$ 2,500.00

There is no fee for my appearance at the deposition or my testimony in court.

**************************************************************************

Cases reviewed to date---------------------------------------65

Depositions given to date----------------------------------- 36

Total Cases Court Testimony given.------------------------15

Total Cases Court testimony given Circuit Court.---------10

Total Cases Court testimony given U.S. District Court----5

Gregory T. Johnson
Expert Opinion Witness

Page 2     Gregory T. Johnson

1.
August 3, 1989

ATTORNEY KENNETH CHESSICK--------------------------------Improper Police Procedures.

Krantz v. Village of Barrington Hills.----------------------U.S. District Court, Northern District

Witness for the Plaintiff

Court Testimony Given.

Decision for the Plaintiff.-------------------------------------------Amount of verdict unknown

*************************************************************************
December 16, 1992

2.
ATTORNEY ELIZABETH HUBBARD-------------------------------------------------Excessive Force

Blake v. City of Chicago-------------------------------------------------Circuit Court of Cook County

Witness for the Plaintiff

Deposition given.

Case settled before court..-------------------------------------------Amount of Settlement Unknown.

*************************************************************************

April 5, 1993

3.

ATTORNEY STEVEN B. MUSLIN-------------------------------------------------Excessive Force.

Hall v. City of Chicago et al.-------------------------------------------Circuit Court of Cook County

Witness for the Plaintiff

Case settled before court.-------------------------------------------Amount of Settlement Unknown

Page 3     Gregory T. Johnson

June 22, 1993

ATTORNEY STEVEN B. MUSLIN---------------------------------------------------Excessive Force
4.
Riley v. City of Chicago et al.-------------------------------------------Circuit Court of C ook County

Witness for Plaintiff.

Deposition Given

Case settled before Court.--------------------------------------------Amount of Settlement Unknown

*************************************************************************

September 28, 1993
5.
ATTORNEY PAUL GRAUER---------------------------------------------Improper D.U. I. Arrest

Grauer v. Village of Schaumburg------------------------------U.S. District Court, Northern Illinois

Witness for Plaintiff

Court Testimony Given

Jury Award-------------------------------------------------------------------------------$ 550, 000.00

*************************************************************************

February 14, 1995
6.
SNYDER, CLARKE et al.-------------------------------------------------------------Excessive Force

Huffman v. Grinnell et al-------------------------------------------------Circuit Court of Cook County

Witness for the Plaintiff

Deposition Given

Case settled before Court-------------------------------------------Amount of Settlement Unknown

Page 4      Gregory T. Johnson

7.
February 26, 1996

ATTORNEY LEO BLEIMAN  ------------------------------------------------------Inadequate Security

Koldziejczak  v Melvin Simon & Corporate Security----------------Circuit Court of Cook County

Witness for the Plaintiff

Court Testimony Given

Jury Award---------------------------------------------------------------------------- $ 3,000,000.00

*************************************************************************
8.
March 11, 1996

ATTORNEY STEVEN B. MUSLIN-----------------------------------------Improper Police Pursuit.

Reed V. City of Chicago ---------------------------------------------- Circuit Court of Cook County

Witness for the Plaintiff

Court Testimony Given

Jury Award------------------------------------------------------------------------$ 750,000.00

*************************************************************************
9.
June 20, 1995

DOMBROWSKI & SORENSON---------------------------------Police Excessive Force (Shooting)
ATTORNEY STANLEY & ASSOC.

Boyd v. City of Chicago–& Walgreens Drugs--------------U.S. District Court, Northern District

Witness for the Plaintiff.

Case against Walgreens settled before court.-----------------------------------$ $ 50,000.00

Case against the City of Chicago , decision for the defendant.

Page 5   Gregory T. Johnson

10.

February 18, 1995

ATTORNEY ROBERT ROSIN-----------------------------Police Excessive Force ( Shooting)

Yates v. City of Chicago----------------------------------U. S. Federal Court, Northern District

Witness for the Plaintiff

Case settled before court----------------------------------------------------Amount not disclosed.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

11.

April 17, 1996

ATTORNEY STEVEN FIORENTINO---------------------------------------Improper police pursuit

Waiyachote v. City of Chicago-------------------------------------------Circuit Court of Cook County

Witness for the plaintiff.

Deposition given

Case settled before court.---------------------------------------------------------------$ 750,000.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
12.

May 25, 1996

ATTORNEY MIKE PANTER----------------------------------------------Improper Police Pursuit

Silver v. City of Chicago.----------------------------------------------Circuit Court of Cook County

Witness for the plaintiff.

Court Testimony Given.

Jury Verdict------------------------------------------------------------------------ $ 50,000.00

Page 6     Gregory T. Johnson

13.

September 25, 1996

CORBOY & DEMETRIO---------------------------------Improper Use of Emergency Equipment

Barlow v. City of Chicago-------------------------------------------Circuit Court of Cook County

Witness for the plaintiff

.Deposition given.

Case settled before court.---------------------------------------------------------------$ 900,000.00

*******************************************************************************

14.

January 12, 1997

PUGH, JOHNSON ET AL.-------------------------------------------------Police Excessive Force

Hogue v. Village of Forestview et al.----------------------------U.S. Federal Court, Northern District

Witness for the plaintiff.

Case settled before court-------------------------------------------Amount of settlement not disclosed.

*******************************************************************************
15.

February 27, 1997

ATTORNEY ROGER HUTCHINSON ---------------------Police Excessive Force. (Shooting)

Renteria v. City of Chicago----------------------------U.S. Federal Court, Northern District

Witness for the Plaintiff.

Case settled before court.---------------------------------------------------------------$ 200,000.00

*******************************************************************************

Page 7    Gregory T. Johnson

16.

March 27, 1997

ATTORNEY RICHARD HUTCHINSON---------------------------------Police Excessive Force

Walters v. Village of Dixmoor---------------------------------U.S. Federal Court, Northern District

Witness for the Plainfiff

..

Case settled before court-------------------------------------------------------------------------$ 15,000.00

********************************************************************************

17.

December `15, 1997

SCHNEIDER & SCHNEIDER -----------------------------------------Improper Police Procedures

Mallary v.County of Cook, Village of Dolton et al.---------U.S. Federal Court, Northern District

Witness for the plaintiff.

Case dismissed..

*******************************************************************************

18,

April 24, 1998

ATTORNEY PATRICK BROOKS----------------------------Police Excessive Force  (Shooting)

Brawner v. City of Chicago--------------------------------------------Circuit Court of Cook County

Witness for the Plaintiff.

Court Testimony Given..

Decision for the Defendant.

*******************************************************************************

19.

August 12, 1998

ATTORNEY PHILLIP MAHER-------------------------------Improper use of emergency equipment.

Roseman v. City of Chicago-----------------------------------Circuit Court of Cook County

Witness for the plaintiff

Court Testimony Given

Decision for the Defendant 9/03

Page 8      Gregory T. Johnson

20.
September 1, 1998

CORBOY & DEMETRIO-----------------------------------------------Improper Police Pursuit

Estate of Cepulionis & Peragine v. City of Blue Island----------Circuit Court of Cook County

Witness for the Plaintiff.

Case Pending
**************************************************************************
21.
September 23, 1998

Attorney James Harman---------------------------------------------------Improper Police Pursuit

Kurup v. City of Chicago-----------------------------------------------Circuit Court of Cook County.

Witness for the plaintiff.

Case pending.
**************************************************************************
22.
October 9, 1998
ATTORNEY FOREST INGRAM----------------------------------------------Police Excessive Force

Reves v. City of Chicago----------------------------------------U.S. Federal Court, Northern District

Witness for the plaintiff.

Case settled before court--------------------------------------------------------------$ 35, 000.00
**************************************************************************

23.
December 23, 1998

ATTORNEY ROSS PETERS----------------------------------------------Improper Police Procedures

Rivera v. City of Waukeegan----------------------------------U.S. Federal Court, Northern District

Witness for the plaintiff.

Disposition Unknown.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 9    Gregory T. Johnson

24.
January 5, 1999
LAW OFFICE OF COONEY & CONWAY---------------Improper use of emergency equipment

Cain v. City of Berwyn---------------------------------------------------Circuit Court of Cook County

Witness for the Plaintiff

Case settled before court----------------------------------------------------Amount not disclosed
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
25.
February 15, 1999
ATTORNEY STEVEN B. MUSLIN-----------------------------------------Improper Police Pursuit
& use of weapon.
Berry v. City of Chicago

Witness for the plaintiff.

Case settled before court--------------------------------------------------------$ 1,200,000.00.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
26.
March 18, 1999

ATTORNEY TIMOTHY A. ECKERMAN---------------------------------Improper Police Pursuit
Correa v. City of Chicago-------------------------------------------Circuit Court of Cook County

Witness for the Plaintiff

Case settled before court.--------------------------------------------------------$ 250,000.00
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*...
27.
August 18, 1999
MANCHIK & ROMAKER-----------------------------------------------Failure to make D.U.I. arrest

Ozik V. Village of Skokie et al.-------------------------------------Circuit Court of Cook County.

Witness for the plaintiff.-------------------------------------------------Circuit Court of Cook County

Deposition given. No court testimony.

Jury verdict------------------------------------------------------------------$ 1,100,000.00

Page 10    Gregory T. Johnson

28.

August 25, 1999

ATTORNEY MARIEL NASI-------------------------------------Striking pedestrian with squad car

Raidart v. City of Park City-------------------------------------------Circuit Court of Lake County

Witness for the Plaintiff.

Disposition unknown.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

29.

December 22, 1999

SANDS & ASSOCIATES--------------------------------------Insufficient manpower midnight shift

Erbacher v. Amtrack et al.--------------------------------------------Circuit Court of Cook County

Witness for the plaintiff.

Case settled before court ------------------------------------Amount of settlement unknown.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

30.

January 20, 2000

ATTORNEY BRIAN COLLINS-------------------------------------------------Police excessive force.....

Goldschmidt v. City of Chicago-------------------------------------Circuit Court of Cook County.

Witness for the Plaintiff.

Case settled before court----------------------------------------------------------------- $ 99,000.00

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Page 11   Gregory T. Johnson

31.

ATTORNEY BARRY SPECTOR--------------------------------------Police Excessive Force

Rosario v. City of Chicago-------------------------------------U.S. Federal Court, Northern District.

Witness for the plaintiff.

Case pending.
*******************************************************************************
.....
32.
March 28, 2000

Janssen Law Center-----------------------------------------Improper use of Emergency Vehicle

Moran v. City of Decatur

Witness for the plaintiff.

Case settled before court.----------------------------------------Amount of settlement unknown
*******************************************************************************

33.

August 1, 2000

ATTORNEY TERRY COUGHLIN--------------------------Unattended Emergency Vehicle

Talbert v. Village of Oak Lawn, Ill.---------------------------------Circuit Court of Cook County.

Witness for the Plaintiff.

Court Testimony Given.

Decision for the Defendant.
*******************************************************************************

Page 12     Gregory T. Johnson

34.

August 10, 2000

DiFranco & Jensen.-------------------------------------------------------------------Improper Police Pursuit

Devaul V. City of Evanston, Ill.----------------------------------------Circuit Court of Cook County

Witness for the Plainfiff

Court Testimony Given.

Jury Verdict.------------------------------------------------------------------------------------$ 11,300,000.00
*********************************************************************************

35.
August 17, 2000

Law Firm of Donohue & Clark------------------------------------------------Improper Police Pursuit

Schamus v. Village of McCullum Lake et al-------------------Ciicuit Court of McHenry County.

Witness for the Plainfiff.

Summary Judgement.
*********************************************************************************

36.

January 4, 2001

ATTORNEY FRANK DIFRANCO---------------------Security Officer use of Excessive Force.
                                                                        (Shooting)
Meadors v. Kane Security-----------------------------------Circuit Court of Cook County.

Witness for the Plaintiff

Court Testimony Given.

Jury Verdict------------------------------------------------------------------------$ 1,300,000.00
*********************************************************************************

Page 13    Gregory T. Johnson

37

March 6, 2000

JORDAN & WISNEWSKI-----------------------------------------------------------Police, False Arrest.

Duncan v. City of Chicago--------------------------------------U.S. Federal Court, Northern District

Witness for the Plaintiff

Court Testimony Given.

Decision for the Defendant.
*************************************************************************

38.

March 6, 2001

ATTORNEY DONALD SHAPIRO------------------------------Improper Discharge of Firearm.

Russ v. City of Chicago

Witness for the Plaintiff

Preliminary Verbal Opinion only.

No written opinion, deposition, or court testimony given.

Jury Verdict----------------------------------------------------------------------------$ 9,500,000.00
*************************************************************************

39.

April 2001

ATTORNEY CHARLES ANTIONETTE------------------Security Officer use of Excessive Force.

Kennedy v. Ward-----------------------------------------------------------Circuit Court of Cook County.

Witness for Plaintiff

Case settled before court------------------------------------------------Amount of settlement unknown.
.Page 14    Gregory T. Johnson

40.

May 2001

ATTORNEY STEVEN B. MUSLIN------------------------------------------Improper Police Pursuit.

Linear v. City of Chicago------------------------------------------------Circuit Court of Cook County.

Witness for the Plaintiff.

Deposition Given

Case settled before court.------------------------------------------------------------$ 28,000.00-
*****************************************************************************

41.

ATTORNEY CHRISTOPHER HURLEY--------------------------Failure to Aid Gun Shot Victim.

Torres v. City of Chicago------------------------------------------------Circuit Court of Cook County

Witness for the Plaintiff.

Deposition Given

Case Pending.
*****************************************************************************

42.

.

ATTORNEY JAY WARD-----------------------------------------------------Police Excessive Force

Lyons v. City of Chicago----------------------------------------------Circuit Court of Cook County

Witness for the Plaintiff

Status Unknown.
*****************************************************************************

Page 15    Gregory T. Johnson

43.


PLOTKINS & SCHNEIDER---------------------------------------------------Police Excessive Force
                                                                                    ( Shooting)

Palma v. Village of Downers Grove--------------------------U.S. Federal Court, Northern District

Witness for the Plaintiff

Court Testimony Given.

Decision for the Defendant.
*************************************************************************

44.

October 2002

ATTORNEY THOMAS LAKE-----------------------Improper Driving of Emergency Vehicle.

Hamm v. City of Zion, Illinois---------------------------------------Circuit Court of Lake County

Witness for the Plaintiff.

Deposition Given

Case settled before court.--------------------------------------------Amount of settlement unknown
*************************************************************************
45.
October 2002
GOLDBERG, WEISMAN & CAIRO-------------------Improper Driving of Emergency Vehicle
Browning v. City of Chicago----------------------------------------Circuit Court of Cook County.

Witness for the Plaintiff.

Deposition Given

No court testimony given.

Jury Verdict--------------------------------------------------------------$ 430,000.00..

Page 16    Gregory T. Johnson

November 2002

46.
CORBOY & DEMETRIO---------------------------------Improper Driving of Emergency Vehicle

Grimmett v.. County of Cook et al.----------------------------------Circuit Court of Cook County

Witness for the Plaintiff

.Disposition Unknown.
*************************************************************************

47.

November 2002

CORBOY & DEMETRIO-------------------------------------------------------Improper Police Pursuit

Burton v. Village of Alsip, Ill.----------------------------------------Circuit Court of Cook County.

Witness for the Plaintiff

Deposition Given

Case pending.
*************************************************************************

48.

November 2002

LAW OFFICE OF JOSEPH CURCIO----------------------------------------Police Excessive Force

Terry v. City of Chicago-----------------------------------------------Circuit Court Of Cook County.

Witness .for the Plaintiff

Court Testimony Given.------------------------------------------------------------Hung Jury

Case scheduled for a new trial.   Case settled. before trial.------Amount of Settlement Unknown
.*************************************************************************

Page 17      Gregory T. Johnson.

49.
October 2003

CHICAGO TRANSIT AUTHORITY---------------Improper Driving of Emergency Vehicle.
ATTORNEY DAN DEVER.

Musial v. Chicago Transit Authority-----------------------------Circuit Court of Cook County.

Witness for the Defendant.

Deposition Given

No Court Testimony Given.

Decision for the Plaintiff.
*********************************************************************
50.
November 2003
LLOYD & CAVNAUGH-------------------------------------------------Improper Police Pursuit.

Santillana v. City of Chicago.-----------------------------------------Circuit Court of Cook County.

Witness for the Plaintiff.

Deposition Given

No Court Testimony Given.

Jury Verdict-----------------------------------------------------------------------------$ 2,000,000.00
*********************************************************************
51.
December 2003
PARENTE & NOREM-------------------------------------------------------Police Excessive Force

Thompson v. City of Chicago----------------------------------U.S. Federal Court, Northern District

Witness for the Plaintiff.

Deposition Given

No court testimony given.

Decision for the Defendant.

Page 18.   Gregory T. Johnson

52.

December 2003

RUDER & ASSOCIATES------------------------------------------------Police Excessive Force

Cardenas v. City of Chicago et al------------------------------------Circuit Court Cook County..
01L 14117

Witness for the Plainfiff.

Deposition Given

Case Pending.

*******************************************************************************

53.

January 2004

ATTORNEY ANDREW KRYDER-----------------------Security Officer use of Excessive Force

Augirre v. United Center et al.------------------------------------Circuit Court of Cook County.

Witness for the Plaintiff

No Deposition Given

Case Settled before deposition.------------------------------------Amount of settlement unknown
*******************************************************************************.

54..
March 2005

SALVI, ROSKAM, & MAHER----------------------------Failure to Use Emergency Equipment.

Diaz v. Zion  -------------------------------------------------Lake County, Ill.  03 L 661

Witness for the Plaintiff

Case settled before court------------------------------Amount of settlement not disclosed.

Page 19    Gregory T. Johnson

55.  March 2005

. SALVI, ROSKAM, & MAHER ---------------------Failure to use emergency equipment

Diaz v. Zion---------------------------------------------Lake County, Ill. 03L661

Witness for Plaintiff

Deposition  given.

. Case settled before court.------------------------------Amount of settlement not disclosed.

56    .October 2005

ATTORNEY ANDREW JAY COHEN-------------Use of Excessive Force

Carlson v. Village of Mundelein et al.

U.S. District Court for lthe Norther District of Illinois Eastern Division 04 C 8201

Witness for the Plaintiff

No deposition given.

Case settled before court-------------------------Amount of settlement not disclosed

57.    May 2006

CITY OF JOLIET LEGAL DEPARTMENT-----------------Excessive Force

David Paul vs. City of Joliet, Illinois

U.S. District Court for the Northern District of Illinois Eastern Division–04 L 6986

Witness for the Defendant.

Trial Scheduled for May 2008

Page 20

58.   January 2008

ATTORNEY BLAKE HORWITZ--------------Improper Search & Excessive Force
                                                            Failure to administer or obtain first
                                                            aid for subject in custody.
Mosby v. City of Chicago et al.

Witness for the Plaintiff

U. S. District Court, Northern District of Illinois, Eastern Division   07 C 3148


59.   February 2008

LAW FIRM OF RITCHFIELD & CAVO-------------Excessive Force, False Arrest
ATTORNEY CLAUDIA B. DIAZ

Smith v. Village of Forest Park, Illinois et al.

Witness for the Defendant

U.S. District Court Northern District of Illinois, Eastern Division


60.   March 2007

LAW FIRM OF SUSAN B. LOGGANS-----------------------------Improper Police Chase
ATTORNEY DAVID R. BUTZEN

Stanley v. City of Chicago et al.

Witness for the Plaintiff

Circuit Court of Cook County, Ill.  03 L 14728

Deposition & Court Testimony Given

Jury Verdict----------------------------------------------------------------------$1, 200.00

.Page 21

61. February 2008

LAW FIRM OF KELLY & KING--------------------------------Excessive Force & failure
ATTORNEY DAVID KING                                      to give or obtain First
                                                         Aid to an arrestee in a
                                                         timely fashion.

Kemp v. City of Chicago et al.   05 L 9812

Witness for the Plainfiff.

Circuit Court of Cook County, Illinois   05 L 9812


62. July 2006

LAW FIRM OF SUSAN  B. LOGGANS-----------------------------Improper Police Pursuit

Moore v. City of Chicago

Circuit Court of Cook County, Illinois

Witness for the Plaintiff


63. January 2008

ATTORNEY BLAKE HORWITZ---------------------------------------Excessive force.

Mosby v. City of Chicago et al

U.S. District Court.

Witness for the Plaintiff

64.  April 2008

ATTORNEY BLAKE HORWITZ------------------------------------Official Misconduct

McDorman v. City of Chicago et al.

U.S. District Court

Witness for the plaintiff

Page 22.

May 2008

65.

LAW FIRM OF HORWITZ, RICHARDSON, & BAKER--------------------Excessive Force

Common v. City of Chicago et al.    06-C-6592

U.S. District Court

Witness for the Plaintiff

# RESUME

**GREGORY THOMAS JOHNSON**
7834 W.95th. Street
Hickory Hills, Ill. 60457
708-599-6664
708-598-7734 (FAX)


**EDUCATION:**

Chicago Police Training Division----------------------------1969
Police Recruit Training
1,085 Hrs.


Chicago City Colleges------------------------------------------1973
South West College
Chicago, Illinois
Associates in Applied Science, Law Enforcement.


Chicago State University------------------------------------1977
Bachelor of Arts, Board of Governors
Business & Administration

**PERSONAL:**

Married. 3 Sons, 6 ' 210#


U.S. Army Reserve 1968-1974--------Staff Sergeant E-6    Honorable Discharge

**EMPLOYMENT:**

Gregory T. Johnson---------------------------------------Licensed Private Detective
Hickory Hills, Ill. 60457                                     1988-------Present


Pinkerton Investigations:------------------------------Group Manager of Investigations.
Hillside, Illinois                                            1984-----1988


Chicago Osteopathic Hospital---------------------------Assistant to Director of Security &
Chicago, Illinois                                          Manager of Training & Investigations.
                                                           1982------1984   ( Part Time)


Gregory T. Johnson-----------------------------------------Licensed Private Detective
Palos Hills, Ill. 60465                                       1982-1984

Gregory T Johnson.

Page 2


**EMPLOYMENT:**


Cook County States Attorney's Office----------------------Grand Jury Investigator, Special
Chicago, Illinois                                          Prosecutions and Police Excessive
                                                           Force Unit.
                                                           1977- 1982


Chicago Police Department---------------------------------Chicago Police Training Division
                                                           Chief Instructor Police Defensive
                                                           Tactics Unit.   1974-1977

                                                           Youth Division
                                                           School Officer / Youth Detective
                                                           1973-1974

                                                           Patrol Division
                                                           Area Two Task Force Unit.
                                                           1970-1973

                                                           005th. District
                                                           1969-1970


**CAREER HIGHLIGHTS:**

**CHICAGO POLICE DEPARTMENT::**

1. Received six Honorable Mentions for felony arrests.

2. Recommended for a Department Commendation for an exceptional felony arrest.

3. Made over 150  Felony and Gun arrests while assigned to the Task Force.

4. Instructed 3,000 Chicago, Cook County Sheriff & Suburban Police Recruits.

5. Placed in the 90% percentile on the 1973 Written Examination for the Rank of Sergeant..

Gregory T. Johnson

Page 3

6. Supervised Police Instructors at the Chicago Police Training Division.

7, Developed Police Training Syllabus for Defensive Tactics, Baton, Searching, Vehicle Stops, Handcuffing. and Body Guard techniques

8. Taught First Aid and Patrol Procedures to 3,000 police recruits.

9. Worked crowd control at major events throughout the city.

10. Handled Police investigations from a Homicide to a dog bite..


COOK COUNTY STATES ATTORNEY INVESTIGATION BUREAU:

1. Investigated misdemeanors and felonies.

2. Investigated City & Suburban Officers for allegation of Police Excessive Force.

3. Worked directly with Cook County States Attorneys in preparing felony cases for trial.

4. Investigated public officials for allegations of Official Misconduct.

5. Located State Witnesses for trial.

6. Protected and relocated State Witnesses.

7. Served Subpoenas for the Circuit Court of Cook County.

8. Worked in conjunctions with State and Federal Law Enforcement Agencies.

9. Testified : before the Cook County Grand Jury and in the Felony Courts

10. Investigated criminal activity in the Cook County Department of Corrections. .