# EXHIBIT B

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TIMOTHY BROWNLEE,          )
                           )
         Plaintiff,        )
                           )
    vs.                    ) No. 07 C 7085
                           )
VILLAGE OF BOLINGBROOK,    )
BOLINGBROOK POLICE OFFICER DAVI, )
BOLINGBROOK POLICE OFFICER )
SMETTERS, and BOLINGBROOK POLICE )
SERGEANT HILLIARD,         )
         Defendants.



The discovery deposition of
**OFFICER SALVATORE DAVI**, taken under oath at
312 North May, Chicago, Illinois, at
10:00 o'clock on March 25, 2008, pursuant to
the Rules of the United States District Court,
Northern District of Illinois, before
Carol M. Siebert-LaMonica, C.S.R. in and for
the County of Cook and State of Illinois,
pursuant to notice.

APPEARANCES:

LOEVY & LOEVY, by

MR. RUSSELL AINSWORTH

312 North May

Suite 100

Chicago, Illinois  60607


Appeared on behalf of the plaintiff;


TRESSLER, SODERSTROM, MALONEY & PRIESS, by

MR. CRAIG G. PENROSE

233 South Wacker Drive

Suite 2200

Chicago, Illinois  60606


Appeared on behalf of the defendants.

1            SALVATORE DAVI,
2   called as a witness herein, having been first
3   duly sworn, was examined and testified as
4   follows:
5            E X A M I N A T I O N
6   BY MR. AINSWORTH:
7       Q.   Sir, would you please state and spell
8   your name for the record?
9       A.   Salvatore Davi, S A L V A T O R E.
10  Last name Davi, D A V I.
11      Q.   And are you currently employed?
12      A.   Yes.
13      Q.   By whom are you currently employed?
14      A.   Village of Bolingbrook.
15      Q.   How long have you been employed?
16      A.   Seven and a half years.
17      Q.   Have you ever been employed by any
18  other Police Department?
19      A.   No.
20      Q.   Have you ever been employed by any
21  other law enforcement agency?
22      A.   No.
23      Q.   Are you a high school graduate?
24      A.   Yes.

10:06AM (lines 10, 20)

1    Q.   Yes?

2    A.   I didn't write that up.  They did.

3    Q.   All right. Did you get Mr. Pausche's

4 date of birth before they wrote up their

5 statement?

6    A.   I don't know, because the bottom of

7 their statement form, their information goes at

8 the bottom, so I don't know if I got it off of

9 that or if I got it from him on scene.

12:07PM

10   Q.   While you were talking to the

11 Pausche's did anyone else arrive?

12   A.   Mr. Brownlee came back to the house.

13   Q.   Were you still talking to the

14 Pausche's when he arrived?

15   A.   Yes.

16   Q.   Was -- did Mr. Brownlee arrive in a

17 vehicle?

18   A.   Yes.

19   Q.   Was he driving that vehicle?

12:07PM

20   A.   I can't recall if he was driving or

21 not.

22   Q.   Was he with anyone else?

23   A.   He was with a female.

24   Q.   Do you know what her name is?

1   A.   I'm pretty sure her name is Tigen
2   Sandifer. T I G E N, I think is her first name.
3   But I'm not too sure. That's what I --
4   Q.   And before Mr. Brownlee arrived did
5   any other Bolingbrook police officers arrive?
6   A.   I can't remember.
7   Q.   What happened when Mr. Brownlee
8   arrived?
9   A.   I went to speak with him.
10  Q.   Why did you go to speak with him?
11  A.   Because he is the other half of this
12  call. To get his side of the story.
13  Q.   And where did you speak to
14  Mr. Brownlee?
15  A.   In his driveway.
16  Q.   Okay. And did you ask him for his
17  identification?
18  A.   The fact, after we were talking, you
19  know, for a few minutes, I asked for his
20  identification.
21  Q.   Why did you ask him for his
22  identification?
23  A.   So I could perform a cursory check on
24  him and log him to the call, and the female I

12:08PM (×3)

1   A.   Him going under Mr. Sandifer and
2   coming back no record?
3   Q.   Yes.
4   A.   None.  I went back to my patrol squad,
5   because, you know, he was becoming irritated
6   with me and things weren't going right, so I
7   told them stay away from them, you guys stay
8   away from them.
9        Mr. Pausche stay away from
10  Mr. Brownlee, Mr. Sandifer at that time.
11       Mr. Sandifer stay away from
12  Mr. Pausche and keep your kids off his lawn,
13  and I wanted to get out of there.
14  Q.   At the point that's when you went back
15  to your car, did you have any reason to believe
16  that probable cause existed to arrest anyone on
17  the scene?
18  A.   That's what I was going to find out by
19  finding out what his real name is.
20  Q.   How would finding out Mr. Brownlee's
21  real name indicate to you whether there was
22  probable cause to arrest anyone?
23  A.   Because when I found out his real name
24  a crime had been committed right there,

12:44PM

1   A.   I don't know if I patted him down.  I
2   may have, because it is just routine for me to
3   do that, and I do it all of the time, so I
4   don't know if I did or not. I don't know if he
5   had a gun on him.
6   Q.   Any reason why you wouldn't have
7   patted him down before placing him in your
8   squad car before you arrested him?
9   A.   Didn't you already ask me that?
10  Q.   If I did I apologize.
11  A.   Okay. Maybe because he wasn't wearing
12  much clothing, and that leads to bulges and
13  stuff like that.
14           So maybe I didn't think -- I just
15  wanted to get him, you know, because he was
16  being becoming more than more upset. Maybe I
17  wanted to get him in the back of that squad car
18  before anything else happened.
19           It could have been multiple

12:45PM

20  reasons, I don't know.
21  Q.   Did you feel it was safer for you to
22  have Mr. Brownlee when he was getting agitated
23  in the back of your squad car rather than
24  outside of the squad car with you?

143

1   Q.   What were your concerns?

2   A.   Officer safety.

3   Q.   How would Mr. Brownlee making a phone
4   call impact your safety?

5   A.   Because he could be calling somebody
6   to tell them where we were to come and do
7   something to me to get him out of the back of
8   that squad car.

9   Q.   Was Mr. Brownlee saying something to
10  somebody else about where you were?

11  A.   I don't know.

12  Q.   Were you listening to find out whether
13  Mr. Brownlee was telling somebody where you
14  were?

15  A.   No.

16  Q.   Were you listening to find out whether
17  Mr. Brownlee was calling other friends to tell
18  them to come to a particular location so that
19  they could do harm to you?

20  A.   No.

21  Q.   So you were concerned about who he was
22  calling, correct?

23  A.   Yes.

24  Q.   And you were concerned about what he