# EXHIBIT C

Case 1:07-cv-07085  Document 35-4  Filed 06/27/2008  Page 1 of 6

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BROWNLEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 07 CV 7085 |
| | ) |
| VILLAGE OF BOLINGBROOK; | ) |
| BOLINGBROOK POLICE OFFICER | ) |
| DAVI; BOLINGBROOK POLICE | ) |
| OFFICER SMETTERS; and | ) |
| BOLINGBROOK SERGEANT HILLIARD,) | |
| | ) |
| Defendants. | ) |

    The deposition of TIMOTHY BROWNLEE, called by the Defendants for examination, taken pursuant to notice, agreement, and by the provisions of the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Tina M. Alfaro, CSR No. 084-004220, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said State, at the offices of the offices of Tressler Soderstrom Maloney & Priess, 233 South Wacker Drive, Chicago, Illinois, on the 13th day of May, A.D., 2008 at 1:00 p.m.

Timothy Brownlee    May 13, 2008

2

1   APPEARANCES:

2       LOEVY & LOEVY

    BY: RUSSELL AINSWORTH, ESQ.

3       312 North May Street, Suite 100

    Chicago, Illinois 60607

4       (312) 243-5900

5           On behalf of the Plaintiff;

6   TRESSLER SODERSTROM MALONEY & PRIESS

    BY: CRAIG PENROSE, ESQ.

7       233 South Wacker Drive, 22nd Floor

    Chicago, Illinois 60606

8       (312) 627-1717

9           On behalf of the Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   REPORTED BY: Tina Alfaro, CSR No. 084-004220

Merrill Legal Solutions
(800) 868-0061    (312) 386-2000

Timothy Brownlee    May 13, 2008

3

1                    I N D E X

2

                  EXAMINATION

3

WITNESS                                    PAGE

4

TIMOTHY BROWNLEE

5

    By Mr. Penrose                         4

6

    By Mr. Ainsworth                       162

7

8                    EXHIBITS

9  BROWNLEE EXHIBITS                       PAGE

10 Exhibit No. 1                           12

11 Exhibit No. 2                           22

12 Exhibit No. 3                           95

13 Exhibit No. 4                           98

14 Exhibit No. 5                           159

15

16

17

18

19

20

21

22

23

24

Timothy Brownlee    May 13, 2008

4

1              (Witness sworn.)

2    WHEREUPON:

3              TIMOTHY BROWNLEE,

4    called as a witness herein, having been first

5    duly sworn, was examined and testified as

6    follows:

7              EXAMINATION

8    BY MR. PENROSE:

9        Q.  Good afternoon, Mr. Brownlee.  My

10   name is Craig Penrose.  I'm an attorney that

11   represents all of the Defendants in this

12   matter.  I appreciate you coming in for your

13   deposition today.

14             What I'd like to do is start out with

15   discussing your prior arrests.  In your

16   interrogatories you referenced an arrest in

17   1991 for assault.  Can you explain the

18   circumstances of that arrest for me, please.

19       A.  Circumstances?

20       Q.  Yeah.  The facts.

21       A.  I was arrested for assault.

22       Q.  Okay.  A little more specific.  What

23   was -- where did it occur?

24       A.  In school.

Timothy Brownlee    May 13, 2008

58

```
 1      Q.  And what did you say?
 2      A.  I said, Timothy Brown.
 3      Q.  Okay.  And then what happened next?
 4      A.  He says, That's not the name you gave
 5  me.
 6      Q.  Okay.  And then what did you say?
 7      A.  I said, You didn't never ask me my
 8  name.  You asked for my ID.
 9      Q.  Okay.  And then what did he say?
10      A.  He asked me to step outside.
11      Q.  Okay.  Did he say anything else?
12      A.  After he asked me to step outside?
13      Q.  No.  After you said you gave him your
14  ID.
15      A.  Yeah.  He asked me to step outside.
16      Q.  He didn't say anything else?
17      A.  No.
18      Q.  Then what happened?
19      A.  I stepped outside.
20      Q.  Then what happened?
21      A.  Then he pulled his handcuffs out and
22  put his handcuffs on me.
23      Q.  And when he did that did he say
24  anything to you?
```