# EXHIBIT D

```
 1              IN THE DISTRICT COURT OF THE UNITED STATES
                FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3      TIMOTHY BROWNLEE,                )
                                         )
 4                  Plaintiff,           )
                                         )
 5            -vs-                       ) No. 07 C 7085
                                         )
 6      VILLAGE OF BOLINGBROOK,          )
        BOLINGBROOK POLICE OFFICER       )
 7      DAVI, BOLINGBROOK POLICE         )
        OFFICER SMETTERS, and            )
 8      BOLINGBROOK POLICE SERGEANT      )
        HILLIARD,                        )
 9                                       )
                    Defendants.          )
10
```

11          Deposition of PAUL JEROME PAUSCHE, taken before

12    DONNA L. POLICICCHIO, C.S.R., and Notary Public, pursuant

13    to the Federal Rules of Civil Procedure for the United

14    States District Courts pertaining to the taking of

15    depositions, at Suite 100, 312 North May, Chicago,

16    Illinois, commencing at 9:58 a.m., on the 16th day of

17    June, 2008.

```
 1          There were present at the taking of this deposition

 2     the following counsel:

 3          LOEVY & LOEVY by
            MR. ARTHUR LOEVY
 4          312 North May
            Suite 100
 5          Chicago, Illinois  60607
            (312) 243-5900
 6
                 on behalf of the Plaintiff;
 7
            TRESSLER, SODERSTROM, MALONEY & PRIESS by
 8          MR. CRAIG G. PENROSE
            233 South Wacker Drive
 9          Suite 2200
            Chicago, Illinois 60606-6399
10          (312) 627-4000

11               on behalf of the Defendants.

12                    * * * * *

13

14

15

16

17

18

19

20

21

22

23

24
```

3

```
 1                    DEPOSITION OF
                   PAUL JEROME PAUSCHE
 2                   June 16, 2008

 3      EXAMINATION BY:                              PAGE

 4     Mr. Loevy                                       4

 5     Mr. Penrose                                    62

 6                     *  *  *  *  *  *

 7                        EXHIBITS

 8                                                   PAGE

 9     Deposition Exhibit 1                           56

10                     *  *  *  *  *  *

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                    PAUL JEROME PAUSCHE,
 2    called as a witness herein, having been first duly sworn,
 3    was examined upon oral interrogatories and testified as
 4    follows:
 5                         EXAMINATION
 6    BY MR. LOEVY:
 7         Q    What is your name?
 8         A    Paul Jerome Pausche.
 9         Q    Can you spell your last name, please?
10         A    P-A-U-S-C-H-E.
11         Q    Have you ever been deposed before,
12    Mr. Pausche?
13         A    Have I ever what?
14         Q    Been deposed before.  This is a deposition in
15    which you're asked to give testimony under oath
16    concerning a lawsuit that's been filed in federal
17    court.
18         A    Yes.  I was -- I'm trying to remember.  It's
19    been many, many years ago.  Back in the '80s,
20    somewhere around in the '80s.
21         Q    Was that concerning a lawsuit?
22         A    No.  It was concerning -- I was riding with a
23    guy and it was concerning the drunken driving charge.
24         Q    Was the guy you were driving with accused
```

| | | |
|---|---|---|
| 1 | Q | Did he follow you into the house? |
| 2 | A | No. He didn't even -- I don't even think he came on the property, but he was walking towards us in a menacing way. |
| 5 | Q | And describe how it was menacing. |
| 6 | A | Well, just fast and deliberate. |
| 7 | Q | But never entered your property, correct? |
| 8 | A | I don't think so. I never gave him a chance to. I already went into the house. |
| 10 | Q | And what did you do when you got in the house? |
| 12 | A | Called 911. |
| 13 | Q | Did they answer? |
| 14 | A | Yes. |
| 15 | Q | What did you say to 911? |
| 16 | A | I told them I'm being threatened by my neighbor again. |
| 18 | Q | And when you say again -- |
| 19 | A | Going back to the incident that happened the first time with the dog, the dog poo. |
| 21 | Q | Was that the only other time you had been threatened? |
| 23 | A | Right. |
| 24 | Q | After you -- That was the incident after you |