# EXHIBIT E

```
 1            IN THE UNITED STATES DISTRICT COURT
 2               NORTHER DISTRICT OF ILLINOIS
 3                      EASTERN DIVISION
 4   TIMOTHY BROWNLEE,              )
 5         Plaintiff,                )
 6   -vs-                            )   No. 07 C 7085
 7   VILLAGE OF BOLINGBROOK,         )
 8   BOLINGBROOK POLICE Officer      )
 9   Davi, BOLINGBROOK POLICE        )
10   OFFICER SMETTERS and            )
11   BOLINGBROOK POLICE              )
12   SERGEANT HILLIARD,              )
13         Defendants.                )
14
15        The deposition of OFFICER DANIEL SMETTERS,
16   called for examination, taken pursuant to the
17   provisions of the Code of Civil Procedure and the
18   Rules of the Supreme Court of the State of Illinois
19   pertaining to the taking of depositions for the
20   purpose of discovery, taken before Cynthia M.
21   Moreno-Bailey, C.S.R. No. 84-3635, a Notary Public
22   within and for the County of Cook, State of
23   Illinois, and a Certified Shorthand Reporter of said
24   state, at Suite 100 312 North May Street, Chicago,
```

1

```
 1   Illinois, on the 26th day of March, A.D. 2008,
 2   commencing at 10:00 p.m.
 3
 4   PRESENT:
 5    LOEVY & LOEVY
 6    (312 North May Street, Suite 100
 7    Chicago, IL 60607,
 8    (312) 243-8900), by:
 9    MR. RUSSELL AINSWORTH
10    russell@loevy.com
11    appeared on behalf of the Plaintiff;
12
13
14   TRESSLER, SODERSTROM, MALONEY & PRIESS
15   (233 South Wacker Drive, Suite 2200
16   Chicago, IL 60606,
17   (312) 627-4000), by:
18   MR. CRAIG G. PENROSE
19   cpenrose@tsmp.com
20   appeared on behalf of the Defendant.
21
22   REPORTED BY:  Cynthia Moreno-Bailey,
23          C.S.R. No. 84-3635
24
```

2

1   (WHEREUPON, the witness was
2   duly sworn.)
3   MR. AINSWORTH:  Could you please state and
4   spell your name for the record?
5   THE WITNESS:  Daniel Smetters,
6   S-M-E-T-T-E-R-S.
7   OFFICER DANIEL SMETTERS,
8   called as a witness herein, having been first duly
9   sworn, was examined and testified as follows:
10  EXAMINATION
11  BY MR. AINSWORTH:
12      Q.   On May 28, 2007, were you working with the
13  Bolingbrook Police Department.
14      A.   Yes.
15      Q.   Were you present at Rye Court when
16  plaintiff was arrested?
17      A.   No.
18      Q.   After plaintiff was arrested, did you
19  receive a call to respond to Officer Davi's car
20  somewhere in the area of Boughton and Goodwin?
21      A.   I don't think I was called to respond, but
22  I did respond over there.
23      Q.   What led you to respond over there?
24      A.   Accusation that he was stopping there for a

3

1  to that affect.
2      Q.  What happened after he said something to
3  the affect of no.  You can't cut out the string?
4      A.  I stated something to the affect that it
5  has to come out.  It's not an option for it to come
6  out or not come out.
7      Q.  What happened next?
8      A.  He got upset and he took off his pants and
9  gave them to me.
10     Q.  What happened after you took off his pants?
11     A.  I didn't take off his pants.
12     Q.  You said after he took off his pants and
13  gave them to you.
14     A.  I took my knife and cut out the string.
15     Q.  Up to that point, had Mr. Brownlee been
16  noncompliant in any way other than refusing to try
17  to remove the string and telling you that you can't
18  cut out the string?
19     A.  Prior to me cutting out his string, I don't
20  recall specifically.
21     Q.  What happened after you cut the string out
22  with the knife?
23     A.  I believe I placed the string into the
24  property back, and I gave him back his pants.

101

OFFICER DANIEL SMETTERS

```
 1    Q.   What happened after that?
 2    A.   He refused to put them on.
 3    Q.   What happened after Mr. Brownlee refused to
 4  put his pants on?
 5    A.   After he refused to put on his pants, we
 6  put him in a cell and gave him his pants to put on.
 7    Q.   Why did you put him in a cell?
 8    A.   Because he was going to be held there for
 9  the time being.
10    Q.   Why was he being held there for the time
11  being?
12    A.   For Officer Davi to do his processing and
13  what he needed to do.
14    Q.   What processing did he need to do?
15    A.   I don't know what Officer Davi did.
16    Q.   In the typical arrest, what processing
17  needs to be done for a misdemeanor arrest?
18    A.   Filling out an arrest and booking sheet.
19    Q.   Anything else?
20    A.   They need to be fingerprinted,
21  photographed.
22    Q.   Anything else that needs to be done?
23    A.   In terms of what else are you looking for?
24    Q.   Any other paperwork that needs to be filled
```

102