CGP/435363                                                                                    6121-213

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BROWNLEE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07 CV 7085 |
| ) | |
| VILLAGE OF BOLINGBROOK, ) | Judge Ruben Castillo |
| BOLINGBROOK POLICE OFFICER ) | |
| DAVI, ) | |
| BOLINGBROOK POLICE OFFICER ) | |
| SMETTERS, and ) | |
| BOLINGBROOK SERGEANT HILLIARD, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

TO:   Russell Ainsworth
      Loevy &Loevy
      312 N. May Street
      Suite 100
      Chicago, Il 60607

   PLEASE TAKE NOTICE that on Wednesday the 2nd of July, 2008, at 9:45 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ruben Castillo or any judge sitting in his stead, in the courtroom usually occupied by him in the United States Courthouse, Room 2141, 219 South Dearborn, Chicago, Illinois and shall then and there present **ALL DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S EXPERT REPORT AND TO BAR EXPERT TESTIMONY,** a copy of which is attached and hereby served upon you.
                              Respectfully submitted,
                              By:  s/Craig G. Penrose
                                   Craig G. Penrose

Craig G. Penrose
Attorney for Defendants
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive, Chicago, Illinois 60606
 (312) 627-4000(312) 627-1717 (Fax)
E-mail:cpenrose@tsmp.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2008, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Russell Ainsworth
Loevy &Loevy
312 N. May Street
Suite 100
Chicago, Il 60607
Russell@loevy.com

**Attorney for Plaintiff Timothy Brownlee**

s/Craig G. Penrose