# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Timothy Brownlee

                        Plaintiff,

v.                                    Case No.: 1:07–cv–07085
                                    Honorable Ruben Castillo

Davi, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 30, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Plaintiff's response to Defendants' motion to strike Plaintiff's expert report and to bar expert testimony [34] is due on or before 7/14/2008. Defendants' reply will be due on or before 7/21/2008. The Court will rule on 7/24/2008 at 9:45 AM. Motion hearing set for 7/2/2008 is vacated.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.