IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TIMOTHY BROWNLEE, ) | |
| ) | |
| Plaintiff, ) | 07 C 7085 |
| ) | |
| v. ) | Judge Ruben Castillo |
| ) | |
| VILLAGE OF BOLINGBROOK, ) | |
| BOLINGBROOK POLICE OFFICER DAVI, ) | |
| BOLINGBROOK POLICE OFFICER ) | |
| SMETTERS, and BOLINGBROOK POLICE ) | |
| SERGEANT HILLIARD, ) | |
| ) | |
| Defendants. ) | JURY TRIAL DEMANDED |

## PLAINTIFF'S SUPPLEMENTAL RULE 26(a)(1) AND (2) DISCLOSURES

Plaintiff, by and through his attorneys, LOEVY & LOEVY, and pursuant to Federal Rule 26(a)(1) makes the following supplemental disclosures:

**1. Rule 26(a)(1)(A) Persons with knowledge:**

**Clyde Ruble,** he has knowledge of the Bolingbrook's procedures regarding notification of Bolingbrook police officers for court, as he testified to in his deposition.
c/o Defense counsel

**2. Rule 26(a)(2) Disclosures**

**Gregory Johnson** will testify consistent with his expert's report disclosed in this matter.
c/o Plaintiff's counsel


EXHIBIT A

RESPECTFULLY SUBMITTED,

_____
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
312 North May St
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Russell Ainsworth, attorney, certify that on January 31, 2008, I sent by facsimile and first class mail a copy of the attached PLAINTIFF'S RULE 26 DISCLOSURES to counsel of record for Defendants.

_____