1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

TIMOTHY BROWNLEE,                )
                                 )
           Plaintiff,            )
                                 )
     vs.                         ) No. 07 CV 7085
                                 )
VILLAGE OF BOLINGBROOK;          )
BOLINGBROOK POLICE OFFICER       )
DAVI; BOLINGBROOK POLICE         )
OFFICER SMETTERS; and            )
BOLINGBROOK SERGEANT HILLIARD,)
                                 )
           Defendants.           )

    The deposition of TIMOTHY BROWNLEE, called by the Defendants for examination, taken pursuant to notice, agreement, and by the provisions of the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Tina M. Alfaro, CSR No. 084-004220, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said State, at the offices of the offices of Tressler Soderstrom Maloney & Priess, 233 South Wacker Drive, Chicago, Illinois, on the 13th day of May, A.D., 2008 at 1:00 p.m.

EXHIBIT B

**MERRILL LEGAL SOLUTIONS**

311 S. Wacker Drive, Suite 300
Chicago, IL 60606

312.386.2000 Tel

merrillcorp.com/law

Timothy Brownlee    May 13, 2008

37

1   you drove back home?

2       A.  Yes.

3       Q.  Okay.  And who was driving at that

4   point?

5       A.  I was.

6       Q.  Okay.

7           So you drive back home with the

8   groceries in the car, and is Ms. Sandifer

9   still with you on the return trip home?

10      A.  Yes.

11      Q.  So what happens next?

12      A.  I come back home and pull in the

13  driveway.

14      Q.  Okay.  What happens next?

15      A.  I opened my car door.

16      Q.  Now, did you pull into your -- do you

17  have a garage or did you just pull into the

18  driveway?

19      A.  I have a garage.

20      Q.  Did you pull into the garage or did

21  you pull into the driveway?

22      A.  I pulled into the driveway.

23      Q.  So you opened your car door.  Did you

24  get out at that point?

Merrill Legal Solutions
(800) 868-0061    (312) 386-2000