# Transcript of the Testimony of

# Salvatore (Officer) Davi

**Date:** March 25, 2008
**Volume:** I

## Case:  Timothy Brownlee v. Village of Bolingbrook, et al.
## No.  07 C 7085

ORIGINAL

Siebert and Associates Court Reporters, Inc.
Phone:773 851-7779
Fax:773 625-7254
Email:cmsreporters@comcast.net



**EXHIBIT**

C

OFFICER SALVATORE DAVI

103

1    Q.    Yes?

2    A.    I didn't write that up.  They did.

3    Q.    All right. Did you get Mr. Pausche's

4    date of birth before they wrote up their

5    statement?

6    A.    I don't know, because the bottom of

7    their statement form, their information goes at

8    the bottom, so I don't know if I got it off of

9    that or if I got it from him on scene.

10   Q.    While you were talking to the

11   Pausche's did anyone else arrive?

12   A.    Mr. Brownlee came back to the house.

13   Q.    Were you still talking to the

14   Pausche's when he arrived?

15   A.    Yes.

16   Q.    Was -- did Mr. Brownlee arrive in a

17   vehicle?

18   A.    Yes.

19   Q.    Was he driving that vehicle?

20   A.    I can't recall if he was driving or

21   not.

22   Q.    Was he with anyone else?

23   A.    He was with a female.

24   Q.    Do you know what her name is?

1    A.   I'm pretty sure her name is Tigen

2    Sandifer. T I G E N, I think is her first name.

3    But I'm not too sure. That's what I --

4        Q.   And before Mr. Brownlee arrived did

5    any other Bolingbrook police officers arrive?

6        A.   I can't remember.

7        Q.   What happened when Mr. Brownlee

8    arrived?

9        A.   I went to speak with him.   .

10       Q.   Why did you go to speak with him?

11       A.   Because he is the other half of this

12   call. To get his side of the story.

13       Q.   And where did you speak to

14   Mr. Brownlee?

15       A.   In his driveway.

16       Q.   Okay.  And did you ask him for his

17   identification?

18       A.   The fact, after we were talking, you

19   know, for a few minutes, I asked for his

20   identification.

21       Q.   Why did you ask him for his

22   identification?

23       A.   So I could perform a cursory check on

24   him and log him to the call, and the female I

1    obstructing justice, that's probable cause to

2    arrest him.

3         Q.   So up until the time that you found

4    out that Mr. Brownlee's name was Brownlee, you

5    didn't have any probable cause to arrest either

6    Mr. Brownlee or anybody else at the scene?

7         A.   Correct.

8         Q.   Did you have any conversation with

9    Mr. -- with Officer Smetters about the fact

10   that Timothy Sandifer's name was coming back

11   "no record"?

12        A.   No, I guess I assumed that he picked

13   it up. I don't know if he did or not. I didn't

14   talk to him about it.

15        Q.   Did you tell Mr. Brownlee your name is

16   coming back no record, might I have inputted it

17   wrong?

18        A.   Yes.  Are you asking if I asked him if

19   I inputted it wrong?

20        Q.   Yes.

21        A.   No, because I ran the name he gave me

22   right in front of him. He was within earshot,

23   he could hear the name that I was running.

24        Q.   How do you know that he was within

1  who.

2      Q.   And how did you become aware that he

3  was calling somebody?

4      A.   Because I heard him talking, and I

5  thought he was talking to himself, and I looked

6  back and I saw him with his hands behind his

7  back, and he had his cell phone out.

8      Q.   Did you know he had a cell phone

9  before you put him in the back of the squad

10 car?

11     A.   I don't remember if I knew or not.

12     Q.   Where was the cell phone?

13     A.   I don't know.

14     Q.   Is there any reason why you would have

15 let Mr. Brownlee have a cell phone?

16     A.   No.

17     Q.   He was becoming agitated before you

18 put him into the squad car, correct?

19     A.   Yes.

20     Q.   He had given you a false name,

21 correct?

22     A.   Yes.

23     Q.   When you told him that he had given

24 you a false name he told you: