

# JAMES W. GLASGOW

STATE'S ATTORNEY OF WILL COUNTY
121 North Chicago Street, Joliet, Illinois 60432
815-727-8453   FAX NO. 815-727-8405

SECOND
SEP 17 2007
NOTICE

RECEIVED
AUG 08 2007
BY:

August 3, 2007

OFFICER DAVI #1117
BOLINGBROOK POLICE DEPARTMENT

RE:  People -v- TIMOTHY BROWNLEE
     C.R.: 07-19476     CASE NO: 07 CM 2121
     OFFENSE(S): ATTEMPT OBSTRUCTING JUSTICE

This is to inform you that the above case has been scheduled for jury trial at 9:00 a.m. on SEPTEMBER 20, 2007 and **YOUR PRESENCE IS REQUIRED.**

> Will County Courthouse
> Courtroom 302
> 14 West Jefferson Street
> Joliet, Illinois 60432

**YOU ARE REQUIRED TO APPEAR AT 9:00 A.M. AT THE WILL COUNTY COURTHOUSE, 14 W. JEFFERSON STREET, JOLIET, ILLINOIS, ROOM 302, TO DISCUSS YOUR TESTIMONY.** Please check in with the Assistant State's Attorney in this courtroom.

Please arrange your schedule so that you will be able to appear and testify. If for any reason you will be unable to appear, contact my secretary, Valerie, at (815) 727-8911, as soon as possible.

Please bring receipts for any out of the pocket expenses not covered by insurance which you incurred as a result of the incident which is the subject of this case.

Respectfully,

*Jack L. Zaremba*

BY:  Jack L. Zaremba
     Assistant State's Attorney

EXHIBIT
E

JLZ/emj