# EXHIBIT 2

**Part II**

OFFICER SALVATORE DAVI

150

1    was calling to.

2    Q.   Mr. Brownlee was very agitated at this

3    point, wouldn't you agree?

4    A.   Yes.

5    Q.   You were about to go into the back of

6    the car and come into close physical contact?

7    A.   I wasn't going to go in the back of

8    the car, I was just going to open the door, and

9    come into physical contact, yes.

01:01PM    10    Q.   And how were you going to come into

11    physical contact?

12    A.   By grabbing his phone. Sorry to

13    interrupt. By grabbing his phone out of his

14    hand.

15    Q.   Was the phone in his hand?

16    A.   Yes.

17    Q.   How did you know the phone was in his

18    hand?

19    A.   Because I could see it.

01:01PM    20    Q.   Where were you when you could see it?

21    A.   When I opened the door it was sitting

22    right there.

23    Q.   I mean when you were -- Strike that.

24    Did you call dispatch before you

OFFICER SALVATORE DAVI

151

1    opened the door?

2        A.   Yes.

3        Q.   So at the time that you called

4    dispatch, what was your plan as far as getting

5    the cell phone out of his hand?

6        A.   Just to stop, open the door, grab his

7    cell phone, get back in the car and leave and

8    go back to the station.

9        Q.   Could you see the cell phone before

10   you called dispatch?

11       A.   Yes, that's ow I found out he was on

12   his cell phone.

13       Q.   Sorry.  I thought you said you found

14   out he was on the cell phone when he changed

15   from screaming to talking?

16       A.   Then I turned around, like I said and

17   saw him talking into his phone.

18       Q.   Could you see the phone?

19       A.   Yes.

20       Q.   Where was the phone?

21       A.   In his hand.

22       Q.   Where was his hand?

23       A.   Behind his back. Off to the left.  And

24   he was talking like this. (Indicating.)

01:02PM (line 10)

01:02PM (line 20)

OFFICER SALVATORE DAVI

152

1          With his head tilted to the left

2   talking with his hands behind the back holding

3   the phone.

4          Q.   So you saw the phone before you opened

5   the door?

6          A.   Correct.

7          Q.   Did you get out of the vehicle?

8          A.   Yes.

9          Q.   And where did you go?

10         A.   To the back seat to get the phone.

11         Q.   And which side of the vehicle did you

12   go to?

13         A.   Driver's side.

14         Q.   And why did you go to the driver's

15   side?

16         A.   That's where he was sitting.

17         Q.   And just to clarify, Mr. Brownlee's

18   hands were handcuffed behind his back, correct?

19         A.   Yes. There is only two slots on our

20   back seats, drivers and passenger's, they are

21   like bucket seats.

22         Q.   And Mr. Brownlee was on the one that

23   was immediately behind the driver's seat?

24         A.   Yes.

01:03PM (line 10)

01:03PM (line 20)

OFFICER SALVATORE DAVI

153

1     Q.   And when you saw the cell phone from

2  when you turned around, which shoulder did you

3  look over?

4     A.   I don't remember if it was my right

5  shoulder or left shoulder, but I turned around

6  and saw it.

7     Q.   You saw it while you were still seated

8  in your driver's seat?

9     A.   Yes.

10    Q.   Was your vehicle moving when you saw

11 the cell phone?

12    A.   No.  I was stopped at the stop sign at

13 Ashbury and Boughton.

14    Q.   And in which direction were you

15 traveling at the time?

16    A.   I wasn't traveling.  I was stopped.  I

17 was facing southbound at the stop sign at

18 Ashbury and Boughton.

19    Q.   And on what street were you?

20    A.   Ashbury.

21    Q.   Is there a reason why you didn't pull

22 over on Ashbury?

23    A.   I was moving as it started happening.

24 So I stopped moving, then I stopped.  It was the

01:04PM

01:05PM

OFFICER SALVATORE DAVI

154

1    next place I could turn right into, and it is a

2    quick left and it is right there.

3         Q.   So you then proceeded southbound on

4    Ashbury?

5         A.   No, I was already southbound on

6    Ashbury and made a right onto westbound

7    Boughton and Goodwin is right there.  That's

8    why I pulled over real fast.

9         Q.   Why didn't you stop on Boughton?

10        A.   Because it is too busy of an

11   intersection, there is no medians or anything.

12   There is a center median, but it is not suppose

13   to -- it is too dangerous to stop there.

14        Q.   And then you went left onto Goodwin?

15        A.   Yes.

16        Q.   Why did you go left onto Goodwin

17   rather than right?

18        A.   Only a left, there is not a right.

19        Q.   And you stopped on the right-hand

20   side?

21        A.   Right.  Yes, pulled over to the right.

22        Q.   Is there a church at that intersection

23   of Goodwin and Boughton?

24        A.   No, that's directly to the west of

01:05PM

01:06PM

OFFICER SALVATORE DAVI

155

1    there.

2                    There is a row of townhomes and

3    the church is like the next drive, not a street

4    name or nothing, just a drive.

5        Q.   So it is west of Goodwin on Boughton?

6        A.   Right. On the south side of Boughton,

7    west of Goodwin.

8        Q.   Did any other police officers arrive

9    before you opened up the rear door to the squad

10   car?

11       A.   I don't know.

12       Q.   And what happened when you opened up

13   the rear door?

14       A.   Nothing happened. I grabbed the phone.

15       Q.   Did you talk to anyone on the phone?

16       A.   On his phone?

17       Q.   Yes.

18       A.   No.

19       Q.   Did you try and find out who he was

20   calling?

21       A.   No.

22       Q.   Were you worried that there was a

23   threat to your safety?

24       A.   Yes.  I'm sorry.

01:06PM

01:07PM

OFFICER SALVATORE DAVI

156

1    Q.    And did you do anything to find out

2    whether whomever Mr. Brownlee had been talking

3    to would come after you?

4    A.    No. It is not my phone.  I'm not going

5    to talk on it.

6    Q.    Did you take -- do any investigation

7    to find out who he had been talking to?

8    A.    No. Like I said it is not safe for me

9    to be stopping so it was a quick stop to get

01:07PM    10    the phone and continue on to the station.

11    Q.    Why wasn't it safe for you to be

12    stopping?

13    A.    Because I don't know who he was

14    calling.  I don't know who is following me. I

15    don't know who is in traffic that sees this

16    going on.

17    Also for his safety, too, who

18    knows if a car could veer off the street and

19    strike my patrol car in the back.

01:08PM    20    You don't want to be stopping,

21    you know, if you don't have to with somebody in

22    the back of car, it is just bad liability

23    practice.

24    Q.    It is dangerous to stop your car with

OFFICER SALVATORE DAVI

157

1   an arresstee in the back?

2      A.   I wouldn't say it is dangerous for

3   him. More dangerous for myself.

4      Q.   That's correct.  It is dangerous as

5   far as officer safety to stop your car on the

6   way to the station?

7      A.   Yes.

8      Q.   How far from the police station is the

9   intersection of Boughton and Goodwin?

01:08PM

10     A.   Oh, I don't know, maybe down the

11  streets.  I would say a couple of miles, maybe

12  two miles.

13     Q.   How did you --

14     A.   I don't know the exact measurement.

15  I'm estimating that.

16     Q.   How did you go from Goodwin and

17  Boughton to the police station?

18     A.   Well, there is two way, I don't know

19  which one I took.

01:09PM

20           I know I had to go down westbound

21  Boughton.  I don't know if I made a left on 53

22  and went southbound 53 to Briarcliff, and made

23  a right on Briarcliff westbound to the station

24  or if I continued westbound down Boughton to

OFFICER SALVATORE DAVI

158

1    Delaware, made a left-hand turn on Delaware,

2    southbound Delaware to Briarcliff, and then

3    made that right to go westbound Briarcliff to

4    the station.

5              You can go either way, it usually

6    depended on whether I hit the light at 53 and

7    Boughton.

8         Q.   Did you go back onto Boughton from

9    Goodwin?

10        A.   Yes, made a left turn onto westbound

11   Boughton.

12        Q.   Did Mr. Brownlee say anything when you

13   grabbed his phone?

14        A.   I don't know.  I can't remember.

15        Q.   Was anyone else present for the time

16   that you grabbed his phone?

17        A.   I don't know.

18        Q.   Did -- at any point did another police

19   officer show up to the time that you were

20   stopped on the side of the street on Goodwin?

21        A.   You asked me that and I don't know.

22        Q.   And you don't recall seeing Officer

23   Smetters when you stopped on Goodwin, correct?

24        A.   I don't recall.

01:09PM (line 10)

01:09PM (line 20)

OFFICER SALVATORE DAVI

1    Q.   Did you search Mr. Brownlee to see if

2  he had any other items in his possession?

3    A.   No.

4    Q.   When you took the cell phone?

5    A.   No.

6    Q.   And what did you do after you got his

7  phone?

8    A.   I shut his door, got -- sat down in my

9  squad car, put it in drive, and went back to

01:10PM  10  the station.

11    Q.   Did you inform dispatch you had

12  successfully resolved the situation?

13    A.   I didn't tell them about any situation

14  except that he was doing that, I made a stop, I

15  got back in my squad and told them I was back

16  enroute to the station.

17    Q.   You told that to dispatch?

18    A.   Yes.

19    Q.   You said that over the air?

01:11PM  20    A.   Yes.

21    Q.   And did you go to the station?

22    A.   Yes.

23    Q.   What did Mr. Brownlee say, if

24  anything, when you grabbed his cell phone?

OFFICER SALVATORE DAVI

160

1     A.   I can't remember if he said anything.

2     Q.   Did Mr. Brownlee say or do anything in

3  the remainder of your ride to the station?

4     A.   I don't know.

5     Q.   Was he still kicking?

6     A.   I can't remember.

7     Q.   Was he still spitting?

8     A.   I don't know.

9     Q.   When you opened the door to the back

10  seat did he spit on you?

11     A.   At what time?

12     Q.   Sorry. While you were on the side of

13  Goodwin?

14     A.   No, he did not.

15     Q.   Did he try to spit on you?

16     A.   I don't know.

17     Q.   Do you recall ever feeling like

18  Mr. Brownlee was trying to spit on you while

19  the door was open?

20     A.   I cannot recall.

21     Q.   What happened when you got to the

22  station?

23     A.   Started processing him.

24     Q.   Did you park your squad car?

01:11PM

01:12PM

1    A.   Oh, I'm sorry. Yes.  I radioed

2 dispatch to let them know I was at the station,

3 opened the Sally-port.

4    Q.   What is the Sally-port?

5    A.   The garage we pull our squads into.

6 Like a little garage area that leads directly

7 into booking. There is a door right off of the

8 garage door.

9         When we have a prisoner, unless

10 all of the bays are full, and the person is not

11 high risk, you know, what I am saying --

12         I'm getting myself confused here.

13 We get a prisoner, we pull on the side of the

14 Sally-port, get them out of the car and bring

15 them right into booking right there.  There is

16 a door outside of the Sally-port.

17    Q.   And the Sally-port has a garage door

18 that opens and closes?

19    A.   Correct.  Has three garage doors.

20    Q.   And you wait until the garage doors

21 are closed before taking the prisoner out?

22    A.   Not all of the time. Depends on how

23 they are acting and stuff like that.

24         If I think they are going to be a

01:12PM

01:13PM

OFFICER SALVATORE DAVI

162

1    flight risk I will wait, because they can't get

2    out of that Sally-port without key cards.

3        Q.    Did you wait for the doors to close

4    before getting Brownlee out?

5        A.    I don't know.

6        Q.    Did Mr. Brownlee get out of the

7    vehicle willingly?

8        A.    I can't remember. I can't remember if

9    he did or not.

01:13PM

10        Q.    Did you have to pat him?

11        A.    I grab everybody by the arm, so it is

12    easier for them to get -- if he did get out

13    willingly, I would have grabbed him by the arm

14    and helped him get out of the squad car,

15    because with his hands behind his back he is at

16    a disadvantage, so I used myself to brace him

17    to get out of the car, if that makes sense.

18        Q.    Did you have to use any force to get

19    Mr. Brownlee out of the car?

01:14PM

20        A.    I can't remember.

21        Q.    Did he pull away from you while you

22    were trying to get him out of the car?

23        A.    I don't know.

24        Q.    Up to that point had Mr. Brownlee

OFFICER SALVATORE DAVI

1    complained to you about his thumb hurting him?

2        A.    No.

3        Q.    Up to that point did Mr. Brownlee

4    complain -- Well, strike that.

5                While he was being handcuffed did

6    he complain about his thumb was hurt when you

7    handcuffed him at his house?

8        A.    No.

9        Q.    Did you touch his thumb, right thumb,

10   while you were at his house?

11       A.    I don't know.  I'm sure I touched his

12   hand. I can't remember specifically touching

13   his right thumb at that time. Like I said

14   during the handcuffing procedure, more than

15   likely -- I don't know if I did or not.

16                MR. PENROSE: Could we take a break?

17                (Recess.)

18

19

20

21

22

23

24

01:14PM

OFFICER SALVATORE DAVI

164

1    BY MR. AINSWORTH:

2         Q.    During the drive to the police

3    station, did you ever tell Mr. Brownlee that

4    niggers don't belong in Bolingbrook?

5         A.    No.

6         Q.    Did you ever tell Mr. Brownlee that

7    black people don't belong in Bolingbrook?

8         A.    No.

9         Q.    Did you ever ask Mr. Brownlee why he

10   was picking on an 80-year old man?

11        A.    No.

12        Q.    Did you ever ask Mr. Brownlee why he a

13   30-year old was picking on an 80-year old?

14        A.    No.

15        Q.    Did you ever ask Mr. Brownlee who he

16   was calling?

17        A.    No.

18        Q.    Why didn't you ask him who he was

19   calling?

20        A.    It doesn't make a difference.  Doesn't

21   make a difference who he was calling. That's

22   what I meant.

23        Q.    What is the racial makeup of

24   Bolingbrook or what was the racial makeup of

01:20PM

01:21PM

1  Bolingbrook in May of 2007?

2         MR. PENROSE: Object to the question.

3  I'm not sure he is qualified to answer that

4  beyond speculation.  Having said that go ahead

5  and tell him.

6         **THE WITNESS:**  I don't -- I don't have

7  specifics. I mean --

8  BY MR. AINSWORTH:

9         Q.   Of the people that you arrest, what is

01:22PM  10  the racial makeup of the people that you

11  arrest?

12         A.   My stats?

13         Q.   Yes.

14         A.   I've arrested white people, black

15  people, Mexican people, Indian people, Asian

16  people. Specifically I don't know what you are

17  asking. I've arrested all races of people.

18         Q.   And what percentage of people that you

19  have arrested have been African American?

01:22PM  20         A.   I don't know.

21         Q.   Have you ever used the word "nigger"?

22         A.   No.

23         Q.   Never in your life?

24         A.   No, only in context if somebody else

OFFICER SALVATORE DAVI

166

1    has said it.

2        Q.   What do you mean in context?

3        A.   In a story or with work.

4        Q.   What do you mean with work?

5        A.   As far as relating a statement that

6    some person said to somebody else, in a context

7    that somebody else said.

8        Q.   Do you have any close black friends?

9        A.   Yes, I do.

01:23PM  10        Q.   Who?  Which close black friends do you

11   have?

12        A.   Close black friend of mine, Jason

13   Mitchell.

14        Q.   How do you know Jason Mitchell?

15        A.   He is a Bolingbrook police officer

16   also, he started off as a Cadet.

17        Q.   When did you meet Jason?

18        A.   When I got hired in 2000.

19        Q.   Okay.  Any other close black friends

01:23PM  20   that you know?

21        A.   I don't -- I don't know who I consider

22   friends.  I have a lot of acquaintances that

23   are black that I work with, also, and if you

24   want me to name them all I will.

OFFICER SALVATORE DAVI

1      Q.   Do you have any family members who are

2  black?

3           MR. PENROSE: Object to that question.

4  Seems like an impossibility since the officer

5  is Caucasian.

6      A.   I don't think I do.  I don't know of

7  anybody in my close family that's married to

8  anybody or has any black children or anything.

9  BY MR. AINSWORTH:

01:24PM  10    Q.   So you don't have any relatives who

11  are black?

12           MR. PENROSE: Same objection.  You can

13  answer the question.

14  BY MR. AINSWORTH:

15     Q.   By blood or by marriage?

16     A.   No.

17     Q.   Do you have any tattoos?

18     A.   Yes.

19     Q.   What tattoos do you have?

01:25PM  20    A.   I have two on my wrist of my son's

21  names. I have one on my shoulder. One on my

22  side. One on my biceps.

23     Q.   What is the one on your shoulder?

24     A.   Tribal tattoo.

OFFICER SALVATORE DAVI

168

1    Q.    Tribal?

2    A.    Tribal tattoo.

3    Q.    What tribe?  Is it of a particular

4    tribe?

5    A.    No, it is called tribe. I don't know

6    how it to describe it.

7    Q.    When you say "tribal" do you mean

8    Native American?

9    A.    No, it is just a name.  They name the

10   tattoos, tribal tattoo lines that are filled

11   in.

12              I could show you if you want to

13   see them.

14   Q.    What tattoo is on your side?

15   A.    A coy fish.

16   Q.    What is the tattoo on your back?

17   A.    My name Salvatore.

18   Q.    Did you have those tattoo in May of

19   2007?

20   A.    I had the tribal one, and I had my

21   name.

22   Q.    And did you get any of the tattoos as

23   part of your work?

24   A.    No.

01:25PM (line 10)
01:26PM (line 20)

OFFICER SALVATORE DAVI

169

1      Q.   What happened once you got to the

2   station?

3      A.   Attempted to process Mr. Brownlee.

4      Q.   And how did you attempt to process

5   him?

6      A.   To get his arrest and booking form

7   filled out. Try to get him fingerprinted. Try

8   to get him pictured.

9      Q.   How was Mr. Brownlee's demeanor in the

10  processing room?

11     A.   He didn't want to cooperate with any

12  of it.

13     Q.   What lead you to believe he didn't

14  want to cooperate with any of it?

15     A.   He said:  I don't want to cooperate

16  with any of it. Not in those exact words, but

17  he -- can't remember what he said.  No, I'm not

18  going to take a picture.

19     Q.   What did you attempt to do first?

20     A.   I don't know.  We have a process we

21  follow.  We bring them in. Take them out of the

22  cuffs and put them on a wall for a pat down,

23  inventory of property.

24     Q.   Did he allow you to pat him down?

01:27PM

01:27PM

OFFICER SALVATORE DAVI

170

1      A.   Yes.

2      Q.   Did he allow you to do an inventory

3  his property?

4      A.   Yes.

5      Q.   What property did he have on him?

6      A.   I cannot recall unless I look at my

7  report, a Doore, D O O R E.  I remember that.

8      Q.   What did you do after you inventoried

9  his property?

01:28PM  10      A.   We have known procedures, have them

11  sit on the bench that's right next to the --

12  there is a bench right next to our booking

13  computer they sit on.  That's attached to the

14  wall.

15      Q.   Did you ask Mr. Brownlee to give you

16  his shoes?

17      A.   I can't remember.

18      Q.   Was anyone else with you at the time?

19      A.   I know Officer Smetters was there.  I

01:28PM  20  don't know who else, if Sergeant Hilliard was

21  in there yet.

22      Q.   Did Officer Smetters follow you to the

23  station?

24      A.   I don't know.

OFFICER SALVATORE DAVI

―171

1    Q.    Did you ask Mr. Brownlee to come over

2    to the bench?

3    A.    I can't remember. That's for people

4    who are being cooperative and are not being

5    belligerent and are not being upset and stuff

6    like that. That puts us in close proximity to a

7    person when they sit on that bench.

8    Q.    Did Mr. Brownlee refuse to give either

9    you or Officer Smetters his shoes?

01:29PM  10    A.    I can't remember.

11    Q.    What kind of shoes did he have?

12    A.    I can't remember. I don't know.

13    Q.    Do you know why either you or Officer

14    Smetters asked Mr. Brownlee to give you his

15    sandals?

16    A.    If he was asked for his footwear then

17    it was to check them for anything. We always

18    check the feet, the socks and the shoes of

19    everyone that comes in.

01:30PM  20    Q.    Did either you or Officer Smetters

21    return the sandals to Mr. Brownlee?

22    A.    I can't remember.  I don't know who

23    took them or gave them back to him.

24    Q.    Do you know one way or the other of

OFFICER SALVATORE DAVI

172

1    you returned his shoes, his sandals to him?

2        A.   I don't remember.

3        Q.   Was there any reason why you would

4    hold Mr. Brownlee's sandals from him?

5        A.   Unless they found something in them or

6    if he didn't want them back.

7        Q.   So unless you found some type of

8    weapon or contraband in his sandals or

9    Mr. Brownlee didn't want them back you would

10   typically return them to him?

11       A.   Typically, yes.

12       Q.   What about if things weren't going

13   smoothly?

14       A.   Then he wouldn't have came off the

15   wall.  He would have stayed on the wall for

16   officer safety.

17              Like I said every situation

18   dictates the outcome.

19       Q.   If things weren't going smoothly, and

20   he was being uncooperative, would you have

21   returned his shoes to him?

22       A.   I don't know.  Every situation

23   dictates the outcome.

24       Q.   In this situation with Mr. Brownlee --

01:31PM

01:31PM

1    Strike that.

2              You don't recall one way or the

3    other whether you gave him his sandals?

4         A.   Yes, I don't remember.

5         Q.   And do you remember feeling like you

6    shouldn't give him back his sandals because of

7    some officer safety issue?

8         A.   I don't remember if I gave them back

9    or if another officer did, so I couldn't have

01:31PM  10   felt that.  I don't remember.

11         Q.   So you don't recall feeling like he

12    shouldn't have his shoes because of officer

13    safety?

14         A.   I don't recall feeling that way.  No.

15         Q.   Did you have any issues with

16    Mr. Brownlee about the drawstring in his pants?

17         A.   I don't know if it was me.  I'm sure I

18    said something, while we were asking him for

19    the drawstring.  I don't know if it was me,

01:32PM  20   this is where it gets tricky, we all cooperate

21    inside there. I don't know if he was me or

22    another officer that asked him about the

23    drawstring in his pants.

24         Q.   What did you hear said about the

OFFICER SALVATORE DAVI

174

1    drawstring in his pants?

2        A.    If there was a drawstring in his pants

3    the proper procedure is to take the drawstring

4    from his pants, either to have it pulled out or

5    cut it out.

6        Q.    And what did Mr. Brownlee say about

7    the drawstring in his pants?

8        A.    He said it couldn't come out or

9    couldn't get it out or doesn't want to pull it

10   out. Somewhere in the fact that we knew that

11   string wasn't coming out.

12       Q.    What did you guys do next?

13       A.    We told him if he didn't pull,

14   somebody told him, I don't know if it was me or

15   the other officers in the room, if he didn't

16   our procedure is we cut it out then. We do it

17   every other time.

18       Q.    And what did Mr. Brownlee say to that,

19   if you know?

20       A.    He took his pants off and threw them

21   at us: Here, take them.  I don't want them.

22   That's not an exact quote.

23            Throw them.  Take them.  I don't

24   want them.  Something like that.

OFFICER SALVATORE DAVI

175

1    Q.    Mr. Brownlee said he didn't want his

2   pants?

3    A.    Yes.

4    Q.    Was Mr. Brownlee wearing anything

5   underneath his pants?

6    A.    I don't think he was. I think he was

7   naked underneath his shorts or pants or

8   whatever they were.

9    Q.    Who did Mr. Brownlee throw his pants

10  to?

11   A.    I can't remember.

12   Q.    Is there a requirement that arrestees

13  wear pants in the lockup or the cell?

14   A.    No.

15   Q.    Did Mr. Brownlee refuse to give you

16  his pants or the string to be cut out?

17   A.    No. He threw them at us and told us to

18  take them. So I think what was done we tried to

19  cut the string out and give them back to him.

20   Q.    How many times did Mr. Brownlee take

21  off his pants?

22   A.    I don't know. I don't know.

23   Q.    Was it just the one time that he --

24   A.    I remember that one time, but I don't

01:33PM

01:34PM

SIEBERT & ASSOCIATES COURT REPORTERS, INC.
(773) 851-7779 (FAX) 773 625-7254

OFFICER SALVATORE DAVI

176

1    remember if there was any other times.

2        Q.   What happened after Mr. Brownlee threw

3    his pants to either you or Officer Smetters?

4        A.   I think we are jumping ahead.

5        Q.   Okay.

6        A.   I think we were going to start to

7    process. The way it works, one officer starts

8    the processing and the other officer does the

9    inventory, unless the person is being, you

10   know, agitated and he is, you know, if you

11   think he is going to fight, obviously we have

12   to diffuse that situation first before anything

13   could get done.

14             So we usually breakup.  One guy

15   does that, just for time efficiency, make

16   things go smoother.

17             So I think the reason we were

18   starting to get his stuff off, like his

19   drawstring and stuff like that, because we were

20   going to put him in a cell, because he wasn't

21   cooperating with our booking procedures.

22             That's why I am saying, I think

23   we are jumping ahead, because that was all

24   happening at one time.

01:35PM (line 10)

01:35PM (line 20)

1         The booking procedure and getting

2    his property and everything should have been

3    all been happening at the same time.

4         Q.   So at what point did you try and do

5    the booking -- well, strike that.

6              My understanding, the first thing

7    you do is pat him down?

8         A.   Right.  Usually -- well, if it is not

9    me, it is somebody else, and somebody starts

10   walking towards the computer and starts

11   bringing up the screen and starts that part of

12   it.

13        Q.   That part of it with the computer is

14   asking the arrestee for his information?

15        A.   Correct.

16        Q.   And you already knew his name,

17   correct?

18        A.   Right.

19        Q.   What other information did you need

20   from Mr. Brownlee?

21        A.   It asks stuff like emergency contact,

22   height, weight, Social Security Number,

23   address, proper address.

24        Q.   Did Mr. Brownlee give you an emergency

OFFICER SALVATORE DAVI

178

1    contact?

2        A.   He wouldn't give us any information.

3    So I don't know. I would have to look at my

4    report, something like that would happen, just

5    for emergency contact purposes, I think I

6    possibly listed Mrs. Sandifer, just in case

7    something happened while he was in our care.

8              I have to look at my report.  I

9    don't know if I did or not.

01:37PM

10       Q.   But he didn't tell you call Tigen if

11   there is something wrong?

12       A.   No.

13       Q.   Did he ask for a phone call?

14       A.   I don't remember if he did or not.

15       Q.   Did you refuse to allow him to have a

16   phone call?

17       A.   I can't remember.

18       Q.   Did you ask him to sign anything at

19   that time?

01:37PM

20       A.   I don't think so.  There is nothing

21   for him to sign.

22             The only thing I would have asked

23   him to sign, if I did, would be his property

24   sheet.

OFFICER SALVATORE DAVI

179

1          But I can't remember if I did or

2    not or if he signed it.

3          Because the only other thing they

4    sign are their arrest and booking form when we

5    release them, and their bond receipt when we

6    release them.

7          Those three things only that they

8    sign.

9     Q.    Did you tell -- well, strike that.

10          Before you got to the station,

11   did you ever take Mr. Brownlee outside of the

12   back seat, pull him out of the back seat?

13    A.    Before I got to the station.

14    Q.    Yes.

15    A.    No.

16    Q.    So when you were stopped on Goodwin

17   you never grabbed him the handcuffs and yanked

18   him out of the back seat?

19    A.    No.

20    Q.    You never had him at the rear of the

21   car?

22    A.    No.

23    Q.    You never lifted his arms up over his

24   head when you were stopped on Goodwin?

01:37PM (line 10)
01:38PM (line 20)

OFFICER SALVATORE DAVI

180

1      A.   I couldn't. They were behind his back.

2  How could I lift his arms over his head?

3              Is that what you are asking if I

4  lifted his arms over his head?

5      Q.   Yes.

6      A.   No.

7      Q.   Did you ever pull his arms back behind

8  his body and then lift him up towards his head

9  while he was handcuffed?

01:38PM
10     A.   His hands were already back behind his

11  body, because he was handcuffed, but I never

12  lifted them over his head.  No, I never did

13  that when I took him out of the squad.

14              I don't know what you are asking.

15  If you want to rephrase it then.

16     Q.   While you where on Goodwin did you

17  ever have Mr. Brownlee out on the back of the

18  car and lift his handcuffed wrists back and

19  towards his head?

01:39PM
20     A.   No.

21     Q.   Did you ever ask Mr. Brownlee how to

22  unlock his cell phone?

23     A.   No.

24     Q.   Did you know whether his cell phone

1    was locked or not?

2        A.   I don't know.

3        Q.   Did Officer Smetters ever ask how to

4    unlock his cell phone?

5        A.   I don't know.

6        Q.   Did you search Mr. Brownlee when you

7    were outside of the car on Goodwin?

8        A.   No, because I never pulled him out of

9    the car on Goodwin.

01:39PM 10       Q.   Did you ever touch his testicles when

11   you were at the station?  Did you ever search

12   Mr. Brownlee?

13       A.   Yes.

14       Q.   Did you place your hands on his body?

15       A.   Yes. Strike that.

16            I don't know if it was me that

17   searched him or Officer Smetters at that time.

18            Like I said I can't remember who

19   did what while we were in the booking room.

01:40PM 20            Somebody put their hands-on him

21   at the station, yes, during the search.

22       Q.   You don't know if it was you or

23   Officer Smetters?

24       A.   I don't know.

OFFICER SALVATORE DAVI

182

1    Q.    Do you know whether Officer Smetters

2  touched his testicles while he was at the

3  station?

4    A.    During the pat down?

5    Q.    Yes, sir.

6    A.    I don't know.

7    Q.    Do you know if you touched his

8  testicles while you were at the station?

9    A.    If I patted him down then, yes, I

10  would have.

11    Q.    And why would you have touched his

12  testicles?

13    A.    Because people hide things by their

14  testicles.

15    Q.    And was he wearing pants when you

16  touched his testicles?

17    A.    Yes, he would have been unless he took

18  them off by that time.

19    MR. PENROSE: I'm going to object.  I

20  don't think he said he did.  He wasn't sure if

21  he did. You can go ahead and answer.

22    THE WITNESS:  If I did then he would

23  have been.

24

OFFICER SALVATORE DAVI

183

BY MR. AINSWORTH:

    Q.   Do you recall whether you squeezed his testicles?

    A.   I did not squeeze his testicles, if I touched him.

    Q.   How do you know you didn't squeeze his testicles?

    A.   Because I don't squeeze other men's testicles.

    Q.   Do you have any black friends who don't work at Bolingbrook?

    A.   I run into an occasional guy I knew at high school, but no direct friends, no, not anymore.

    Q.   How about May of 2007, did you have any then, black friends outside of the Police Department?

    A.   I don't know.

    Q.   Did you -- and you don't recall whether it was you or Officer Smetters who was working the computer?

    A.   Right. I don't recall.

    Q.   And what did you do after -- did there

01:41PM

01:42PM

OFFICER SALVATORE DAVI

1  come some point either you or Officer Smetters

2  declined to continue trying to input

3  Mr. Brownlee's information into the computer?

4      A.   Well, I think we had enough to get by,

5  because he has an arrest and booking form, so

6  somehow we had enough information to get his

7  arrest and booking form finished with what we

8  had.

9           I think when he refused to be

10 fingerprinted and pictured, either Officer

11 Smetters or I notified our immediate sergeant,

12 which we would have done, that's how Sergeant

13 Hiliard got brought into the booking room, that

14 he was being non-compliant with our procedures.

15     Q.   Did you give Mr. Brownlee a warning as

16 to what would happen if he didn't submit to

17 fingerprinting and booking?

18     A.   Yes.

19     Q.   What warning did you give him?

20     A.   We told him that he was being charged

21 with A, B and C.  We were going to process him

22 and release him. But if he refused to comply

23 with the procedures that he was going to go to

24 Will County Adult Detention Facility, because

1  we had no other choice, because we couldn't

2  finish our procedures.

3       Q.   What did you tell him he was going to

4  be charged with?

5       A.   With obstructing. But when you see it

6  on our charge it should say obstructing times

7  two. There is no point in putting duplicate

8  charges. It would look like six charges on

9  there.  It is the same thing anyway.  You have

10  to clarify it in our report.

11       Q.   So the obstructing charge, at that

12  point, was based on a false name that he gave

13  you at the house?

14       A.   At which point?

15       Q.   The -- when you were in the booking

16  room trying to book him?

17       A.   Right.

18       Q.   The obstructing charge you are talking

19  about was the false name?

20       A.   Right.

21       Q.   And that was the only charge he was

22  going to be charged with at that time, correct?

23       A.   No, and also the disorderly conduct

24  with the neighbors at that time, those two

01:44PM (line 10)

01:44PM (line 20)

1      So as far as -- right then and
2  there it happened so fast that he was going to
3  be handcuffed be to transported, and then, you
4  know, he started resisting at that time to be
5  handcuffed and started pulling away from the
6  officers and stuff like that, and flailing
7  around on the ground while he was sitting
8  there.  That's when I came over like what is
9  going on.
10      I don't know, like I said, if it
11  came before or after that, but he did complain
12  of a leg cramp at sometime.
13      Q.   Did you play any part in handcuffing
14  Mr. Brownlee?
15      A.   Not directly as far as the handcuffs.
16  I was trying to control his head so he wouldn't
17  headbutt any of the officers, as they were
18  crying to handcuff him.
19      I was just holding his head, so
20  he wouldn't turn around and headbutt them, but
21  was resisting, and he was flailing around.
22      And I just held his head there so
23  they could gain control of his arms and get him
24  in handcuffs as fast as I could.

02:11PM

02:11PM

OFFICER SALVATORE DAVI

1    Q.    And how much did you purchase it for?

2    A.    I don't know.

3    Q.    What model?

4    A.    The S4.

5    Q.    Do you have any other vehicles?

6    A.    No.

7    Q.    Do you have any other bank accounts or

8    items with a value of greater than $2,000?

9    A.    No.  No, I don't.  No, I don't.

03:10PM    10    Q.    Do you own any boats?

11    A.    No.

12    Q.    Do you own any snowmobiles?

13    A.    No.

14            MR. AINSWORTH:  Let's take a break.

15            (Recess.)

16

17

18    BY MR. AINSWORTH:

19    Q.    Sir, back on the record.  I'm going to

03:19PM    20    show you a video that's been produced to

21    plaintiff's counsel as a videotape of the

22    inside of the Bolingbrook police station.  And

23    I'm going to begin the video at approximately

24    1313 on May 28th, 2007 according to the clock

OFFICER SALVATORE DAVI

256

1    on this video.

2        A.   That's wrong.  You know that, right?

3        Q.   Okay.  Yes, sir.

4            Do you know how far off the hour

5    is, the time is?

6        A.   It has to be like an hour, because I

7    know he was placed into custody sometime after

8    1400 hours.  It may have just -- I don't know.

9    You would have to take that up with them.  I'm

10   not sure.

11       Q.   All right.  Sir, I'm going to stop the

12   video at 1313:28.

13           Can you identify the three people

14   in the middle, in the middle picture, camera 5?

15       A.   The guy in front is me.  The guy in the

16   middle is Mr. Brownlee, and I can't -- I'm sure

17   it is Smetters.  I can't see.  I'm sure it is

18   Smetters.  He has his sunglasses on his head, I

19   think, right?  That's Officer Smetters.

20       Q.   I'm going, at this time I'm going to

21   enlarge camera 1. And focus just on camera 1.

22   Stopping the video at 1313:35.

23           Is this when you have just walked

24   Mr. Brownlee into the police station?

03:19PM (line 10)
03:20PM (line 20)

OFFICER SALVATORE DAVI

263

1      A.   I offered them back, and he didn't

2  want them.

3      Q.   So what did you do with them?

4      A.   Put them over by his shoes on the

5  floor.

6      Q.   Continuing the video.

7           Who is the third police officer

8  that just entered the screen at 1319:20?

9      A.   Looks like Sergeant Hiliard.

03:31PM  10      Q.   Continuing the video. It appears that

11  at 1319:24 Mr. Brownlee is being walked back to

12  his cell, is that correct?

13      A.   Yes.

14      Q.   Do you know why he is being walked

15  back to his cell?

16      A.   Because he is not cooperating with any

17  of the booking procedure, I'm assuming.

18  Whether he is standing there naked or not we

19  were still booking him. If he is not

03:31PM  20  cooperating we will put him in his cell then.

21      Q.   Did you ask him to be fingerprinted?

22      A.   I don't know if we were at that point

23  in the booking procedure or not.

24      Q.   Did either you or Officer Smetters get

# Bolingbrook Police Department
## ARREST AND BOOKING FORM

| | | | |
|---|---|---|---|
| INCIDENT # | 07-19476 | | |
| AGENCY BOOKING # | 07-19476 | | |
| DOCUMENT CONTROL # | L37320010 | | |
| SID # | IL28905660 | | |
| FBI # | 760141LA2 | | |
| SS # | 356782896 | | |
| DLN | B65481672091 | STATE | IL |

**ING AGENCY** 0990200

**SUPPLEMENTAL/RELATED REPORTS**

| MAP PAGE | DAY Monday | DATE 5/28/07 | TIME OF ARREST 1402 |
|---|---|---|---|

☐ LT ☐ JUV  ☐ FELONY  ☒ MISDEMEANER  ☐ ORD. VIOL.  ☐ OTHER:

CODE 87  APPROVAL BY: X

TION OF ARREST  CITY BOLINGBROOK  STATE IL

DR. 45013

(LAST, FIRST, MIDDLE) WNLEE TIMOTHY R

RESS

| SEX M | RACE B | DATE OF BIRTH | AGE 35 | HGT 6'1" | WGT 185 | HAIR BLK | EYES BRO |
|---|---|---|---|---|---|---|---|

REFUSED
REFUSED

☐ MARKS ☐ SCARS ☐ TATOOS  DESCRIPTION: TAT L FRIST  TAT LF ARM  TAT RF ARM

PHOTO TAKEN ☐  PRINTS ☐
BY: REFUSED  BY: REFUSED

LEXION  BUILD AVG

E OF BIRTH  AKA  ALIAS D.O.B.

SOBER ☒  BEEN DRINKING  INTOXICATED  DRUGS

E OF EMPLOYMENT / SCHOOL  OCCUPATION / GRADE REFUSED

GANG AFFILIATION  CODE

RY AT ARREST NE  CODE N/A  TREATED AT/BY N/A

STED WITH

IAL PRECAUTIONS (HEALTH, OFFICER SAFTY, OTHER)  ☐ SELF ADMITTED  BY:

RGENCY NOTIFICATION / NAME REFUSED  PHONE REFUSED

USED

| COLOR/COLOR | YEAR | MAKE | MODEL | STYLE | LICENSE | STATE | YEAR |
|---|---|---|---|---|---|---|---|

OTHER DISTINGUSHING MARKS  VEH DISPOSITION

| | | CHARGE | ORD / STATUTE | BOND | COURT / INCIDENT # |
|---|---|---|---|---|---|
| UCR 3730 | O S T W | 1 OBSTRUCTING JUSTICE  X 2 | 720 ILCS 5.0/31-4 | $1,000.00 | |
| 2890 | O S T W | 2 DISORDERLY CONDUCT | 720 ILCS 5.0/26-1-A-I | $1,000.00 | |
| 3710 | O S T W | 3 obstructing peace officer | 720 5/31-1 | $ | |
| | O S T W | 4 | | $ | |
| | O S T W | 5 | | $ | |

ASE DATE / TIME  RELEASED ON ☐ BOND ☐ NTA ☐ CASH BOND  $  BY

PPEAR V JEFFERSON JOLIET, IL  DATE 5-28-07  TIME 1920  RECEIVING OFFICER X 1106 1944

SFER  WC  ☐ OTHER  BOND POSTED $
DY TO  ☐ ADF ☐  REASON

HOLD FOR:

RELEASED TO  RELATIONSHIP

PARENT NOTIFIED  DATE N/A  TIME

| NATURAL FATHER | LAST | FIRST | MIDDLE | ADDRESS | | PHONE |
|---|---|---|---|---|---|---|

JUV
ASE

| NATURAL MOTHER | LAST | FIRST | MIDDLE | ADDRESS | | PHONE |
|---|---|---|---|---|---|---|

ou have un-attended minor children at home?  ☐ Yes  ☒ No

**DEPOSITION EXHIBIT**
4
3-25-07

PERSONAL PROPERTY

| STING OFFICER | BADGE # 1117 | ASSISTED BY 1166 | SUBJECT AND PROPERTY RELEASED  SIGNATURE  X Refused | APPROVED |
|---|---|---|---|---|

BRN030

07

# Bolingbrook Police Department

## PERSONAL PROPERTY REPORT

| Number | 2. ADULT First Name | 3. IL SID # 28905660 Middle | 4. FBI # 760141LA2 | 5. AB Number 0719476 |
| --- | --- | --- | --- | --- |
| 9476 | | | 7. DLN # / State B65481672091 / IL | 8. SSN # ▓▓▓▓ |
| Name ROWNLEE, TIMOTHY R | | | | 10. Phone 1-GREY CELL PHOI |
| ress (include street, city, state, zip) | | | | |

URRENCY

$ _0_                          Coins $ _.23_                          Total $ _.23_

eck All Items Held

| | | | |
| --- | --- | --- | --- |
| Belt | Keys | Cigarettes | Sun Glasses |
| Billfold | Comb | Lighter | Boots |
| Shoes | Brush | Gloves | Shirt |
| Coat | Check Book | Purse | Pants |
| Glasses | Pen | Make-up | Knife |
| Hat | Pencil | License/ID | Mace, etc. |

**13. Detailed Items With Description**

1-BLK DOO RAG,1-CLEAR PLASTIC CELL PHONE HOLDER,1-YELLOW RING,1-YELLOW CHAIN,1-PAIR OF SANDALS

omments

BJECT REFUSES TO SIGN PROPERTY SHEET

Prisoners signature attests to the complete list of property held temporarily during confinement

_____
Date

_____
Prisoner's Signature

_____
Inventorying Officer

16.          I have received all my property as listed above.

_____
Date

_____
Prisoner's Signature

_____
Releasing Officer

BRN031