# EXHIBIT 3

```
                IN THE DISTRICT COURT OF THE UNITED STATES
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

  TIMOTHY BROWNLEE,                    )
                                       )
            Plaintiff,                 )
                                       )
       -vs-                            ) No. 07 C 7085
                                       )
  VILLAGE OF BOLINGBROOK,              )
  BOLINGBROOK POLICE OFFICER           )
  DAVI, BOLINGBROOK POLICE             )
  OFFICER SMETTERS, and                )
  BOLINGBROOK POLICE SERGEANT          )
  HILLIARD,                            )
                                       )
            Defendants.                )
```

Deposition of PAUL JEROME PAUSCHE, taken before DONNA L. POLICICCHIO, C.S.R., and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, at Suite 100, 312 North May, Chicago, Illinois, commencing at 9:58 a.m., on the 16th day of June, 2008.

```
 1          There were present at the taking of this deposition

 2     the following counsel:

 3          LOEVY & LOEVY by
            MR. ARTHUR LOEVY
 4          312 North May
            Suite 100
 5          Chicago, Illinois  60607
            (312) 243-5900
 6
                 on behalf of the Plaintiff;
 7
            TRESSLER, SODERSTROM, MALONEY & PRIESS by
 8          MR. CRAIG G. PENROSE
            233 South Wacker Drive
 9          Suite 2200
            Chicago, Illinois 60606-6399
10          (312) 627-4000

11               on behalf of the Defendants.

12                    * * * * * *

13

14

15

16

17

18

19

20

21

22

23

24
```

3

```
1                    DEPOSITION OF
                  PAUL JEROME PAUSCHE
2                   June 16, 2008

3      EXAMINATION BY:                            PAGE

4      Mr. Loevy                                    4

5      Mr. Penrose                                 62

6                    * * * * * *

7                      EXHIBITS

8                                                 PAGE

9      Deposition Exhibit 1                        56

10                   * * * * * *

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

MERRILL LEGAL SOLUTIONS
(800) 868-0061      (312) 263-3524

```
 1                    PAUL JEROME PAUSCHE,
 2   called as a witness herein, having been first duly sworn,
 3   was examined upon oral interrogatories and testified as
 4   follows:
 5                        EXAMINATION
 6   BY MR. LOEVY:
 7       Q    What is your name?
 8       A    Paul Jerome Pausche.
 9       Q    Can you spell your last name, please?
10       A    P-A-U-S-C-H-E.
11       Q    Have you ever been deposed before,
12   Mr. Pausche?
13       A    Have I ever what?
14       Q    Been deposed before.  This is a deposition in
15   which you're asked to give testimony under oath
16   concerning a lawsuit that's been filed in federal
17   court.
18       A    Yes.  I was -- I'm trying to remember.  It's
19   been many, many years ago.  Back in the '80s,
20   somewhere around in the '80s.
21       Q    Was that concerning a lawsuit?
22       A    No.  It was concerning -- I was riding with a
23   guy and it was concerning the drunken driving charge.
24       Q    Was the guy you were driving with accused
```

1    of --

2    A   He was being accused and I was called in to
3    give a deposition.

4    Q   I see. Any other occasions that you --

5    A   No, not that I can recall.

6    Q   Have you ever been a plaintiff in a lawsuit,
7    and by that I mean have you ever sued anybody?

8    A   Have I ever sued anybody? Yes. In that
9    incident on the drunken driving charge, I sued his
10   company because I was hurt pretty seriously.

11   Q   I see. Is that the only time you've ever
12   sued anyone?

13   A   Yes.

14   Q   How did it come out?

15   A   We won the settlement.

16   Q   Have you ever been sued?

17   A   No.

18   Q   Never in your entire life?

19   A   Never in my entire life.

20   Q   Are you currently employed, Mr. Pausche?

21   A   No. I'm retired. I've been retired for
22   going on 12 years.

23   Q   How old are you now?

24   A   73 and a half.

1    Q    How long have you lived at your current
2    address?
3    A    35 years.
4    Q    That's in Bolingbrook, correct?
5    A    Correct, Four Rye Court.
6    Q    Mr. Pausche, as I said before, you're being
7    deposed in the matter of a federal lawsuit that has
8    been brought by Mr. Brownlee against the Village of
9    Bolingbrook and others.
10        Do you understand that to be the case?
11   A    Uh-huh.
12   Q    You have to answer yes or no.
13   A    Yes.  I'm sorry.
14   Q    That's perfectly okay.
15        If you don't understand any of my questions,
16   will you ask me to explain them?
17   A    Okay.
18   Q    And if you don't ask me to explain any of my
19   questions, may I assume that you've understood those
20   questions?
21   A    Okay.
22   Q    If there is any time you would like to take a
23   break, will you tell me that you need a break?
24   A    Okay.

1    live with someone?

2    A    He passed away.

3    Q    Thank you.  You don't know Ernestine's last

4    name, is that correct?

5    A    I think it's Jackson.  I'm not sure.

6    Q    And what about Chisom?

7    A    He's black.

8    Q    Are you the only white that is living on the

9    court?

10   A    We are.

11   Q    You and your spouse --

12   A    Right.

13   Q    -- is that correct?

14        As you sit here now, do you remember an

15   incident that occurred on May 28, 2007?

16   A    Definitely.

17   Q    What was the weather like that day?

18   A    What was --

19   Q    The weather.

20   A    The weather, it was beautiful weather.  It

21   was a fine spring day.

22   Q    Were you entertaining that day?

23   A    No.

24   Q    What's the first thing you remember happening

1    that day?

2    A   The first thing I remember happening?

3    Q   Yes.

4    A   Okay. I was up on the roof. I was cleaning

5    my gutters. I was hosing them down. I got through,

6    cleaned up everything, and I was sitting out in

7    front. There was a young girl playing out in front

8    of their house.

9    Q   Excuse me. One of the children that lives

10   there?

11   A   No.

12   Q   Different girl?

13   A   Different child. And I was sitting out in

14   front resting.

15   Q   Where were you sitting, on your porch?

16   A   On my front porch.

17   Q   In a chair?

18   A   In a chair.

19   Q   Okay. Go ahead.

20   A   Do you want me to describe the incident that

21   happened that day?

22   Q   The next thing that you remember seeing,

23   hearing, or doing after you finished cleaning your

24   gutters and were sitting on the porch.

```
 1        A    Uh-huh.  Okay.  Yes.
 2        Q    What happened?  What's the next thing you
 3   remember?
 4        A    Well --
 5        Q    You saw a child on the --
 6        A    Right, and I was sitting out in front.  And
 7   as you say, Mr. Brownlee came out, got in his car,
 8   and his wife or girlfriend, whoever she is, got in
 9   with him, and they were backing out of the driveway.
10        Q    Okay.
11        A    The child was playing in the front.  As he
12   backed out of the driveway, he opened his car door
13   and yelled to the child something -- I don't remember
14   the exact words, but something to the effect of, Now
15   don't let that man do anything to you or say anything
16   to you or you let me know.  He said it loud enough
17   for me to hear.  And I says, I heard what you said.
18   Okay.  Do you want the exact words that he used then?
19        Q    As well as you can remember, sir, yes.
20        A    He started getting out of his car and started
21   coming towards me, and he says, I meant for your
22   mother fucking white ass to hear that.  And with
23   that, I just turned around, went in the house, and
24   called 911.
```

```
 1      Q    Did he follow you into the house?
 2      A    No.  He didn't even -- I don't even think he
 3   came on the property, but he was walking towards us
 4   in a menacing way.
 5      Q    And describe how it was menacing.
 6      A    Well, just fast and deliberate.
 7      Q    But never entered your property, correct?
 8      A    I don't think so.  I never gave him a chance
 9   to.  I already went into the house.
10      Q    And what did you do when you got in the
11   house?
12      A    Called 911.
13      Q    Did they answer?
14      A    Yes.
15      Q    What did you say to 911?
16      A    I told them I'm being threatened by my
17   neighbor again.
18      Q    And when you say again --
19      A    Going back to the incident that happened the
20   first time with the dog, the dog poo.
21      Q    Was that the only other time you had been
22   threatened?
23      A    Right.
24      Q    After you -- That was the incident after you
```

```
 1       put the dog poop on the chair?
 2            A    Right.
 3            Q    What else, if anything, did you say to 911?
 4            A    They says, Okay, we'll send someone out.
 5            Q    What did you do after you called 911?
 6            A    He already took off in his car.  I went back
 7       outside.
 8            Q    Where did you go outside?
 9            A    Same place I was sitting before.
10            Q    Sat down on the porch?
11            A    Right.
12            Q    What's the next thing -- What about the
13       little girl, did she stay out front?
14            A    I don't know what happened to her.  She
15       disappeared all of a sudden.
16            Q    Were there any other kids out there?
17            A    No.
18            Q    So when you went back to sit on the porch,
19       there were no children there, correct?
20            A    No.
21            Q    And am I correct in saying -- strike that,
22       please.
23                 Did you see Brownlee's wife, the woman that
24       lived in Brownlee's house, was she out there when all
```

1           this was occurring?
2           A    She was in the car with him.
3           Q    Did you ever see her outside of the car?
4           A    No.
5           Q    But there was no other children?
6           A    No other children.
7           Q    That morning, about what time did all this
8     take place?
9           A    I couldn't tell you.  I couldn't remember.
10          Q    Before lunch, after lunch?
11          A    I would say it was morning, a.m.
12          Q    At that point in time had you seen any of the
13    other children other than that one girl?
14          A    No.
15          Q    And so naturally you hadn't spoken to any
16    other children?
17          A    No.
18          Q    How long was it before anything happened
19    while you were sitting on the porch after you had
20    called 911?
21          A    Ten minutes.
22          Q    What happened after ten minutes?
23          A    A squad came out.
24          Q    Marked squad?

1    A    A Bolingbrook police officer came.

2    Q    One officer?

3    A    One officer.

4    Q    Someone that you recognized?

5    A    No.

6    Q    Never seen him before?

7    A    Never seen him before.

8    Q    Did he come and approach you?

9    A    Yes.

10   Q    Was that the first thing he did was approach you?

12   A    Right.

13   Q    What did you say to him and what did he say to you?

15   A    I told him what happened, and he says, Well, where is he?  I said, Well, he took off.  He's gone.

17   Q    What did you tell him happened, he meaning the Bolingbrook police officer?

19   A    Pardon?

20   Q    What did you tell the Bolingbrook police officer happened?

22   A    Exactly what I just stated.

23   Q    No change at all; those were the exact words you used?

1     A   No.  Yes.

2     Q   And did the Bolingbrook police officer write
3  anything down that you could observe?

4     A   I think he was writing things down.  I'm not
5  that observant that I pay attention to every little
6  thing every person does.

7     Q   After you spoke to the Bolingbrook police
8  officer, what's the next thing that happened?

9     A   Well, I said, He's gone now.  And he was
10 going to go over to the house, and just then he
11 pulled up.

12    Q   And that would be Brownlee?

13    A   Brownlee and his --

14    Q   And a woman?

15    A   And a woman pulled up.

16    Q   That's the woman you had observed lives in
17 the house as well?

18    A   Right.

19    Q   Was there anybody in the car with them?

20    A   Not that I know.

21    Q   What happened -- Where did Brownlee pull in
22 his vehicle, into his own driveway?

23    A   Into his driveway.

24    Q   What happened after he pulled into his