# EXHIBIT 4

1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

TIMOTHY BROWNLEE,            )
                             )
              Plaintiff,     )
                             )
        vs.                  ) No. 07 CV 7085
                             )
VILLAGE OF BOLINGBROOK;      )
BOLINGBROOK POLICE OFFICER   )
DAVI; BOLINGBROOK POLICE     )
OFFICER SMETTERS; and        )
BOLINGBROOK SERGEANT HILLIARD,)
                             )
              Defendants.    )


        The deposition of TIMOTHY BROWNLEE,

called by the Defendants for examination,

taken pursuant to notice, agreement, and by

the provisions of the Federal Rules of Civil

Procedure for the United States District

Courts pertaining to the taking of

depositions, taken before Tina M. Alfaro, CSR

No. 084-004220, a Notary Public within and for

the County of Cook, State of Illinois, and a

Certified Shorthand Reporter of said State, at

the offices of the offices of Tressler

Soderstrom Maloney & Priess, 233 South Wacker

Drive, Chicago, Illinois, on the 13th day of

May, A.D., 2008 at 1:00 p.m.

**M E R R I L L    L E G A L    S O L U T I O N S**

311 S. Wacker Drive, Suite 300                312.386.2000 Tel
www.merrilcorp.com/law    Chicago, IL 60606

Timothy Brownlee    May 13, 2008

2

```
 1   APPEARANCES:

 2        LOEVY & LOEVY

          BY: RUSSELL AINSWORTH, ESQ.

 3            312 North May Street, Suite 100

              Chicago, Illinois 60607

 4            (312) 243-5900

 5                On behalf of the Plaintiff;

 6        TRESSLER SODERSTROM MALONEY & PRIESS

          BY: CRAIG PENROSE, ESQ.

 7            233 South Wacker Drive, 22nd Floor

              Chicago, Illinois 60606

 8            (312) 627-1717

 9                On behalf of the Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24   REPORTED BY: Tina Alfaro, CSR No. 084-004220
```

Timothy Brownlee    May 13, 2008

3

1                          I N D E X

2

                        EXAMINATION

3

WITNESS                                      PAGE

4

TIMOTHY BROWNLEE

5

     By Mr. Penrose                          4

6

     By Mr. Ainsworth                        162

7

8                          EXHIBITS

9  BROWNLEE EXHIBITS                         PAGE

10  Exhibit No. 1                            12

11  Exhibit No. 2                            22

12  Exhibit No. 3                            95

13  Exhibit No. 4                            98

14  Exhibit No. 5                            159

15

16

17

18

19

20

21

22

23

24

Timothy Brownlee    May 13, 2008

4

1                    (Witness sworn.)

2    WHEREUPON:

3                    TIMOTHY BROWNLEE,

4    called as a witness herein, having been first

5    duly sworn, was examined and testified as

6    follows:

7                    EXAMINATION

8    BY MR. PENROSE:

9        Q.  Good afternoon, Mr. Brownlee.  My

10   name is Craig Penrose.  I'm an attorney that

11   represents all of the Defendants in this

12   matter.  I appreciate you coming in for your

13   deposition today.

14          What I'd like to do is start out with

15   discussing your prior arrests.  In your

16   interrogatories you referenced an arrest in

17   1991 for assault.  Can you explain the

18   circumstances of that arrest for me, please.

19       A.  Circumstances?

20       Q.  Yeah.  The facts.

21       A.  I was arrested for assault.

22       Q.  Okay.  A little more specific.  What

23   was -- where did it occur?

24       A.  In school.

Timothy Brownlee    May 13, 2008

1    ID.

2          Q.  So did you walk back to your -- you

3    said you had a truck?

4          A.  Yes.

5          Q.  So you walked from where you were

6    standing to your truck?

7          A.  Yes.

8          Q.  Okay.  Where was your wallet?

9          A.  In the truck.

10         Q.  Okay.  I assume it was a wallet?

11         A.  Yes.

12         Q.  So where in the truck?  On the seat?

13   In the glove box?  On the floor?

14         A.  In the center console.

15         Q.  So you reached into your truck and

16   what did you do then?

17         A.  Got my ID.

18         Q.  Okay.  Did you just reach in or did

19   you open the door?

20         A.  Opened the door.

21         Q.  Okay.  And then you got your ID.

22   What did you do next?

23         A.  I came back to the walkway and handed

24   it to the officer.

1       Q.   Okay.   You pulled your ID -- is it a

2    driver's license?

3       A.   Yes.

4       Q.   You pull your driver's license out of

5    your wallet?

6       A.   Yes.

7       Q.   And then you handed it to the

8    officer?

9       A.   I walked up back to where the officer

10   was and I handed him my driver's license.

11      Q.   And then after you handed your

12   license to the officer, what did he do?

13      A.   He took it.

14      Q.   Okay.   After he took it, what did he

15   do next?

16      A.   He took Ms. Sandifer's.

17      Q.   Did he go get hers or did she

18   bring --

19      A.   She brought it.

20      Q.   So she brings her license to the

21   officer also?

22      A.   Yes.

23      Q.   So he's got your license and her

24   license?

51

1      A.   Yes.

2      Q.   Okay.  What happened next?

3      A.   We stood there --

4      Q.   By "we" you mean you and

5   Ms. Sandifer?

6      A.   Me, Ms. Sandifer, and the officer.

7      Q.   How close was she to you and the

8   officer at this point?

9      A.   Same distance as she was before.

10      Q.   2 to 3 feet?

11      A.   I'm standing right before the

12   porch.

13      Q.   Okay.

14      A.   It has two levels to it.

15      Q.   Okay.

16      A.   She's standing at the bottom portion

17   of the porch; I'm standing off the steps, but

18   I'm in the walkway.

19      Q.   And how close are you to the officer

20   at this point?

21      A.   As close as I am to Mr. Russell.

22      MR. AINSWORTH:  Arm's length away?

23      THE WITNESS:  Yes.

24   BY MR. PENROSE:

1      Q.  Arm's length?

2      A.  Yes.

3      Q.  Then you say Ms. Sandifer was 2 to 3

4  feet away from the two of you?

5      A.  She was about as far as the court

6  reporter is to me.

7      Q.  2 to 3, maybe even 4 feet.  That's

8  fair.

9          Let me back up just to clear

10  something up here before we go on.

11          You say at some point the officer

12  asked for your IDs and you went to your truck

13  to get your ID.  From the point you were

14  standing with the officer to the point you

15  went to your truck to get your ID, how far

16  away was that?

17      A.  About, give or take, 8 to 12 feet.

18      Q.  So he asked you for your ID.  What

19  did you do at that point?  Did you say

20  anything to him?

21      MR. AINSWORTH:  Objection, asked and

22  answered.

23  BY MR. PENROSE:

24      Q.  "Him" meaning the officer.

1          MR. AINSWORTH:  You can answer.

2     BY THE WITNESS:

3          A.  Did I say anything to the officer?

4          Q.  Yes.

5          A.  Yes.  I told him I was getting mine

6     out of my wallet and my wallet's in the

7     truck.

8          Q.  And then what did he say to you in

9     response to that?

10         A.  Nothing that I can recall.

11         Q.  Okay.  He didn't say go ahead?  He

12    didn't say no?  You can't remember anything?

13         A.  I don't remember if he said go, don't

14    go.

15         Q.  Okay.  But you went?

16         A.  Yes.

17         Q.  Okay.  Great.  Thanks for clearing

18    that up.

19              So now let's go back to the time you

20    testified that he has your ID and

21    Ms. Sandifer's ID and you're standing arm's

22    length away from him.  What happened next?

23         A.  I don't know whether -- he went and

24    talked to the other officer.

54

1    Q.  Did he do anything with your IDs at

2    that point?

3    A.  I don't know.  I have no idea.

4    Q.  Okay.

5        As you're standing there, did you

6    hear him call on his radio or anything?

7    A.  No.

8    Q.  Okay.  So he just had your IDs and

9    then he left with your IDs?

10   A.  Yes.

11   Q.  And where did he go?

12   A.  I don't know.  He was talking with

13   the other police officer.

14   Q.  Where was he talking with the other

15   police officer?

16   A.  I don't know.

17   Q.  How do you know he was talking with

18   them if you don't know where they were?

19   A.  I was talking to Ms. Sandifer.  I

20   don't know what he did with the IDs.

21   Q.  Okay.

22   A.  I assume he was talking to the other

23   police officer.  I wasn't really paying

24   attention.  I was basically paying attention

1    to my fiance.

2        Q.  Okay.  And what happened next?

3        A.  Next he came back up to where me and

4    Tiggen was at on our porch, he handed us our

5    IDs, and told us, Hey, everybody try to get

6    along.

7        Q.  Okay.  What happened next?

8        A.  I went in the house.

9        Q.  Did Ms. Sandifer go in your house

10   too?

11       A.  Yes.

12       Q.  And then what did the officers do?

13       A.  I don't know.  I was in the house.

14       Q.  Did they stay there?  Did they

15   leave?

16       A.  I don't know.

17       Q.  And does the officer still have your

18   license?

19       A.  No.

20       Q.  So he gave you back your license?

21       A.  Yes.

22       Q.  What did you do when he gave you back

23   your license?

24       A.  He said, Everybody just try to get

Timothy Brownlee    May 13, 2008

1    along, and I went in the house.

2        Q.   What I'm saying is, what did you do

3    with your license?  Did you put it in your

4    wallet?  Did you put it back in the truck?

5        A.   I took it in the house.  I may have

6    put it on my dresser.  I really don't recall.

7    He gave back to me and I may have even gave it

8    to Tiggen.

9        Q.   But you don't know what you did with

10   it?

11       A.   No.

12       Q.   Then what happened next?

13       A.   I went downstairs to the family room

14   and started watching TV.

15       Q.   Okay.  How long did you watch TV for?

16       A.   It wasn't long.  It was short.  Maybe

17   20, 15, 30 minutes.

18       Q.   Okay.  What happened next?

19       A.   There was a knock on the door,

20   someone knocked on the door.

21       Q.   Okay.  Did you answer it?

22       A.   No.  I was watching TV.

23       Q.   Who answered the door?

24       A.   Tiggen answered the door.

Timothy Brownlee    May 13, 2008

57

1      Q.  What happened next?

2      A.  She told me that the police was out

3  there.

4      Q.  Okay.  So what happened next, then?

5      A.  I went to the door.

6      Q.  And who was at the door?

7      A.  Officer Davis.

8      Q.  Okay.  The same --

9      COURT REPORTER:  Officer Davis?

10     THE WITNESS:  Davi, Davis.  I don't know

11  his name.  I call him Officer Davis.

12  BY MR. PENROSE:

13     Q.  The same officer you had talked to

14  earlier?

15     A.  Correct.

16     Q.  And then what happened?

17     A.  He asked me what was my name.

18     Q.  And what did you tell him?

19     A.  I told him Timothy Brown.

20     Q.  And then what happened next?

21     A.  He asked me again, Dude, what's your

22  name?

23     Q.  Did he say dude?

24     A.  Yes.

Timothy Brownlee    May 13, 2008

1      Q.   And what did you say?

2      A.   I said, Timothy Brown.

3      Q.   Okay.  And then what happened next?

4      A.   He says, That's not the name you gave

5    me.

6      Q.   Okay.  And then what did you say?

7      A.   I said, You didn't never ask me my

8    name.  You asked for my ID.

9      Q.   Okay.  And then what did he say?

10      A.   He asked me to step outside.

11      Q.   Okay.  Did he say anything else?

12      A.   After he asked me to step outside?

13      Q.   No.  After you said you gave him your

14    ID.

15      A.   Yeah.  He asked me to step outside.

16      Q.   He didn't say anything else?

17      A.   No.

18      Q.   Then what happened?

19      A.   I stepped outside.

20      Q.   Then what happened?

21      A.   Then he pulled his handcuffs out and

22    put his handcuffs on me.

23      Q.   And when he did that did he say

24    anything to you?

1      A.   I asked him, What's wrong?   What's

2   going on?

3      Q.   Okay.

4      A.   And he told me he was putting me

5   under arrest.

6      Q.   Okay.  Did he say why?

7      A.   He said I gave him the wrong name.

8      Q.   What name did he say you gave him?

9      A.   He didn't.

10      Q.   Okay.

11           So he says you gave him the wrong

12   name, and then what did you say?

13      A.   I heard you, but I don't know what

14   you asked.  Say that again.

15      Q.   Sure.

16           After he said, You gave me the wrong

17   name, what did you say back to him?

18      A.   I said, My name is Timothy Brown.

19      Q.   Okay.  And what did he say?

20      A.   He just said I gave him the wrong

21   name.

22      Q.   Okay.  Then what happened?

23      A.   Then he put me in the police car.

24      Q.   Did he say anything else?

68

1    Q.  Okay.  Did you have your cell phone

2    with you?

3    A.  Yes.

4    Q.  I should.say did you have a cell

5    phone with you?

6    A.  Yes.

7    Q.  Okay.  Is it your cell phone? ·

8    A.  Yes.

9    Q.  Okay.

10   So you're in the back seat.  Did you

11   call somebody?

12   A.  Yes.

13   Q.  Your hands are handcuffed behind your

14   back, right?

15   A.  Yes.

16   Q.  How did you call someone if your

17   hands were handcuffed?

18   A.  My cell phone was on my side clamped

19   to my pajama pants.

20   Q.  Your right side or left side?

21   A.  Left side.

22   Q.  So your cell phone's clamped on to

23   your -- I guess clipped on to your pajama

24   pants?

Timothy Brownlee    May 13, 2008

69

1    A.   Uh-huh.   Yes.

2    Q.   So what happened next?

3    A.   I made a phone call.

4    Q.   Who did you call?

5    A.   I called my brother.

6    Q.   And what's your brother's name?

7    A.   Joseph.

8    Q.   And the last name?

9    A.   Smith.

10    Q.   And did you talk to Joseph Smith?

11    A.   No.

12    Q.   Okay.   Why not?

13    A.   His phone went straight to voice

14    mail.

15    Q.   His voice mail?

16    A.   Yes.

17    Q.   And what happened next?

18    A.   His phone went straight to voice

19    mail, so I hung up.

20    Q.   Okay.   And what happened next?

21    A.   The officer called somebody and said

22    that I was recording him.

23    Q.   Okay.   Did he say anything else?

24    A.   He pulled over.

70

1      Q.  Okay.  That's not my question.  You

2   said you heard him call somebody.  Did he call

3   them on a telephone or was he using the

4   walkie-talkie?

5      A.  I don't know.  The car that I was in

6   was caged.

7      Q.  Okay.  Does that mean you couldn't

8   hear what he was saying?

9      A.  Oh, yeah, I could hear him.

10     Q.  But you could tell he was calling

11  someone?

12     A.  Yes.

13     Q.  But you couldn't tell if he was on a

14  cell phone or on the police walkie-talkie?

15     A.  No, I couldn't tell you.

16     Q.  Did you hear what he said?

17     A.  Yes.

18     Q.  What did he say?

19     A.  He said, This dude is recording me.

20     Q.  This dude is recording me?

21     A.  Yes.

22     Q.  Did he say anything else?

23     A.  He said he was pulling over, I had a

24  cell phone.

71

1    Q.  Did he say anything else?

2    A.  Not that I can recall at that point.

3    Q.  Do you know who he was talking to?

4    A.  No.

5    Q.  He didn't use any names that you

6    could say who he was talking to?

7    A.  No.

8    Q.  You just knew he was talking to

9    somebody.

10    A.  Yes.

11    Q.  So after he said, This dude is

12    recording me, I'm pulling over, what happened

13    next?

14    A.  He pulled over.

15    Q.  Where did he pull over?

16    A.  On Boughton in a parking lot.

17    Q.  In a parking lot?

18    A.  Yes.

19    Q.  Was it actually on Boughton?

20    A.  Yes.

21    Q.  What was the parking lot?

22    A.  A church parking lot.

23    Q.  Do you know the name of the church?

24    A.  Seventh Day Adventist.

Timothy Brownlee     May 13, 2008

1      Q.   Did he actually pull into the parking

2  lot?

3      A.   Yes.

4      Q.   So he pulls into the parking lot.

5  What happens next?

6      A.   The other officer that was at my

7  address with him pulled up.

8      Q.   How did you know it was the other

9  officer?

10     A.   I saw him.

11     Q.   Okay.  So you recognized him from

12  before?

13     A.   Yes.

14     Q.   Okay.

15          So he pulled up into the parking lot

16  also?

17     A.   Yes.

18     Q.   Okay.  Was he in front, behind, to

19  the side of Officer Davi's car?

20     A.   I think behind.

21     Q.   Okay.  What happened next?

22     A.   He opened the door, Officer Davi

23  opened the door, and he told me to put my head

24  down.

73

1       Q.  Okay.  Where was the other officer at

2    this point?

3       A.  In the back of the car -- at the back

4    of Officer Davi's car.

5       Q.  You mean standing by the back of the

6    car?

7       A.  Yes.  Standing by the back of the

8    car, by the side of the door, the back side of

9    the car where I was in the car.

10      Q.  Okay.  Thank you.

11          What happened next?

12      A.  Officer Davi opened the door and told

13   me to put my head down between my legs.

14      Q.  Okay.  What happened next?

15      A.  He grabbed the handcuffs and snatched

16   me out of the car backwards.

17      Q.  Okay.  What happened next?

18      A.  He snatched me up, took my arms from

19   behind, he was holding them in between the

20   handcuffs, and he held my arms in an

21   uncomfortable position.

22      Q.  What position is that?

23      A.  I want to say from behind my head, my

24   hands up from behind.

Timothy Brownlee    May 13, 2008

74

1    Q.  How far up?

2    A.  I don't know.  I know it was up as

3  far as he could get them.

4.   Q.  Okay.  What happened next?

5    A.  He gave me -- he punched me.

6    Q.  Where did he punch you?

7    A.  In the stomach.

8    Q.  Okay.  What happened next?

9    A.  He asked me who did I call.

10    Q.  Okay.  And what did you say?

11    A.  I didn't say anything.

12    Q.  Okay.  What happened next?

13    A.  He grabbed my testicles and asked me

14  again who did I call.

15    Q.  Okay.  And what happened next?

16    A.  I told him he was hurting me.

17    Q.  Are you out of the car at this

18  point?

19    A.  Yes.

20    Q.  And then what happened?

21    A.  He asked me who did I call.

22    Q.  Okay.  And what did you say?

23    A.  I just told him, Hey, you're hurting

24  me, this is not right.

Timothy Brownlee    May 13, 2008

75

1      Q.   Okay.  And then what happened?

2      A.   Officer Chris got the cell phone out

3   of the car.

4      Q.   Officer who?

5      A.   I think his name is Chris, the other

6   officer.

7      Q.   Okay.  The other officer that was

8   standing at the back of Officer Davi's car.

9      A.   Yeah.

10      Q.   Is that the one you mean?

11      A.   Yes.

12      Q.   So I'm sorry.  He takes the cell

13   phone?

14      A.   Yeah.  He goes in the car and gets

15   the cell phone.

16      Q.   What do you mean he goes in the car?

17   I thought it was on your --

18      A.   It was.  He snatched me out of the

19   car backwards and my cell phone fell into the

20   car.

21      Q.   Oh, okay.

22         So when you get out of the car, the

23   cell phone's still laying in the back seat; is

24   that right?

Timothy Brownlee    May 13, 2008

76

1      A.  I don't get out of the car.  I'm

2  snatched out of the car.

3      Q.  I'm not sure I understand what you're

4  saying.

5      A.  He snatched me out of the car.

6      Q.  Why don't you explain to me what that

7  means.  I don't understand.

8      A.  He snatched me out of the car.

9      Q.  Okay.  I understand what you said,

10  but say it so I understand what you're saying.

11  What do you mean snatched?

12      THE WITNESS:  How do you explain snatched?

13  BY MR. PENROSE:

14      Q.  He can't help you.  You have to

15  answer the question.

16      MR. AINSWORTH:  Describe how your body

17  moved and the officer's body moved when you

18  left the car.

19  BY THE WITNESS:

20      A.  Oh.  He grabbed the handcuffs in

21  between the handcuffs and my two hands and

22  pulled me backwards out of the car.

23      Q.  Okay.  And after you were pulled out

24  of the car, were you on your feet?

77

1      A.   No.

2      Q.   So he pulls you out of the car and

3  are you on your knees?

4      A.   He pulled me out of the car

5  backwards.

6      Q.   I understand that, but after you're

7  pulled out of the car, are you on your feet at

8  this point?

9      A.   No.  When he pulled me out I'm on my

10 butt.

11     Q.   So he pulls you out of the car

12 straight on to your butt?

13     A.   Yes.

14     Q.   So you're on your butt?

15     A.   Yes.

16     Q.   In the parking lot?

17     A.   Yes.

18     Q.   On Boughton?

19     A.   Yes.

20     Q.   Were there any other cars in the

21 parking lot?

22     A.   Not that I can recall, no.

23     Q.   But you're on Boughton?

24     A.   Yes.

78

1          Q.  Can you see Boughton from the parking

2     lot?

3          A.  Yes.

4          Q.  Are cars going back and forth as

5     you're in the parking lot on Boughton?

6          A.  I really don't know.  I assume it is,

7     it's· a busy street, but did I pay attention to

8     cars?  No.

9          Q.  So let's continue with your

10    testimony.  I think you said the cell phone

11    was in the back seat and the other officer

12    grabbed your cell phone; is that right?

13         A.  I don't know if it was in the back

14    seat.  I know the cell phone was still -- it

15    was knocked off my side when I was snatched

16    out of the car and I know it was still in the

17    car.  Where in the car on the back seat, you

18    said, I don't know if it was on the back seat.

19         Q.  Fair enough.

20              So you're saying the other officer

21    reached in and grabbed your cell phone?

22         A.  I seen the other officer with my cell

23    phone.  I don't -- he probably -- I don't know

24    if he reached in and got it.  I don't know

1    when he got it.  I just saw him with it.

2          Q.  Okay.  When did you see him with it?

3          A.  While Officer Davis was asking me who

4    did I call.

5          Q.  Okay.

6              So were you facing the car at this

7    point?

8          A.  Yes.

9          Q.  So you're on your butt facing the

10   car --

11         A.  No.  At this point I'm not on my

12   butt.

13         Q.  Are you standing up at this point?

14         A.  Yes.

15         Q.  Are you facing the car?

16         A.  Yes.

17         Q.  So at that point you see the other

18   officer with your cell phone?

19         A.  Yes.

20         Q.  But you didn't see him take it out of

21   the car?

22         A.  No.

23         Q.  But you did see the other officer

24   with your cell phone?

Timothy Brownlee    May 13, 2008

80

1        A.   Yes, I saw the other officer with my
2   cell phone.
3        Q.   Okay.  What happened next?
4        A.   Officer Davi has my hands pulled up
5   from behind and he's asking me who did I call.
6        Q.   And what happened next?
7·       A.   I told him he was hurting me.
8        Q.   Okay.  And then what happened?
9        A.   He asked me who did I call.
10       Q.   Okay.  Let's back up here.
11            You said you were originally on your
12   butt, but then you came to a standing
13   position?
14       A.   I was pulled up to a standing
15   position.
16       Q.   Pulled up by --
17       A.   By my arms.
18       Q.   By Officer Davi?
19       A.   Yes.
20       Q.   Okay.
21            Then what happened?
22       A.   Then he hit me in my stomach.
23       Q.   He hit you in your stomach before or
24   after you were pulled up to standing?

1      A.   After I was pulled up to standing.

2      Q.   So you're in the parking lot, you're

3   pulled up to standing, and he hits you in the

4   stomach?

5      A.   Yes.

6      Q.   Was it with open, closed fists, Billy

7   club?  How did he hit you?

8      A.   I don't know.

9      Q.   You don't know?

10      A.   He didn't hit me with a Billy club.

11   He hit me with his fist.

12      Q.   Was it opened or closed?

13      A.   That, I don't know.

14      Q.   Then what happened?

15      A.   He asked me who did I call.

16      Q.   Okay.  And then what happened?

17      A.   Then he grabbed my testicles.

18      Q.   Then what happened?

19      A.   He asked me who did I call, and I was

20   telling him he's hurting me.

21      Q.   Okay.  Then what happened?

22      A.   Then he asked me what's the code to

23   my phone.

24      Q.   Which officer is asking you this?

Timothy Brownlee    May 13, 2008

128

1    I'm calling this Officer Chris.  I know that

2    that's not his name.  The other officer that

3    was at my house with Davi was on my left

4    side.

5        Q.  That's fine.  Okay.

6        A.  And they were spinning me from right

7    to left and pushing me down, pushing my head

8    down.  They had my -- the sergeant on my right

9    side took my hand, put it behind my back,

10   grabbed my thumb, and popped it.

11       Q.  Okay.  What happened next?

12       A.  Then they put some handcuffs on me

13   and they asked me to stand up.

14       Q.  So they asked you to stand up, and

15   then what happened?

16       A.  I told them I was unable to stand.

17       Q.  Did you say why?

18       A.  I told them I was in pain.  I had a

19   cramp in my leg, my back was hurting.

20       Q.  Okay.  Then what happened?

21       A.  I asked to see a doctor, told them I

22   needed a doctor.

23       Q.  Okay.  Then what happened?

24       A.  Officer Davi went off.

Timothy Brownlee    May 13, 2008

129

1      Q.  Okay.  Then what happened?

2      A.  He called me all kind of niggers.

3      Q.  What did he say specifically?

4      A.  He told me he had a fucking steak

5   waiting on him, he was supposed to get off

6   work and I'm fucking around.  And the sergeant

7   told him, We've got to do this right, and he

8   said, Fucking nigger.

9      Q.  Did he say anything else?

10     A.  He told me he was going to find out

11  where I worked and show up to my workplace and

12  fuck me up.

13     Q.  Were the officers there when he said

14  this?

15     A.  Yes, they were.

16     Q.  Did he say anything else?

17     A.  At that point I looked at the

18  sergeant, who was standing to my left.

19     Q.  What happened next?

20     A.  I asked him did he hear him

21  threatening me.

22     Q.  Okay.  What happened next?

23     A.  He told me, No, I don't hear him

24  threatening you.

130

1      Q.   Okay.   Then what happened?

2      A.   I shut up.

3      Q.   So are you still on the floor at this

4  point?

5      A.   Still on the floor.

6      Q.   Then what happened?

7      A.   They made a call, I'm figuring the

8  paramedics, and somebody was on their way to

9  get me to take me to the hospital.

10      Q.   Did the paramedics show up?

11      A.   Yes, they did.

12      Q.   Then what happened?

13      A.   Then they put me on -- first they

14  wanted me to refuse medical treatment.

15      Q.   Who wanted you to do that?

16      A.   All of them wanted me to do it.

17      Q.   Who's all?

18      A.   The officers that was there.

19      Q.   The three officers we've been talking

20  about?

21      A.   Yes.

22      Q.   Anyone else?

23      A.   Yeah.   That's it.

24      Q.   Even though they called the

Timothy Brownlee    May 13, 2008

131

1    paramedics, they wanted you to refuse

2    treatment when the paramedics got there?

3        A.  Yeah.

4        Q.  Did the paramedics hear them say

5    this?

6        MR. AINSWORTH:  Objection, foundation.

7    BY THE WITNESS:

8        A.  I don't know.

9        Q.  But you heard them say it?

10       A.  Yeah, I heard them.

11       Q.  Was this before the paramedics got

12   there?

13       A.  I don't remember.

14       Q.  So what happened next?

15       A.  They took me to the hospital.

16       Q.  And which hospital is that?

17       A.  Bolingbrook emergency medical

18   facility.

19       Q.  Was this the same one you went to

20   before?

21       A.  Yes.

22       Q.  And did they take you in the

23   paramedic's ambulance, truck?

24       A.  Yes.

Timothy Brownlee    May 13, 2008

145

1      A.   Yes.

2      Q.   -- split screens.

3      A.   Yes.

4      Q.   So then you were released at that

5  point, you said?

6      A.   At what point?

7      Q.   You said your bond was paid and then

8  you were released?  I think that's what you

9  testified to.

10     A.   No.  After I seen the three people, I

11 went back --

12     Q.   I'm talking about after that.

13     A.   Okay.  See, that's where you're

14 confusing me.

15     Q.   You testified that eventually you

16 were released?

17     A.   Yes, eventually I was released.

18     Q.   Then where did you go after you were

19 released?

20     A.   I went home.

21     Q.   Did somebody drive you home?

22     A.   Yes.

23     Q.   Who drove you home?

24     A.   Tiggen.

146

1        MR. PENROSE:  Why don't we take a break.

2                    (A short break was had.)

3    BY MR. PENROSE:

4        Q.  We're back on the record after

5    another short break.  Mr. Brownlee, I want to

6    show you the video that's being produced in

7    discovery in this matter.  Was this the video

8    you reviewed earlier today with your attorney?

9        A.  Yes.

10       Q.  I'm going to pick up at May 28th at

11   1313.

12       A.  What time is 1313?

13       Q.  1:13 in the afternoon.  It's actually

14   2:13, but the clock says 1313, 1:13.

15           It's now in the station house.  Why

16   don't we start the video.  That's you there?

17   I'm going to point to the gentleman right

18   there.  That's you?

19       A.  Yes.

20       Q.  Do you know who this is?

21       A.  Officer Davi.

22       Q.  And who is this, can you tell?

23   Sorry.  That's as big as I can make it.  Is

24   that the other officer at your house?

147

1      A.  I can't tell.

2      Q. ˙That's fine.  I'll resume the video

3  still at 1313.

4      A.  At any point that I can tell, can. I

5  identify him?

6      Q.  Absolutely.  Just shout it out.  I

7  don't care.

8          Stopping at 1314.  Can you tell me

9  what's happening now?

10     A.  I'm being searched.

11     Q.  Not by Officer Davi but the other

12  one; is that right?

13     A.  Yes.

14     Q.  Stopping the video still at 1314 --

15     MR. AINSWORTH:  And 32 seconds.

16  BY MR. PENROSE:

17     Q.  -- and 32 seconds.  What's happening

18  now?

19     A.  I'm being searched.

20     Q.  Can you tell what the officers are

21  doing?

22     A.  Searching me.

23     Q.  Are they putting any, of your

24  belongings in a bag?  Is that what that looks

1    like?  Can you tell?

2        A.  No, I can't tell.

3        Q.  Stopping at 1315 and 16 seconds.

4    What's happening now?

5        A.  I'm just standing there.

6        Q.  Were they saying anything to you?

7    Were you saying anything to them?  Do you

8    recall?

9        A.  No, I don't recall.

10       Q.  Stopping 1315 and 41 seconds.  What

11   just happened here?

12       A.  They just took my shoes.

13       Q.  Do you recall them saying anything to

14   you at this point or you saying anything to

15   them?

16       A.  No.

17       Q.  Stopping at 1316 and 30 seconds.

18   What just happened here?

19       A.  This officer right here put my hands

20   on the wall.  He's telling me when he takes

21   the cuffs off he's going to put my hands on

22   the wall.

23       Q.  Not Officer Davi but the other one?

24       A.  This one right here.  He's telling

1    me --

2        Q.   Stopping at 1316 and 46 seconds.

3    Looks like you're discussing something with

4    one of the officers.  Do you recall what was

5    said?

6        A.   Yes.

7        Q.   Okay.  What was said at that point?

8        A.   This officer here --

9        Q.   Not Davi, the other one?

10       A.   The other one told me when he put my

11   hands on the wall not to take my hands off the

12   wall until he tells me to.

13       Q.   Okay.

14       A.   Officer Davi is right here taunting

15   me, telling me he dares me to take my hands

16   off the wall.

17       MR. AINSWORTH:  Before you start, just so

18   you know, Mr. Brownlee, the reason we try to

19   use names rather than this one and that one is

20   for the record.

21       THE WITNESS:  Okay.

22   BY THE WITNESS:

23       A.   This right here is the other officer

24   that was at my house.

Timothy Brownlee    May 13, 2008

150

1      Q.  Right.  Thank you.

2          Stopping 1317 and 6 seconds.  What's

3      happening now?

4      A.  The other officer that was at my

5      house told me to go ahead and take my hands

6      off the wall, turn around, and take my

7      bracelet off and my ring.

8      Q.  All right.  Stopping 1317 and

9      27 seconds.  What's happening now?

10     A.  He's telling me to take the string

11     out of my pants.  I'm untying my pants to

12     attempt to take the string out.

13     MR. AINSWORTH:  Who's telling you that?

14     THE WITNESS:  The other officer that was

15     at my house.

16     BY MR. PENROSE:

17     Q.  All right.  What just happened here,

18     1317 and 36 seconds?

19     A.  Officer Davi told me to take my pants

20     off.  So I'm thinking he wants my pants to go

21     in the bag.  I tried to put them in the bag,

22     and the other officer at my house said he

23     didn't want to touch the pants.

24     Q.  All right.  Continuing.  Without

151

1    stopping the video, 1317 and 44 seconds,

2    what's happening now?

3        A.  I'm putting my pants back on.

4        Q.  Stopping at 1318 and 15 seconds.

5    What's happening now?

6        A.  I'm explaining to him that the string

7    won't come out, it's stitched in.

8        Q.  Okay.  Stopping the video 1318 and

9    24 seconds.  What's happening now?

10       A.  He told me go ahead, take the pants

11   off and give them to him.

12       Q.  And that's what you did?

13       A.  Yes.

14       Q.  Stopping the video at 1318 and

15   36 seconds.  What's happening now?

16       A.  He's trying to take the string out

17   and he sees that he couldn't.  Now he's

18   taking -- he took something out to cut it

19   out.

20       Q.  All right.  Stopping the video at

21   1319 and 6 seconds.  What just happened there?

22       A.  The other officer that was at my

23   house cut the string out.

24       Q.  Then what did he do?

Timothy Brownlee    May 13, 2008

152

1      A.  He gave the pants to Officer Davi.

2      Q.  Then what did he do?

3      A.  He threw the pants on the side.  He

4  threw them in -- that's a hallway, I think.

5      Q.  He didn't give them back to you?

6      A.  He just threw them over there,

7  (indicating).

8      Q.  Switching to camera angle 5.  Why is

9  it not catching up?

10      MR. AINSWORTH:  Maybe open camera 8.  He's

11  already in the cell.  You've got to back up.

12  You need to go to 19.

13      MR. PENROSE:  I think you're right.

14      MR. AINSWORTH:  I think it's like 1923.

15      MR. PENROSE:  Thanks.

16  BY MR. PENROSE:

17      Q.  Moving the video ahead to 1527, which

18  is actually 3:27, which is actually 4:27

19  because the time's an hour off.  I'm showing

20  you all nine angles right at this point.

21      A.  What did you say?

22      Q.  I'm showing you all nine different

23  angles at this point.  I'll pull up one big

24  one here in a second.

Timothy Brownlee    May 13, 2008

153

1          All right.  I'm beginning the video

2    camera angle 8 at 1527 and 36 seconds.  Which

3    officer is this now, do you know?

4          A.  That's the other officer that came to

5    my house.

6          Q.  Not Davi.  He's opening the cell

7    door?

8          A.  Yes.

9          Q.  I'm stopping the video at 15:27:45.

10   It looks like he's saying something to you.

11   Do you recall what he said to you?

12         A.  He asked me to come out, and I asked

13   him, Could I have my shoes, please.

14         Q.  What did he say in response?

15         A.  He's just going to leave.

16         Q.  Okay.  Continuing the video.

17         Stopping the video here.  Looks like

18   two officers have come into your cell.  Do you

19   know which two they are?

20         A.  That's the other officer that was at

21   my house and that's the sergeant.

22         MR. AINSWORTH:  That was at 15:28:01.

23   BY MR. PENROSE:

24         Q.  Stopping the video.  Going to all

154

1    nine camera angles here, going backwards.

2    Rewinding to 15:28:07, nine-camera angle view

3    on this.  Going to camera angle 1.  Stopping

4    the video at 15:28:10.  What's happening

5    here?

6         A.  One's pushing and one's pulling.

7         Q.  What are you doing?

8         A.  I'm saying, I'm not resisting.

9         Q.  Are you doing anything at all?

10        A.  I'm sitting on the floor.

11        Q.  Stopping at 15:28:23.  What's

12   happening now?

13        A.  One officer's on my right, one's to

14   my left, and one's on top of my head pushing

15   me down.

16        Q.  And what are you doing?

17        A.  I'm saying, I'm not resisting.

18   They're saying, Stop resisting.

19        Q.  Stopping at 15:28:29.  What's

20   happening here?

21        A.  Same thing.

22        Q.  Are you doing anything at all?

23        A.  I'm being pushed -- being held down

24   by my head.  This is the sergeant right here,

### ADVENTIST MIDWEST HEALTH
### ADVENTIST HINSDALE HOSPITAL
120 North Oak Street
Hinsdale, IL 60521
Radiology Department (630)856-7400/Reports (630)856-7412

## RADIOLOGY REPORT

Ord: BENFIELD, KEVIN F
Att: BENFIELD, KEVIN F
Adm: BENFIELD, KEVIN F

Diag: 71944 JOINT PAIN-HAND

2220331     NW    BXR-WRIST 3V RT    05/28/2007 17:23

2220331, 2220330

RIGHT HAND AND WRIST:

CLINICAL HISTORY:  Joint pain.

FINDINGS:  There is bony fusion of the lunate and capitate bones, a normal
variant.  Examination of the second through fifth digits is compromised by
flexion.  No definite acute fracture is seen.

"Document is not considered final until review/verification at 72 hours."

### E-SIG David A. Cook, M.D.

DAC/raa
D:  05/28/2007 18:17:40 *C.T.*
T:  05/28/2007 19:43:34 *E.T.*
E:  05/28/2007 19:43:34 *E.T.*/raa
Job #:  602786  Doc #:  7513323  AMH Job #:      609575
cc:
*C.T. = Central Time / E.T. = Eastern Time*



EXHIBIT
Brownlee 5
5·13·08 TA

Admit:  05/28/2007        Patient Name:  BROWNLEE, TIMOTHY
Disch:                    MR#:  2162476        Acct#:
Sex:  M Age:  35Y         Dictating:  E-SIG David A. Cook, M.D.
Room:  Pt Type:  R        Attending:  BENFIELD, KEVIN F
DOB: