# EXHIBIT 5

CGP/436813                                                                                              6121-213

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BROWNLEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 07 CV 7085 |
| VILLAGE OF BOLINGBROOK, | ) | |
| BOLINGBROOK POLICE OFFICER DAVI, | ) | Judge Ruben Castillo |
| BOLINGBROOK POLICE OFFICER SMETTERS, and | ) | |
| BOLINGBROOK SERGEANT HILLIARD, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MANUAL FILING OF EXHIBIT 5
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 5 is a DVD Video and a separate CD software application to view the 9 angle DVD Video that cannot be transformed into a pdf for electronic filing, thus a copy of these discs will be filed manually with the Clerk and an additional copy of both disks provided to Chambers.

Respectfully submitted,

By: s/Craig G. Penrose

Craig G. Penrose
Attorney for Defendants
Tressler, Soderstrom, Maloney & Priess
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6399
(312) 627-4000
(312) 627-1717 (Fax)
E-mail:cpenrose@tsmp.com

*07 c 7085*

DEFENDANTS' EXHIBIT 5

INSTRUCTIONS FOR LOADING DESA REMOTE CLIENT SOFTWARE AND VIEWING 9 CAMERA ANGLE VIDEO CD OF BOLINGBROOK POLICE STATION TAKEN FROM MAY 28, 2007 in BROWNLEE V. BOLINGBROOK

1) The Desa Remote Client video software CD should be self-explanatory and it easily installs on the computer. This software is required to view the 9 camera angle Video DVD.

2) Once the software has been installed it "should" result in an "icon" on the computer desktop. You then simply insert the DVD video and click on the icon.

3) A propriety "DESA Bosch" viewing screen should then appear. On the right hand side, click on the "search" button and another dialog window should appear. Pull down the drive to change to "D drive" to read the DVD that has been inserted. The video should be listed in the upper box, simply hit OK on the dialog box to bring up the video.

4) This should result in a blank screen with the current time and year, date and hour/minute reference to the right; small boxes with 1 through 16 on the bottom of the dialog box, and buttons to mouse click for stop, play, and fast forward and rewind in the middle of the box.

5) To "cue" up the video you must input May 28, 2007 and the time on the right side by moving those particular entries with the arrow buttons. Be advised the "buttons" to change the entries are slow to respond.

6) The video begins at 13:13 p.m., so that must be "cued up" in the hour, minute box. In addition, you must also "click" to activate boxes 1 through 9 at the bottom to bring up all 9 cameras angle to view. Once you press play, all nine cameras should begin at that time.

7) Although it may be different on each individual computer, adjusting the "delay" button <u>down</u> to 10 results in the proper speed when viewing all nine cameras at once (otherwise it plays too fast).

8) You can also bring up each individual camera by pressing stop, and then clicking on that camera view and then pressing play again. Setting the "delay" to 25 is the proper speed to view each individual camera. You can also adjust each individual camera view by adjusting the "zoom" feature.

## SUMMARY OF EVENTS ON VIDEO TAPE

| | |
|---|---|
| 13:13: | Plaintiff brought into Booking Room |
| 13:20: | Plaintiff Placed in Cell 3 |
| 13:28: | Cell Check |
| 13:53: | Cell Check |
| 14:21: | Cell Check |
| 14:59: | Cell Check |
| 15:27:37: | Officer Smetters opened Cell Door |
| 15:28:17: | Plaintiff pulled into Booking Room |
| 15:28:40: | Plaintiff Handcuffed |
| 15:39: | Fire Department Arrives |
| 15:49: | Exit Booking Room |