# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BROWNLEE, | ) | |
|     Plaintiff, | ) | |
| -vs- | ) | No. 07 C 7085 |
| VILLAGE OF BOLINGBROOK, | ) | |
| BOLINGBROOK POLICE Officer | ) | |
| Davi, BOLINGBROOK POLICE | ) | ORIGINAL |
| OFFICER SMETTERS and | ) | |
| BOLINGBROOK POLICE | ) | |
| SERGEANT HILLIARD, | ) | |
|     Defendants. | ) | |

The deposition of OFFICER DANIEL SMETTERS, called for examination, taken pursuant to the provisions of the Code of Civil Procedure and the Rules of the Supreme Court of the State of Illinois pertaining to the taking of depositions for the purpose of discovery, taken before Cynthia M. Moreno-Bailey, C.S.R. No. 84-3635, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said state, at Suite 100 312 North May Street, Chicago,

1

```
 1   Illinois, on the 26th day of March, A.D. 2008,
 2   commencing at 10:00 p.m.
 3
 4   PRESENT:
 5    LOEVY & LOEVY
 6    (312 North May Street, Suite 100
 7    Chicago, IL 60607,
 8    (312) 243-8900), by:
 9    MR. RUSSELL AINSWORTH
10    russell@loevy.com
11    appeared on behalf of the Plaintiff;
12
13
14    TRESSLER, SODERSTROM, MALONEY & PRIESS
15    (233 South Wacker Drive, Suite 2200
16    Chicago, IL 60606,
17    (312) 627-4000), by:
18    MR. CRAIG G. PENROSE
19    cpenrose@tsmp.com
20    appeared on behalf of the Defendant.
21
22   REPORTED BY:  Cynthia Moreno-Bailey,
23        C.S.R. No. 84-3635
24
```

2

```
 1         (WHEREUPON, the witness was
 2      duly sworn.)
 3         MR. AINSWORTH: Could you please state and
 4  spell your name for the record?
 5         THE WITNESS: Daniel Smetters,
 6  S-M-E-T-T-E-R-S.
 7         OFFICER DANIEL SMETTERS,
 8  called as a witness herein, having been first duly
 9  sworn, was examined and testified as follows:
10                      EXAMINATION
11  BY MR. AINSWORTH:
12     Q.  On May 28, 2007, were you working with the
13  Bolingbrook Police Department.
14     A.  Yes.
15     Q.  Were you present at Rye Court when
16  plaintiff was arrested?
17     A.  No.
18     Q.  After plaintiff was arrested, did you
19  receive a call to respond to Officer Davi's car
20  somewhere in the area of Boughton and Goodwin?
21     A.  I don't think I was called to respond, but
22  I did respond over there.
23     Q.  What led you to respond over there?
24     A.  Accusation that he was stopping there for a
```

3

OFFICER DANIEL SMETTERS

1    A.    No.  It was passive resistance at that
2  time.
3    Q.    Was he saying anything as you were pulling
4  him out?
5    A.    Not that I can remember.
6    Q.    Did you drag him out of the cell?
7    A.    I grabbed him by his arm and pulled him.
8    Q.    As you pulled him, did he drag his body
9  along the ground?
10   A.    His body followed as I pulled.
11   Q.    Was he dragging along the ground?
12   A.    If that's what you define dragging as.
13   Q.    How far did you pull Mr. Brownlee?
14   A.    Initially probably only a couple feet until
15 we got to the cell doors at which point, Sergeant
16 Hilliard grabbed his other arm and we pulled him to
17 the general booking area.
18   Q.    Why did you pull him to the general booking
19 area?
20   A.    Because the hallway is very narrow.  So it
21 would have been impossible to then -- I wouldn't say
22 impossible, but it wouldn't be very easily or safe
23 to handcuff him in that area.
24   Q.    Was Mr. Brownlee actively resisting when

128

OFFICER DANIEL SMETTERS

1  you and Sergeant Hilliard started pulling him from
2  the cell to the booking room?
3      A.  He was passively resisting.  He was still
4  remaining limp.
5      Q.  Were you saying anything to Mr. Brownlee
6  during that time?
7      A.  I don't recall.
8      Q.  Were any of the other officer's, either
9  Sergeant Hilliard or Officer Davi, saying anything
10 to Mr. Brownlee at that time?
11     A.  I don't recall.
12     Q.  Was Mr. Brownlee saying anything to any of
13 you at that time?
14     A.  I don't recall.
15     Q.  What happened when you pulled him to the
16 general booking area?
17     A.  We told him put his hands behind his back,
18 and at that time we started trying to direct his
19 hands behind his back.  At that point, he stiffened
20 up and would not allows us to move his arms behind
21 him.
22     Q.  What happened after Mr. Brownlee stiffened
23 and wouldn't allow his hand to move behind his back?
24     A.  We were yelling at him to put his hands

129

OFFICER DANIEL SMETTERS

1  behind his back. We were trying to then pull him
2  over onto his stomach so we can handcuff him.
3      Q. How did you go about trying to put him onto
4  his stomach?
5      A. I guess just by pushing his arms or his
6  chest forward. I can't say specifically what
7  motions, but just using his arms to leverage to get
8  him on his stomach.
9      Q. Were you successful in getting him on his
10 stomach?
11     A. I don't recall.
12     Q. How many officers were assisting in
13 handcuffing Mr. Brown?
14     A. It was myself, Sergeant Hilliard, that I
15 recall at the time.
16     Q. How big was Mr. Brownlee?
17     A. He has to be like 220 I would imagine.
18 Somewhere around there.
19     Q. How tall?
20     A. If I were to guess, five ten, five eleven.
21     Q. At the time you weighed 220?
22     A. Yeah.
23     Q. He was about the same weight as you?
24     A. Approximately. I couldn't say

130

1  the booking computer while the video you just saw
2  was being shot; is that fair?
3      A.  No.
4      Q.  Nobody brought Mr. Brownlee over to the
5  place to be photographed?
6      A.  Correct.
7      Q.  Stopping the video at 15:27:33, who is that
8  in camera eight?
9      A.  That is me.
10     Q.  That's the back of your head?
11     A.  Yes.
12     Q.  Stopped at 15:27:54.  Is this when you were
13 having the conversation with Mr. Brownlee about his
14 shoes?
15     A.  I don't know.  I can't tell by me looking
16 at the back of my head at what point this is.
17     Q.  Why didn't you just give Mr. Brownlee his
18 shoes?
19     A.  Because that's not protocol.  It's not what
20 we do.  We are not there to take their orders.  They
21 are getting all of their property out in the booking
22 area.  That's just the protocol I follow.  They come
23 out.  They put on their shoes.  They get recuffed.
24 We get their property.  They sign their sheets and

157

1   what have you only in that area.
2       Q.  Who told you that arrestees only get their
3   property in the booking area?
4       A.  It's what we have done in field training.
5   Basically, you could see this is the hallway leading
6   up to the cells which is a very small hallway.
7       Q.  You are pointing to --
8       A.  It's a vary small hallway.  So if there is
9   -- if we are going to have a confrontation with
10  someone who has been arrested in there, it's not
11  ideal because of the small space of one of us
12  getting hurt.
13          We are not going to walk inside a cell
14  and hand someone something, especially after the
15  attitude they have had towards us.  It's not safe.
16  I don't have to give him his shoes inside his cell.
17  He comes out and he gets his stuff in a certain area
18  for our safety and protocol that I follow.
19      Q.  Stopping at 15:28:03.  Is this when you are
20  pulling Mr. Brownlee out of the cell?
21      A.  Yes.
22      Q.  Resuming video and stopping at 15:28:09,
23  camera one.  Do you have Mr. Brownlee's left arm at
24  15:28:17?

158

1   A.   That's what it appears, yes.

2   Q.   Can you tell what kind of technique you are
3   using on Mr. Brownlee at 15:20:18?

4   A.   No.  The picture is not clear enough to
5   tell.

6   Q.   Can you tell what kind of technique you are
7   using at 15:28:20?

8   A.   No. Picture is not clear enough to tell.

9   Q.   At 15:28:24, Mr. Brownlee has his hands
10  behind his back, correct?

11  A.   Appears to be.

12  Q.   Stop the video at 15:28:36.  Did
13  Mr. Brownlee ever tell you that he had a back
14  condition?

15  A.   No.

16  Q.   Did he ever tell you that or the people at
17  the hospital?

18  A.   I don't know.

19  Q.   Did he tell the people at the medical
20  center he had been at the medical center just at
21  3:00 a.m. that morning about his back?

22  A.   Not that I recall.

23  Q.   You don't recall that?

24  A.   I do recall something about -- something

159

OFFICER DANIEL SMETTERS

1  about a spinal something or other.
2     Q.   Spinal stenosis?
3     A.   I don't recall exactly what it was.
4     Q.   What was said about a spinal something or
5  other?
6     A.   I think he said something about a
7  deteriorating spine possibly.
8     Q.   At what point did he say something about a
9  deteriorating spine?
10    A.   I don't remember.  Definitely at the
11 medical center was the first time I recall hearing
12 anything about that.
13    Q.   Have you ever had any complaints for
14 misconduct lodged against you to your knowledge?
15    A.   What kind of misconduct?  Like?
16    Q.   A citizen complaint?
17    A.   Yes.
18    Q.   What kind of citizen complaint have you had
19 lodged against you?
20    A.   I don't know if they went through the full
21 complaint process.  I know I have had people call
22 the boss regarding me.  Someone complained once that
23 I stepped on his carpet after we got a call of a
24 home invasion.  Turned out to be the homeowner's

160