# EXHIBIT 7

STATE OF ILLINOIS )
) SS.
COUNTY OF WILL )

IN THE CIRCUIT COURT OF THE TWELFTH JUDICIAL CIRCUIT
WILL COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS )
VS. ) Case No. 2007 CM 2121
TIMOTHY R. BROWNLEE )

## CRIMINAL COMPLAINT

### CHARGE

On this **29 day of May, 2007**, complainant **Det. D. Draksler** charges the commission of an offense as follows:

on or about **May 28, 2007**, at and within Will County, Illinois, **TIMOTHY R. BROWNLEE**, a **male** person, committed the offense of:

### ATTEMPT OBSTRUCTING JUSTICE
(Class A Misdemeanor)

in that, **said defendant, with the intent to commit the offense of Obstructing Justice, in violation of Illinois Compiled Statutes, Chapter 720, Section 5/31-4(a), performed a substantial step toward the commission of that offense, in that he knowingly furnished false information to Salvatore Davi, a uniformed police officer, in that he told Salvatore Davi that his name was Timothy Sandifer**, in violation of Chapter 720, Section 5/31-4(a) and Section 5/8-4(a), of the Illinois Compiled Statutes, 2007.

### OATH

The undersigned being duly sworn on oath says that the foregoing charge is true.

SIGNED: _____

Subscribed and sworn to before me on
29 day of May, 2007.

_____
Judge or Notary Public

BOA/ks
BBRK #07-19476

000065

06042007