# EXHIBIT 8

Case 1:07-cv-07085    Document 42-10    Filed 07/23/2008    Page 1 of 3

```
                                                              CSP048
COURT DOCKET - WILL COUNTY CIRCUIT CLERK           Date:  1/31/2008
                                                   Time: 13/44/43
                                                   Page:        1
  2007 CM 002121  Judge: POWERS MICHAEL J    From 0/00/0000 To 99/99/9
                                                   User: MLWN
                                                   Wsid: CCLK200A
     Case Names_____   Attorney Names_____    All Entries Fo
            VS
  BROWNLEE TIMOTHY R       KUTNICK JOSHUA B
  SANDIFER TIAAEN
```

Date
/29/2007  Charge 01 Count 001 ATTEMPT OBSTRUCT JUST/DESTROY EVIDENCE May 28,200
          Defendant BROWNLEE TIMOTHY R
          Statute 720 5/31-4(a)   Class A  CSA A  Orig.
          Agency: BOLINGBROOK VILL   Charge Instr: COMPLAINT

/29/2007  Mittimus For Failure To Give Bail Filed

/29/2007  People present by DEBRA J. WENDLING. Defendant present in custody
          of the Will County Sheriff pursuant to video court. Complaint is
          filed and copy served on the defendant. Charges and rights
          explained. Defendant enters a plea of not guilty. Defendant
          advises the Court he will hire private counsel. Case is set for
          jury pretrial. Based on sworn testimony of Assistant State's
          Attorney, DEBRA J. WENDLING, Court finds probable cause to continue
          the defendant's detention. Gerstein hearing completed. Bond set in
          the amount of $1,000.00- 10% to apply. Copy of mittimus issued in
          open court. Defendant remanded to the custody of the Will County
          Sheriff.
          Pretrial Jun 26,2007 09:00AM Rm302  Judge POWERS
          Judge:LORZ ROBERT C   Rep:ELECTRONIC RECORDING   Clerk:BHHY  M

5/29/2007 Complaint - ATTEMPT OBSTRUCTING JUSTICE

5/30/2007 Bond Type Bail $100.00 Bond $1000.00 Defendant BROWNLEE TIMOTHY R
          Assignment SANDIFER TIAAEN   Judge POWERS MICHAEL J
          Return Date Jun 26,2007 09:00AM Rm302  Judge POWERS

5/31/2007 Sheriff Fee Bill Filed May 28,2007 Judge LORZ Amt $41.00

6/26/2007 Appearance on behalf of defendant FILED BY Atty KUTNICK JOSHUA B

6/26/2007 See Order Signed FILED BY Asst States Attorney LESZCYNSKI LAURENCE

6/26/2007 TF - Defendant's Motion To Continue
          People present by Laurence Leszcysnki. Defendant appears in
          person and by Attorney Lisa Kinser for Attorney Joshua
          Kutnick. Motion of the defendant, case is continued for
          pretrial. Schmidt discovery is ordered tendered by July 10,
          2007. SOS
          Pretrial Jul 26,2007 09:00AM Rm302  Judge POWERS
          Judge:POWERS MICHAEL J   Rep:ELECTRONIC RECORDING   Clerk:HRTD  M

7/26/2007 See Order Signed FILED BY Asst States Attorney LESZCYNSKI LAURENCE

7/26/2007 TF - Defendant's Motion To Continue
          People present by Laurence Leszcynski. Defendant appears in
          person and by Attorney Lisa Kinser for Attorney Joshua

              C O N T I N U E D   O N   N E X T   P A G E

                                                              000021

```
                                                                    CSP048
COURT DOCKET - WILL COUNTY CIRCUIT CLERK          Date:  1/31/2008
                                                  Time:  13/44/43
                                                  Page:     2
2007 CM 002121   Judge: POWERS MICHAEL J    From 0/00/0000 To 99/99/9
                                                  User:  MLWN
```

| Date | |
|---|---|
| 7/26/2007 | Kutnick. Attorney Lisa Kinser is given leave to withdraw as co-counsel. Motion of the defendant, case is continued for pretrial and Rule to Show Cause against Attorney Joshua Kutnick. SOS<br>Pretrial Aug 01,2007 09:00AM Rm302  Judge POWERS<br>Judge:POWERS MICHAEL J   Rep:ELECTRONIC RECORDING   Clerk:HRTD   M |
| 8/01/2007 | PEOPLE OF THE STATE present by JACK ZAREMBA. Defendant appears in person and by Attorney, Joshua Kutnick. Matter comes on for pretrial. The Rule to Show Cause against Mr. Kutnick is withdrawn. Defendant enters a plea of not guilty. By agreement of the parties, case is set for bench trial. Discovery is acknowledged. Defendant agrees that speedy trial demand is tolled until September 20,2007. SOS<br>Bench Trial Sep 20,2007 09:00AM Rm302  Judge POWERS<br>Judge:POWERS MICHAEL J   Rep:ELECTRONIC RECORDING   Clerk:KATE   M |
| 8/01/2007 | Waiver of Trial By Jury FILED BY  Defendant BROWNLEE TIMOTHY R |
| 8/01/2007 | See Order Signed FILED BY  Atty KUTNICK JOSHUA B |
| 9/20/2007 | People of the State present by Emily Klunk. Defendant is present and by Attorney, Joshua Kutnick. Matter is called for bench trial at 9:35 a.m. State makes an oral motion to continue. Motion is denied. On motion of the People, case is dismissed. Order enters nolle prosequi. Defendant files Speedy Trial Demand in open court; copy served on the State. Bond to be refunded to surety.<br>Judge:POWERS MICHAEL J   Rep:ELECTRONIC RECORDING   Clerk:KATE   M |
| 9/20/2007 | Demand for Speedy Trial FILED BY  Atty KUTNICK JOSHUA B |
| 9/20/2007 | Disposition 01/00  Count 001  No Fine & Cost Signed<br>Judge POWERS MICHAEL J  Defendant Present BROWNLEE TIMOTHY R<br>Atty KUTNICK JOSHUA B  Asst States Attorney KLUNK EMILY R<br>Disposition: Nolle Prosequi ATTEMPT OBSTRUCT JUST/DESTROY EVIDENCE<br>Disposition Type: Court Action   Defendant Plea: No Plea Entered<br>Statute 720 5/31-4(a)   Class A   CSA A  Orig.<br>Sentence: 09/20/2007<br>No Fine & Cost        .00<br>Status:Closed  Report:Terminated  Sep 20,2007<br>Judge:POWERS MICHAEL J |
| 9/27/2007 | Bond Refund Fee $100.00  Amt $90.00  Bond Used<br>Defendant BROWNLEE TIMOTHY R |

000022

**CERTIFICATION**

I, PAMELA J. MCGUIRE, CLERK OF THE 12TH JUDICIAL CIRCUIT WILL COUNTY ILLINOIS, CERTIFY THIS TO BE A TRUE COPY OF AN ORIGINAL RECORD OF THIS CIRCUIT COURT.

SIGNED: *Pamela J. McGuire* 1/31
CLERK                          DATE