**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Timothy Brownlee
                Plaintiff,

v.                                    Case No.: 1:07−cv−07085
                                           Honorable Ruben Castillo

Davi, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 24, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Status hearing held on 7/24/208. Motion hearing set for 7/29/2008 is vacated. Plaintiff's response to Defendants' motion for summary judgment [40] is due on or before 8/14/2008. Defendants' reply will be due ten calendar days after plaintiff files his response. The Court will rule by mail. Defendants' motion to strike expert report of Plaintiff and bar testimony [34] is granted in part and denied in part. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.