IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BROWNLEE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7085 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| VILLAGE OF BOLINGBROOK, | ) | |
| BOLINGBROOK POLICE OFFICER DAVI, | ) | |
| BOLINGBROOK POLICE OFFICER | ) | |
| SMETTERS, and BOLINGBROOK POLICE | ) | |
| SERGEANT HILLIARD, | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S EXHIBITS IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| A | Timothy Brownlee Deposition |
| B | Officer Salvatore Davi Deposition |
| C | Tiggen Sandifer Deposition |
| D | Officer Daniel Smetters Deposition |
| E | Sergeant Richard Hilliard Deposition |
| F | Jerome Pausche Deposition |
| G | Rose Pausche Deposition |
| H | Gregory Johnson Deposition |
| I | Will County Court File |
| J | Medical Records |
| K | Statement to Police from Jerome Pausche and Rose Pausche |
| L | Plaintiff's Reponses to Defendants' Interrogatories |
| M | First Amended Complaint |
| N | Photographs |