IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

TIMOTHY BROWNLEE,                )

                                 )

                Plaintiff,       )

                                 )

        vs.                      ) No. 07 CV 7085

                                 )

VILLAGE OF BOLINGBROOK;          )

BOLINGBROOK POLICE OFFICER       )

DAVI; BOLINGBROOK POLICE         )

OFFICER SMETTERS; and            )

BOLINGBROOK SERGEANT HILLIARD,)

                                 )

                Defendants.      )

        The deposition of TIMOTHY BROWNLEE,

called by the Defendants for examination,

taken pursuant to notice, agreement, and by

the provisions of the Federal Rules of Civil

Procedure for the United States District

Courts pertaining to the taking of

depositions, taken before Tina M. Alfaro, CSR

No. 084-004220, a Notary Public within and for

the County of Cook, State of Illinois, and a

Certified Shorthand Reporter of said State, at

the offices of the offices of Tressler

Soderstrom Maloney & Priess, 233 South Wacker

Drive, Chicago, Illinois, on the 13th day of

May, A.D., 2008 at 1:00 p.m.



EXHIBIT
A

14

1      A.   No.

2           Q.   What caused you to state when the

3    complaint was filed that Drew Peterson broke

4    your thumb?

5           A.   Repeat that, please.

6           Q.   Sure.   I'll rephrase the question.

7    It was a poorly phrased question.

8                Why did you state in this complaint

9    that was filed on December 17, 2007 that Drew

10   Peterson broke your thumb?

11          MR. AINSWORTH:   Object to the form of the

12   question.

13   BY MR. PENROSE:

14          Q.   Go ahead and answer.

15          A.   I knew it was a sergeant that broke

16   my thumb, and to me after seeing him on TV, it

17   looked like him.

18          Q.   So you thought that one of the guys

19   that broke your thumb looked like Drew

20   Peterson you saw on TV?

21          MR. AINSWORTH:   Objection, misstates the

22   witness's testimony; object to the form of the

23   question.

24                Go ahead and answer.

1    BY THE WITNESS:

2        A.  Repeat that.

3        Q.  Sure.  We'll scratch that question

4    and I'll give you another one.

5            So you stated you saw Drew Peterson

6    on TV?

7        A.  Yes.

8        Q.  Okay.  And you thought that he looked

9    like the guy that you say broke your thumb?

10       A.  To me, yes.

11       Q.  Okay.  Was there any other reason why

12   Drew Peterson was named in this lawsuit

13   originally?

14       A.  Is there any reason why?

15       Q.  Any other reason.

16       A.  Any other reason?  Meaning?

17       Q.  Did you talk to anyone?  Did you see

18   any reports with his name on it?  I'm just

19   trying to understand why his name was

20   included.

21       A.  Because I know a sergeant broke my

22   thumb and he's a sergeant.

23       Q.  Okay.  How do you know he's a

24   sergeant?

16

1        A.   How do I know who's a sergeant?

2        Q.   Drew Peterson.

3        A.   Sergeant Drew Peterson.

4        Q.   Okay.  But how do you know that?

5        A.   How do I know he's a sergeant?

6        Q.   Correct.

7        A.   Because that's the title of his name,

8    Sergeant Drew Peterson.

9        Q.   But how did you find out the title of

10   his name?

11       A.   I don't know how I found out, but I

12   know when they say his name, they say Sergeant

13   Drew Peterson.

14       Q.   When who says his name?

15       MR. AINSWORTH:   Who do you mean by "they"?

16   BY THE WITNESS:

17       A.   When I seen him.

18       Q.   Where did you see him?

19       A.   I saw him on TV.

20       Q.   So when you saw him on TV, they

21   called him Sergeant Drew Peterson?

22       A.   Yes.

23       Q.   What made you think a sergeant broke

24   your thumb?

Timothy Brownlee     May 13, 2008

1          Go ahead.

2     BY THE WITNESS:

3          A.   To be honest with you, I don't know,

4     but I know it was, I'll say, them.

5          Q.   But you don't know -- there were just

6     two of them, to make sure we're clear on that?

7          A.   Yes.

8          Q.   I thought that's what you inferred.

9               You don't know which one said "We

10    hear you"?

11         MR. AINSWORTH:   Object to the form of the

12    question, mischaracterizes the witness's

13    testimony.

14    BY THE WITNESS:

15         A.   I said no.

16         Q.   So what happened next?

17         A.   I told them I wanted them to hear

18    me.

19         Q.   Okay.   Then what happened next?

20         A.   Then I left and went to the store.

21         Q.   Did you have any other conversations

22    with your neighbors after that, before you

23    went to the store?

24         A.   No.

Timothy Brownlee    May 13, 2008

36

1        Q.  Okay.

2            So you and Ms. Sandifer go to the

3    store.  Were you driving or was she driving?

4        A.  I was driving.

5        Q.  So you get to the store, but you

6    don't know how long you were at the store?

7        A.  No.

8        Q.  What did you buy at the store?

9        A.  I don't know exactly what I bought at

10   the store.  I bought groceries.

11       Q.  Okay.

12           And after you bought the groceries

13   you left the store?

14       A.  Yes.

15       Q.  Okay.  Where did you go next?

16       A.  I went home.

17       Q.  And the groceries that you bought at

18   the store, how did you pay for that?  Cash?

19   Credit?  Check?

20       A.  Cash.

21       Q.  Now, you have the groceries.  Did you

22   put them in your car?

23       A.  Yes.

24       Q.  Okay.  And then your testimony was

37

1    you drove back home?

2         A.   Yes.

3         Q.   Okay.  And who was driving at that

4    point?

5         A.   I was.

6         Q.   Okay.

7              So you drive back home with the

8    groceries in the car, and is Ms. Sandifer

9    still with you on the return trip home?

10        A.   Yes.

11        Q.   So what happens next?

12        A.   I come back home and pull in the

13   driveway.

14        Q.   Okay.  What happens next?

15        A.   I opened my car door.

16        Q.   Now, did you pull into your -- do you

17   have a garage or did you just pull into the

18   driveway?

19        A.   I have a garage.

20        Q.   Did you pull into the garage or did

21   you pull into the driveway?

22        A.   I pulled into the driveway.

23        Q.   So you opened your car door.  Did you

24   get out at that point?

40

1        A.   One was standing behind my car.

2        Q.   Okay.   When did he come to stand

3    behind your car?

4        A.   I don't know.

5        Q.   Okay.

6             So sometime between the time you

7    pulled into the driveway and got out of your

8    car to hand the groceries to Ms. Sandifer a

9    police officer was standing behind your car?

10       A.   Repeat that again.

11       Q.   Sure.

12       A.   Make sure I understand.

13       Q.   Sure.

14            You said a police officer was

15   standing behind your car.   When did you notice

16   that he was standing behind your car?

17       A.   When I opened my door to get out.

18       Q.   So by the time you were opening your

19   car door to get out, there was already someone

20   behind your car?

21       A.   Yes.

22       Q.   Now let's back up.   You had indicated

23   that a police officer came and talked to you?

24       A.   No.

**Timothy Brownlee      May 13, 2008**

45

1       A.   I told him what happened.

2       Q.   Okay.  Specifically, exactly what did

3    you tell him?  What words did you tell him?

4       A.   I told him what happened.  I told him

5    I was leaving my house and I was instructing

6    my children and my nieces that if anyone said

7    anything to them or bothered them while I was

8    gone to have no words with them, let an adult

9    know or call me, and before the children could

10   respond one of my neighbors responded that

11   they heard me.

12      Q.   Okay.

13      A.   And I told him just exactly what I

14   told the neighbors, I want you to hear me.

15      Q.   And then what happened next after you

16   told the officer that?

17      A.   What happened after that?  I think

18   while we were talking, me and the officer was

19   talking, Tiggen was going back and forth from

20   the car getting the groceries, and I think an

21   argument broke out between my neighbor's wife

22   and Tiggen.

23      Q.   Was the neighbor wife still over at

24   their house?

46

1     A.   No.   She was in the yard.

2     Q.   Her yard or your yard?

3     A.   Right at the borderline of both our

4  yards, where they meet up together.

5     Q.   You say an argument broke out.   What

6  do you mean?

7     A.   Well, they were talking back and

8  forth from the yard, yelling words.

9     Q.   Okay.   What was she saying to

10  Ms. Sandifer and what was Ms. Sandifer saying

11  to her?

12     A.   She was saying to Ms. Sandifer that

13  we don't own the house.   Ms. Sandifer was

14  saying to her to mind your business and stay

15  over there where you pay at and we stay over

16  here where we pay at, that we don't bother

17  you-all, you-all are always picking with these

18  little kids outside.

19     Q.   Okay.   Anything else?

20     A.   As far as?

21     Q.   The words between Ms. Sandifer and

22  the neighbor's wife.

23     A.   Well, basically after that the

24  officer was standing in the yard with us and

Timothy Brownlee    May 13, 2008

47

1    he asked us for our IDs.

2        Q.   Okay.

3            Now, did the officer tell the

4    neighbor wife and Ms. Sandifer to stop yelling

5    at each other or talking to each other?

6        A.   Yes.

7        Q.   Okay.  Did the officer say anything

8    else to those two?

9        A.   One officer went over with those two

10   and one officer stayed over with us.

11       Q.   Okay.  Which officer stayed with you?

12       A.   Davis.

13       Q.   Okay.

14           So after the officer told them to

15   stop, what happened next?

16       A.   He asked us for our IDs.

17       Q.   By "us" you mean you and Tiggen

18   Sandifer?

19       A.   Yes.

20       Q.   Okay.

21           After he asked for ID -- Well, let's

22   back up.

23           At this point where were you

24   standing?

Timothy Brownlee    May 13, 2008

48

1        A.    In my walkway.

2        Q.    Okay.    Was that in front of the car,

3    to the side of the car?

4        A.    To the side of the car.

5        Q.    And where was Ms. Sandifer?

6        A.    Standing on the porch.

7        Q.    On the porch of your house?

8        A.    Yes.

9        Q.    How far away was she from you?

10       A.    Two steps, 2 to 3 feet.

11       Q.    And then the officer asked you both

12    for ID?

13       A.    Yes.

14       Q.    Okay.    So what did you do then?

15       A.    I told him I had to get mine out of

16    the truck.

17       Q.    Okay.    And so what did you do next?

18       A.    Tiggen told him that she had to get

19    hers out of her purse.

20       Q.    Where was her purse?

21       A.    I don't know.

22       Q.    Okay.

23             So what happened next?

24       A.    I gave him my ID, Tiggen gave him her

Timothy Brownlee    May 13, 2008

49

1    ID.

2        Q.   So did you walk back to your -- you

3    said you had a truck?

4        A.   Yes.

5        Q.   So you walked from where you were

6    standing to your truck?

7        A.   Yes.

8        Q.   Okay.   Where was your wallet?

9        A.   In the truck.

10       Q.   Okay.   I assume it was a wallet?

11       A.   Yes.

12       Q.   So where in the truck?   On the seat?

13   In the glove box?   On the floor?

14       A.   In the center console.

15       Q.   So you reached into your truck and

16   what did you do then?

17       A.   Got my ID.

18       Q.   Okay.   Did you just reach in or did

19   you open the door?

20       A.   Opened the door.

21       Q.   Okay.   And then you got your ID.

22   What did you do next?

23       A.   I came back to the walkway and handed

24   it to the officer.

Timothy Brownlee    May 13, 2008

50

1       Q.  Okay.  You pulled your ID -- is it a

2    driver's license?

3       A.  Yes.

4       Q.  You pull your driver's license out of

5    your wallet?

6       A.  Yes.

7       Q.  And then you handed it to the

8    officer?

9       A.  I walked up back to where the officer

10   was and I handed him my driver's license.

11      Q.  And then after you handed your

12   license to the officer, what did he do?

13      A.  He took it.

14      Q.  Okay.  After he took it, what did he

15   do next?

16      A.  He took Ms. Sandifer's.

17      Q.  Did he go get hers or did she

18   bring --

19      A.  She brought it.

20      Q.  So she brings her license to the

21   officer also?

22      A.  Yes.

23      Q.  So he's got your license and her

24   license?

53

1          MR. AINSWORTH:  You can answer.

2     BY THE WITNESS:

3          A.   Did I say anything to the officer?

4          Q.   Yes.

5          A.   Yes.  I told him I was getting mine

6     out of my wallet and my wallet's in the

7     truck.

8          Q.   And then what did he say to you in

9     response to that?

10         A.   Nothing that I can recall.

11         Q.   Okay.  He didn't say go ahead?  He

12    didn't say no?  You can't remember anything?

13         A.   I don't remember if he said go, don't

14    go.

15         Q.   Okay.  But you went?

16         A.   Yes.

17         Q.   Okay.  Great.  Thanks for clearing

18    that up.

19              So now let's go back to the time you

20    testified that he has your ID and

21    Ms. Sandifer's ID and you're standing arm's

22    length away from him.  What happened next?

23         A.   I don't know whether -- he went and

24    talked to the other officer.

**Timothy Brownlee    May 13, 2008**

54

1        Q.   Did he do anything with your IDs at

2    that point?

3        A.   I don't know.  I have no idea.

4        Q.   Okay.

5             As you're standing there, did you

6    hear him call on his radio or anything?

7        A.   No.

8        Q.   Okay.  So he just had your IDs and

9    then he left with your IDs?

10       A.   Yes.

11       Q.   And where did he go?

12       A.   I don't know.  He was talking with

13   the other police officer.

14       Q.   Where was he talking with the other

15   police officer?

16       A.   I don't know.

17       Q.   How do you know he was talking with

18   them if you don't know where they were?

19       A.   I was talking to Ms. Sandifer.  I

20   don't know what he did with the IDs.

21       Q.   Okay.

22       A.   I assume he was talking to the other

23   police officer.  I wasn't really paying

24   attention.  I was basically paying attention

55

1    to my fiance.

2         Q.   Okay.  And what happened next?

3         A.   Next he came back up to where me and

4    Tiggen was at on our porch, he handed us our

5    IDs, and told us, Hey, everybody try to get

6    along.

7         Q.   Okay.  What happened next?

8         A.   I went in the house.

9         Q.   Did Ms. Sandifer go in your house

10   too?

11        A.   Yes.

12        Q.   And then what did the officers do?

13        A.   I don't know.  I was in the house.

14        Q.   Did they stay there?  Did they

15   leave?

16        A.   I don't know.

17        Q.   And does the officer still have your

18   license?

19        A.   No.

20        Q.   So he gave you back your license?

21        A.   Yes.

22        Q.   What did you do when he gave you back

23   your license?

24        A.   He said, Everybody just try to get

56

1    along, and I went in the house.

2         Q.   What I'm saying is, what did you do

3    with your license?  Did you put it in your

4    wallet?  Did you put it back in the truck?

5         A.   I took it in the house.  I may have

6    put it on my dresser.  I really don't recall.

7    He gave back to me and I may have even gave it

8    to Tiggen.

9         Q.   But you don't know what you did with

10   it?

11        A.   No.

12        Q.   Then what happened next?

13        A.   I went downstairs to the family room

14   and started watching TV.

15        Q.   Okay.  How long did you watch TV for?

16        A.   It wasn't long.  It was short.  Maybe

17   20, 15, 30 minutes.

18        Q.   Okay.  What happened next?

19        A.   There was a knock on the door,

20   someone knocked on the door.

21        Q.   Okay.  Did you answer it?

22        A.   No.  I was watching TV.

23        Q.   Who answered the door?

24        A.   Tiggen answered the door.

Timothy Brownlee    May 13, 2008

57

1      Q.  What happened next?

2      A.  She told me that the police was out

3    there.

4      Q.  Okay.  So what happened next, then?

5      A.  I went to the door.

6      Q.  And who was at the door?

7      A.  Officer Davis.

8      Q.  Okay.  The same --

9      COURT REPORTER:  Officer Davis?

10     THE WITNESS:  Davi, Davis.  I don't know

11   his name.  I call him Officer Davis.

12   BY MR. PENROSE:

13     Q.  The same officer you had talked to

14   earlier?

15     A.  Correct.

16     Q.  And then what happened?

17     A.  He asked me what was my name.

18     Q.  And what did you tell him?

19     A.  I told him Timothy Brown.

20     Q.  And then what happened next?

21     A.  He asked me again, Dude, what's your

22   name?

23     Q.  Did he say dude?

24     A.  Yes.

58

1      Q.   And what did you say?

2      A.   I said, Timothy Brown.

3      Q.   Okay.  And then what happened next?

4      A.   He says, That's not the name you gave

5   me.

6      Q.   Okay.  And then what did you say?

7      A.   I said, You didn't never ask me my

8   name.  You asked for my ID.

9      Q.   Okay.  And then what did he say?

10     A.   He asked me to step outside.

11     Q.   Okay.  Did he say anything else?

12     A.   After he asked me to step outside?

13     Q.   No.  After you said you gave him your

14   ID.

15     A.   Yeah.  He asked me to step outside.

16     Q.   He didn't say anything else?

17     A.   No.

18     Q.   Then what happened?

19     A.   I stepped outside.

20     Q.   Then what happened?

21     A.   Then he pulled his handcuffs out and

22   put his handcuffs on me.

23     Q.   And when he did that did he say

24   anything to you?

59

1        A.   I asked him, What's wrong?  What's

2    going on?

3        Q.   Okay.

4        A.   And he told me he was putting me

5    under arrest.

6        Q.   Okay.  Did he say why?

7        A.   He said I gave him the wrong name.

8        Q.   What name did he say you gave him?

9        A.   He didn't.

10       Q.   Okay.

11            So he says you gave him the wrong

12   name, and then what did you say?

13       A.   I heard you, but I don't know what

14   you asked.  Say that again.

15       Q.   Sure.

16            After he said, You gave me the wrong

17   name, what did you say back to him?

18       A.   I said, My name is Timothy Brown.

19       Q.   Okay.  And what did he say?

20       A.   He just said I gave him the wrong

21   name.

22       Q.   Okay.  Then what happened?

23       A.   Then he put me in the police car.

24       Q.   Did he say anything else?

60

1          A.   At that point when he put me in the

2    car?

3          Q.   Before he put you in the car.

4          A.   No.

5          Q.   So he put handcuffs on you?

6          A.   Yes.

7          Q.   Were your hands in front or in

8    back?

9          A.   In back.

10         Q.   Did he say anything else?

11         A.   Yeah.  He said a lot, but I don't

12   know -- the question you're asking, I don't

13   know what -- when.

14         Q.   I want to know everything he said

15   after he put handcuffs on you until you got to

16   the car.

17         A.   Nothing --

18         Q.   Okay.

19         A.   -- other than, You gave me the wrong

20   name.  That's from the handcuffs to the car.

21         Q.   Did he say, I'm taking you to the

22   police station?  Did he say anything?

23         A.   From the handcuffs to the car he just

24   said I gave him the wrong name.

Timothy Brownlee    May 13, 2008

61

```
 1        Q.  Okay.

 2            Did he tell you to go to the car?

 3   How did you end up at the car?

 4        A.  He took me to the car.

 5        Q.  He just grabbed on to your arm and

 6   said, Follow me?

 7        A.  He put the handcuffs on me, yeah, he

 8   grabbed my arm, and he escorted me to the

 9   car.

10        Q.  Did he say where you were going?

11        A.  He told me I was under arrest.

12        Q.  But did he say where you were

13   going?

14        A.  At that point, no.

15        Q.  Did you know where you were going?

16        A.  I assumed.

17        Q.  What did you assume?

18        A.  He told me I was under arrest.

19        Q.  Okay.  So where did you assume you

20   were going?

21        A.  I figured he was taking me to jail.

22        Q.  Okay.

23            Was the other officer there at that

24   point?
```

64

1    at the time?

2         A.   I don't know.

3         Q.   Okay.

4              Let's back up a second.  When the

5    officer knocked on your door and you came to

6    the door, did the officer ever say what false

7    name he thought you gave him?

8         A.   No, not that I can recall.

9         Q.   Okay.  So he didn't use a specific

10   name saying you gave me the false name?

11        A.   Beg your pardon?

12        Q.   He never gave you a name that he said

13   you told him?

14        A.   Not that I can recall.

15        Q.   He just said you gave him a false

16   name?

17        A.   As far as I remember, yes.

18        Q.   Okay.  Okay.  So let's pick up our

19   timeline here.  You're in the back of the car,

20   he's driving.  What happened next?

21        A.   Before we could get out of my

22   cul-de-sac, he told me I was 35 years old

23   picking on an 80-year-old man.

24        Q.   Meaning your neighbor?

65

```
 1        A.   Yes.

 2        Q.   Does your neighbor look 80 years old?

 3        A.   Yes.

 4        Q.   Did you say anything else?

 5        A.   Did I say anything?

 6        Q.   No -- well, yes.   I'm sorry.   Did you

 7   say anything in response to that?

 8        A.   I said, I don't pick on that man.

 9   That man pick on little kids.

10        Q.   Okay.   Did the officer say anything

11   else?

12        A.   Yes.

13        Q.   Okay.   What else did he say?

14        A.   He told me exactly, he told me

15   niggers wasn't supposed to be in Bolingbrook

16   anyway.

17        Q.   Okay.   And what did you say in

18   response to that?

19        A.   I didn't get a chance to say anything

20   in response to that.

21        Q.   Okay.

22             And what happened next?

23        A.   He told me when he get me to the

24   station, he's going to kick my ass.
```

Timothy Brownlee     May 13, 2008

66

1        Q.   He's going to kick your ass at the

2    station?

3        A.   Him and some more police officers.

4        Q.   Okay.  Anything else?

5        A.   At that point he may have said

6    something else.  At that point I really don't

7    know because at that point I wanted to call

8    someone and let them know that I was being

9    taken to the police station to get my ass

10   kicked.

11       Q.   Okay.

12            Now, you're in the car -- you say Rye

13   Court's a cul-de-sac, a dead-end street; is

14   that right?

15       A.   Yes.

16       Q.   So what street does Rye Court

17   intersect with?

18       A.   Hampshire.

19       Q.   Okay.  And I presume the police car

20   comes up to Hampshire Street.  Did he turn

21   right or left?

22       A.   Left.

23       Q.   So he turns left on to Hampshire.

24   What was the next street he came to?

Timothy Brownlee    May 13, 2008

68

1        Q.   Okay.  Did you have your cell phone

2    with you?

3        A.   Yes.

4        .Q.   I should say did you have a cell

5    phone with you?

6        A.   Yes.

7        Q.   Okay.  Is it your cell phone?

8        A.   Yes.

9        Q.   Okay.

10           So you're in the back seat.  Did you

11   call somebody?

12       A.   Yes.

13       Q.   Your hands are handcuffed behind your

14   back, right?

15       A.   Yes.

16       Q.   How did you call someone if your

17   hands were handcuffed?

18       A.   My cell phone was on my side clamped

19   to my pajama pants.

20       Q.   Your right side or left side?

21       A.   Left side.

22       Q.   So your cell phone's clamped on to

23   your -- I guess clipped on to your pajama

24   pants?

```
 1        A.   Uh-huh.   Yes.

 2        Q.   So what happened next?

 3        A.   I made a phone call.

 4        Q.   Who did you call?

 5        A.   I called my brother.

 6        Q.   And what's your brother's name?

 7        A.   Joseph.

 8        Q.   And the last name?

 9        A.   Smith.

10        Q.   And did you talk to Joseph Smith?

11        A.   No.

12        Q.   Okay.   Why not?

13        A.   His phone went straight to voice

14   mail.

15        Q.   His voice mail?

16        A.   Yes.

17        Q.   And what happened next?

18        A.   His phone went straight to voice

19   mail, so I hung up.

20        Q.   Okay.   And what happened next?

21        A.   The officer called somebody and said

22   that I was recording him.

23        Q.   Okay.   Did he say anything else?

24        A.   He pulled over.
```

Timothy Brownlee    May 13, 2008

70

1      Q.  Okay.  That's not my question.  You

2    said you heard him call somebody.  Did he call

3    them on a telephone or was he using the

4    walkie-talkie?

5      A.  I don't know.  The car that I was in

6    was caged.

7      Q.  Okay.  Does that mean you couldn't

8    hear what he was saying?

9      A.  Oh, yeah, I could hear him.

10      Q.  But you could tell he was calling

11    someone?

12      A.  Yes.

13      Q.  But you couldn't tell if he was on a

14    cell phone or on the police walkie-talkie?

15      A.  No, I couldn't tell you.

16      Q.  Did you hear what he said?

17      A.  Yes.

18      Q.  What did he say?

19      A.  He said, This dude is recording me.

20      Q.  This dude is recording me?

21      A.  Yes.

22      Q.  Did he say anything else?

23      A.  He said he was pulling over, I had a

24    cell phone.

Timothy Brownlee    May 13, 2008

72

```
 1          Q.   Did he actually pull into the parking

 2     lot?

 3          A.   Yes.

 4          Q.   So he pulls into the parking lot.

 5     What happens next?

 6          A.   The other officer that was at my

 7     address with him pulled up.

 8          Q.   How did you know it was the other

 9     officer?

10          A.   I saw him.

11          Q.   Okay.  So you recognized him from

12     before?

13          A.   Yes.

14          Q.   Okay.

15               So he pulled up into the parking lot

16     also?

17          A.   Yes.

18          Q.   Okay.  Was he in front, behind, to

19     the side of Officer Davi's car?

20          A.   I think behind.

21          Q.   Okay.  What happened next?

22          A.   He opened the door, Officer Davi

23     opened the door, and he told me to put my head

24     down.
```

Timothy Brownlee    May 13, 2008

73

1       Q.   Okay.   Where was the other officer at

2   this point?

3       A.   In the back of the car -- at the back

4   of Officer Davi's car.

5       Q.   You mean standing by the back of the

6   car?

7       A.   Yes.   Standing by the back of the

8   car, by the side of the door, the back side of

9   the car where I was in the car.

10      Q.   Okay.   Thank you.

11           What happened next?

12      A.   Officer Davi opened the door and told

13  me to put my head down between my legs.

14      Q.   Okay.   What happened next?

15      A.   He grabbed the handcuffs and snatched

16  me out of the car backwards.

17      Q.   Okay.   What happened next?

18      A.   He snatched me up, took my arms from

19  behind, he was holding them in between the

20  handcuffs, and he held my arms in an

21  uncomfortable position.

22      Q.   What position is that?

23      A.   I want to say from behind my head, my

24  hands up from behind.

Timothy Brownlee   May 13, 2008

74

1      Q.  How far up?

2      A.  I don't know.  I know it was up as

3  far as he could get them.

4      Q.  Okay.  What happened next?

5      A.  He gave me -- he punched me.

6      Q.  Where did he punch you?

7      A.  In the stomach.

8      Q.  Okay.  What happened next?

9      A.  He asked me who did I call.

10     Q.  Okay.  And what did you say?

11     A.  I didn't say anything.

12     Q.  Okay.  What happened next?

13     A.  He grabbed my testicles and asked me

14  again who did I call.

15     Q.  Okay.  And what happened next?

16     A.  I told him he was hurting me.

17     Q.  Are you out of the car at this

18  point?

19     A.  Yes.

20     Q.  And then what happened?

21     A.  He asked me who did I call.

22     Q.  Okay.  And what did you say?

23     A.  I just told him, Hey, you're hurting

24  me, this is not right.

76

1        A.   I don't get out of the car.  I'm

2    snatched out of the car.

3        Q.   I'm not sure I understand what you're

4    saying.

5        A.   He snatched me out of the car.

6        Q.   Why don't you explain to me what that

7    means.  I don't understand.

8        A.   He snatched me out of the car.

9        Q.   Okay.  I understand what you said,

10   but say it so I understand what you're saying.

11   What do you mean snatched?

12       THE WITNESS:  How do you explain snatched?

13   BY MR. PENROSE:

14       Q.   He can't help you.  You have to

15   answer the question.

16       MR. AINSWORTH:  Describe how your body

17   moved and the officer's body moved when you

18   left the car.

19   BY THE WITNESS:

20       A.   Oh.  He grabbed the handcuffs in

21   between the handcuffs and my two hands and

22   pulled me backwards out of the car.

23       Q.   Okay.  And after you were pulled out

24   of the car, were you on your feet?

1      Q.  Can you see Boughton from the parking

2  lot?

3      A.  Yes.

4      Q.  Are cars going back and forth as

5  you're in the parking lot on Boughton?

6      A.  I really don't know.  I assume it is,

7  it's a busy street, but did I pay attention to

8  cars?  No.

9      Q.  So let's continue with your

10  testimony.  I think you said the cell phone

11  was in the back seat and the other officer

12  grabbed your cell phone; is that right?

13     A.  I don't know if it was in the back

14  seat.  I know the cell phone was still -- it

15  was knocked off my side when I was snatched

16  out of the car and I know it was still in the

17  car.  Where in the car on the back seat, you

18  said, I don't know if it was on the back seat.

19     Q.  Fair enough.

20         So you're saying the other officer

21  reached in and grabbed your cell phone?

22     A.  I seen the other officer with my cell

23  phone.  I don't -- he probably -- I don't know

24  if he reached in and got it.  I don't know

1    when he got it.  I just saw him with it.

2         Q.  Okay.  When did you see him with it?

3         A.   While Officer Davis was asking me who

4    did I call.

5         Q.  Okay.

6              So were you facing the car at this

7    point?

8         A.  Yes.

9         Q.  So you're on your butt facing the

10   car --

11        A.  No.  At this point I'm not on my

12   butt.

13        Q.  Are you standing up at this point?

14        A.  Yes.

15        Q.  Are you facing the car?

16        A.  Yes.

17        Q.  So at that point you see the other

18   officer with your cell phone?

19        A.  Yes.

20        Q.  But you didn't see him take it out of

21   the car?

22        A.  No.

23        Q.  But you did see the other officer

24   with your cell phone?

Timothy Brownlee    May 13, 2008

80

1       A.   Yes, I saw the other officer with my

2    cell phone.

3       Q.   Okay.  What happened next?

4       A.   Officer Davi has my hands pulled up

5    from behind and he's asking me who did I call.

6       Q.   And what happened next?

7       A.   I told him he was hurting me.

8       Q.   Okay.  And then what happened?

9       A.   He asked me who did I call.

10      Q.   Okay.  Let's back up here.

11           You said you were originally on your

12   butt, but then you came to a standing

13   position?

14      A.   I was pulled up to a standing

15   position.

16      Q.   Pulled up by --

17      A.   By my arms.

18      Q.   By Officer Davi?

19      A.   Yes.

20      Q.   Okay.

21           Then what happened?

22      A.   Then he hit me in my stomach.

23      Q.   He hit you in your stomach before or

24   after you were pulled up to standing?

82

1          A.   Officer -- the other officer.

2          Q.   Okay.  So the other officer is asking

3    you what's the code to your phone?

4          A.   Yes.

5          Q.   Okay.  And then what happened?

6          A.   I didn't tell him.

7          Q.   Okay.  So then what happened?

8          A.   Then they put me back in the car and

9    took me to the police station.

10         Q.   So who has your cell phone at this

11   point?

12         A.   I don't know.

13         Q.   But they didn't give it back to you?

14         A.   No.

15         Q.   Then what happened?

16         A.   They took me to the station.

17         Q.   Okay.

18         MR. AINSWORTH:   Can we take a bathroom

19   break when it's convenient?

20         MR. PENROSE:   That's fine.

21                     (A short break was had.)

22   BY MR. PENROSE:

23         Q.   Back on the record.  We've had a

24   short break.

1          Mr. Brownlee, you do realize you're

2    still under oath, right, even though we've had

3    a break?

4          A.   Yes.

5          Q.   Why don't we pick up where we left

6    off and -- actually, why don't we backtrack

7    just a second, back to the point where you're

8    sitting in the car on the way to the -- while

9    you're sitting in the car on Boughton Road and

10   you hear Officer Davi talking to someone; do

11   you remember your testimony on that?

12         A.   Yes.

13         Q.   Did you hear him tell someone on

14   either the telephone or the walkie-talkie that

15   you were spitting in the back seat?

16         A.   Yes.

17         Q.   You heard him say that?

18         A.   Yes.

19         Q.   Okay.  Were you spitting in the back

20   seat?

21         A.   No.

22         Q.   You weren't spitting?

23         A.   No.

24         Q.   But you heard him say that?

Timothy Brownlee    May 13, 2008

87

1        Q.   Okay.

2             After he searched you, then what

3    happened?

4        A.   He took my shoes.

5        Q.   Okay.  What kind of shoes were you

6    wearing?

7        A.   flip-flops, shower shoes.

8        Q.   Just flip-flops, no socks?

9        A.   No, no socks.

10       Q.   So he takes your shoes.  Then what

11   happened?

12       A.   He takes my do-rag.

13       Q.   Okay.  What's that?

14       A.   It's a do-rag.  It holds your hair

15   down while you're lying down.  It keeps your

16   hair in place.

17       Q.   Okay.  It's like some kind of hat, a

18   scarf you put on your head; is that the best

19   way to describe it?

20       A.   Yes.

21       Q.   Go ahead.  So after you gave him the

22   sandals and the do-rag, then what happened?

23       MR. AINSWORTH:  Object to the form of the

24   question, misstates the witness's testimony.

88

1    BY THE WITNESS:

2        A.   He asked me for the string out of my

3    pajamas.

4        Q.   Okay.  And then what happened?

5        A.   I tried to take it out and it

6    wouldn't come out.

7        Q.   Okay.  Why wouldn't it come out?

8        A.   It was sewn in the back.

9        Q.   So you couldn't pull it all the way

10   out?

11       A.   No.

12       Q.   Okay.  Then what happened?

13       A.   I showed him that it wouldn't come

14   out, it was stitched in the back.

15       Q.   Uh-huh.

16       A.   What do you want to know next?

17       Q.   What happened next after you showed

18   him that?

19       A.   I think, if my memory serves me

20   correct, he asked me for the pants.

21       Q.   Okay.  So then what happened?

22       A.   I told him I didn't have any

23   underclothes on.

24       Q.   Okay.  Then what happened?

89

1       A.   He told me he didn't care, give him

2    the pants.

3       Q.   So then what happened?

4       A.   I gave him the pants.

5       Q.   So you took off your pajama pants; is

6    that the right term to use?

7       A.   Yes.

8       Q.   Okay.  And then you gave them to --

9    was this Officer Davi or another officer?

10      A.   I don't remember.  I don't know.

11      Q.   So you gave them to --

12      A.   An officer.

13      Q.   An officer.  Then what happened?

14      A.   He either cut the string out or he

15   ripped the string out.  I don't know.

16      Q.   So he either cuts it out or rips it

17   out.  Then what does he do?

18      A.   I don't recall at that point.

19      Q.   Did you see -- did he take the string

20   out?

21      A.   Yes.

22      Q.   Okay.  So you know he took the string

23   out.  Did you watch him take the string out?

24      A.   I think his back was to me.  I

Timothy Brownlee    May 13, 2008

94

1      Q.  Okay.  Did he say anything else?

2      A.  No.

3      Q.  Okay.

4          So you give him the pants, he gives

5   them back to you, then you give them back to

6   him?

7      A.  Yes.

8      Q.  Okay.  Then what happened?

9      A.  Then he put me in the cell.

10     Q.  After you gave him the pants the

11  second time, did you say anything to him or

12  did he say anything to you?

13     A.  He said something to me.

14     Q.  What did he say?

15     A.  Come to the -- he led me to the cell.

16     Q.  Okay.  Anything else?

17     A.  Not that I can recollect.

18     Q.  Okay.

19         Did he ask if you would have your

20  picture taken?

21     A.  No.

22     Q.  Did he ask if you were going to be

23  fingerprinted?

24     A.  No.

Timothy Brownlee     May 13, 2008

1      Q.   Did he ask you for your home phone?

2      A.   No.

3      Q.   Did he ask you for a work phone?

4      A.   No.

5      Q.   Did he ask you what your occupation

6   was?

7      A.   Yes.

8      Q.   What did you tell him?

9      A.   I told him I was a barber.

10     Q.   Did he ask for any emergency contact

11   information?

12     A.   No.

13                    (Brownlee Exhibit No. 3 was

14                    marked as requested.)

15   BY MR. PENROSE:

16     Q.   The court reporter's handing you

17   what's been marked Plaintiff's Exhibit No. 3.

18   It's a one-page document with the Bates stamp

19   BRN-014.  It's just one page.  If you would

20   like to take a moment and take a look at that.

21                    (Witness viewing document.)

22   BY MR. PENROSE:

23     Q.   Why don't we start with do you

24   recognize this form?

1       A.   No.

2            Q.   If you go to the top where you see

3       "Bolingbrook Police Department Arrest and

4       Booking Form"; do you see that?

5            A.   Yes.

6            Q.   And then you see about the second big

7       box down it says "Name:  Brownlee, Timothy R."

8       on the left-hand side; do you see that?

9            A.   Yes.

10           Q.   If you go down two more blocks, it

11      says "Home," "Work," and then you see where it

12      says "Refused," "Refused"?

13           A.   Yes.

14           Q.   So your testimony is you didn't

15      refuse to give the officer your home or work

16      phone?

17           A.   Correct.

18           Q.   Did you give it to him?

19           A.   He never asked me for it.

20           Q.   He never asked you.

21                And if you go three more blocks down

22      off to the right it says "Occupation" there;

23      do you see where it says that?

24           A.   Yes, I see it.

Timothy Brownlee    May 13, 2008

1       Q.   And it says "Refused" right

2    underneath that?

3       A.   Mine doesn't.  My form doesn't say

4    that right underneath it.  It says it to the

5    right of it.

6       Q.   Underneath "Occupation" it should say

7    "Refused" all in capital letters; do you see

8    that?

9       A.   Yes.

10      Q.   Did you refuse to give the officers

11   what your occupation was?

12      MR. AINSWORTH:  Objection, asked and

13   answered.

14   BY THE WITNESS:

15      A.   No.  He already knew what my

16   occupation was.

17      Q.   Did he ask you at the station house

18   what your occupation was?

19      A.   He knew before I got to the station

20   house what my occupation was.

21      Q.   I understand that, but my question is

22   at the station did he ask you what your

23   occupation was?

24      A.   No.

1          Q.   Okay.

2               And if you go down to the bottom of

3     that big block where it says "Emergency

4     notification name"; do you see that?

5          A.   Yes.

6          Q.   Where it says "Refused," "Refused,"

7     and "Refused" under the phone?

8          A.   Yes.

9          Q.   Did they ask you for any emergency

10    contact information?

11         A.   They asked me none of these questions

12    on this paper.

13                        (Brownlee Exhibit No. 4 was

14                         marked as requested.)

15    BY MR. PENROSE:

16         Q.   Showing you what's been marked

17    Exhibit No. 4, Bates No. BRN-031.  It's a

18    one-page document.  Go ahead and take a moment

19    to look at that.  At the top it says

20    "Bolingbrook Police Department Personal

21    Property Report."  Do you recognize this

22    document?

23         A.   No.

24         Q.   Do you see two blocks down where it

1   says "Last name," "First name," and it says

2   "Brownlee, Timothy R."?

3         A.  Yes, I do.

4         Q.  And you see in box 13 it says

5   "Detailed items with description."

6         A.  Yes, I do.

7         Q.  It says, "One black do-rag, one clear

8   plastic cell phone holder, one yellow ring,

9   one yellow chain, and one pair of sandals"; do

10  you see that?

11        A.  Yes, I do.

12        Q.  And do you see where it says

13  "Comments:  Subject refuses to sign the

14  property sheet"; do you see that?

15        A.  No, I don't.

16        Q.  Do you see that now?

17        A.  Yes.

18        Q.  Did you refuse to sign this property

19  sheet?

20        A.  I never seen this form before.

21        Q.  That wasn't my question.  My question

22  is, did you --

23        A.  No, I did not.

24        Q.  Did the officers ever request that

1    you sign a property report sheet?

2        A.   Not to my knowledge.

3        Q.   Okay.  Let's back up a second.

4             You had indicated previously in your

5    testimony that the officers took your sandals

6    and your do-rag.  What was the color of your

7    do-rag?

8        A.   Black.

9        Q.   Did they take any other of your

10   personal items when you were in the police

11   station?

12       A.   They took my cell phone.

13       Q.   Okay.

14       A.   They took my Masonic ring.

15       Q.   Is that a yellow-colored ring?

16       A.   Yes.

17       Q.   Okay.  What else did they take?

18       A.   They took my bracelet.

19       Q.   Is that a yellow chain?

20       A.   Yes.

21       Q.   Do you notice up under box 10 it says

22   "One gray cell phone"?  Actually, phone is cut

23   off.  "One gray P-H-O"; do you see that?

24       A.   No, I don't.

Timothy Brownlee    May 13, 2008

106

```
 1        A.   Come on out, come on.
 2        Q.   Okay.  Were those exact words?
 3        A.   I don't know if those were his exact
 4   words.
 5        Q.   It was something like that?
 6        A.   Yes.
 7        Q.   So he said to come on out of the
 8   cell?
 9        A.   Yes.
10        Q.   Then what did you say?
11        A.   I asked him could I have my shoes.
12        Q.   Then what did he say?
13        A.   He didn't say anything.  He left.
14        Q.   Okay.  Then what happened?
15        A.   He came back.
16        Q.   The same officer came back?
17        A.   That I'm not for certain.
18        Q.   Okay.  So it could have been somebody
19   else?
20        A.   It could have been that officer and
21   someone else, yes.
22        Q.   So two people came back?
23        A.   Possibility.  I'm thinking it was, if
24   my memory serves me correct, yes, two people
```

1    came back.

2         Q.   All right.

3              So two people came back, and then

4    what happened?

5         A.   Then they drug me out of the cell.

6         Q.   Okay.  Did they say anything?

7         A.   No.  They just walked right in and

8    grabbed me and drug me out.

9         Q.   Did you say anything to them?

10        A.   I told them that this wasn't right.

11        Q.   That what wasn't right?

12        A.   For them dragging me.

13        Q.   I mean before they did that, did you

14   say anything to them?

15        MR. AINSWORTH:  Apart from asking for the

16   shoes?

17        MR. PENROSE:  Yes.

18   BY THE WITNESS:

19        A.   No.

20        Q.   You didn't say, I'm not coming out

21   without my shoes?

22        A.   No.  I asked, May I have my shoes,

23   please.

24        Q.   And he didn't respond to that?  He

```
 1   didn't say anything to you in response to

 2   that?

 3        A.  No, he didn't.

 4        Q.  He just left?

 5        A.  He just left.

 6        Q.  So then two officers come back, and

 7   then what happened?

 8        A.  Then they drug me out.

 9        Q.  How did they drag you out?

10        A.  By my upper body.

11        Q.  By upper body what do you mean?

12        A.  My upper torso.

13        Q.  What did they grab on to?  Your arms?

14   Your chest?  Describe it for me.

15        A.  My arms, underarms.

16        Q.  Did they grab you under your armpits?

17        A.  My hands, arms.

18        Q.  Both?

19        A.  Yes.

20        Q.  So did one officer grab your arms and

21   one grabbed your hands?  I don't understand

22   what you mean.

23        A.  I think one had my hand and arm.

24        Q.  How would he grab your arms and
```

Timothy Brownlee      May 13, 2008

113

```
 1        A.   Then they started screaming stop

 2   resisting.

 3        Q.   Who was screaming?

 4        A.   Three officers.

 5        Q.   They all were screaming stop

 6   resisting?

 7        A.   Yes.

 8        Q.   And then what happened?

 9        A.   I'm screaming, I'm not resisting."

10        Q.   Okay.  Then what happened?

11        A.   One's pulling me one way and one's

12   pulling me another way and I'm sitting on the

13   floor.

14        Q.   Then what happened?

15        A.   I'm saying I'm not resisting; they're

16   saying quit resisting.

17        Q.   What were they doing?

18        A.   They were pulling me.

19        Q.   Pulling you how?

20        A.   What do you mean pulling me how?

21        Q.   You say they were pulling you.  How

22   were they pulling you?

23        A.   One was pulling one way and the other

24   one was pulling another way.  Like one was
```

114

1    pulling right, one was pulling left.

2         Q.   Pulling on what, your arm?

3         A.   My arms, my head.  One was pulling to

4    the right, one was pulling to the left, one

5    was pushing down.

6         Q.   Did they say what they were doing?

7         A.   No, they didn't say what they were

8    doing.

9         Q.   They didn't say they were going to

10   handcuff you?

11        A.   No, they didn't say that.

12        Q.   Did they say anything about

13   transporting you to Will County jail?

14        A.   No.  At that point we're talking

15   about?

16        Q.   Yes.

17        A.   No.

18        Q.   So they just took you out of the cell

19   and you had no idea why?

20        A.   I had no idea why.

21        Q.   Then what happened?

22        A.   Then the sergeant had my right hand

23   and grabbed my thumb, and I know he felt it

24   too because it popped and cracked.

120

1          A.   Just now.  You asked me when did I

2     determine that.  I just remembered it right

3     now, he was on my right side.

4     .    Q.   May 13, 2008?

5          A.   I'm remembering today after sitting

6     here talking with you he was on my right side.

7          Q.   Okay.

8          A.   I'm going over the whole thing in my

9     head.  He was on my right side, the sergeant.

10         Q.   Okay.  Was he on the right side when

11    you were taken out of the cell?

12         A.   That, I don't know.

13         Q.   When did you determine that he was on

14    your right side?

15         A.   When they was pulling me and twisting

16    me and pushing me down.

17         Q.   Okay.

18              In the course of pulling and twisting

19    and pushing you down you determined the

20    sergeant was on your right side?

21         A.   Yes.

22         Q.   But you couldn't see he was on your

23    right side when he took you out of the cell?

24         MR. AINSWORTH:  Object to the form of the

Timothy Brownlee    May 13, 2008

1      A.   I don't know where -- where are we

2    at?

3      Q.   You said you were searched in the

4    police station and that's where you were taken

5    after you were taken out of the cell.

6      A.   Now I see where you at, after the

7    cell.   That's all I'm asking.   I can't testify

8    if I don't know where I'm at.

9      Q.   That's fine.

10         My question is -- and I'll state it

11   again so the transcript is clear -- after your

12   arms were pulled behind your back, at that

13   point what happened next?

14     A.   After being out of the cell?

15     Q.   Yes.

16     A.   Okay.

17         After I was out of the cell and I was

18   taken back to where I was searched and my

19   hands were being pulled behind my back, what

20   happened next?  Officer Davi put his weight

21   and pressure on the back of my neck and pushed

22   my head down.

23     Q.   Okay.

24     A.   The sergeant was on my right side.

128

1    I'm calling this Officer Chris.  I know that

2    that's not his name.  The other officer that

3    was at my house with Davi was on my left

4    side.

5         Q.   That's fine.  Okay.

6         A.   And they were spinning me from right

7    to left and pushing me down, pushing my head

8    down.  They had my -- the sergeant on my right

9    side took my hand, put it behind my back,

10   grabbed my thumb, and popped it.

11        Q.   Okay.  What happened next?

12        A.   Then they put some handcuffs on me

13   and they asked me to stand up.

14        Q.   So they asked you to stand up, and

15   then what happened?

16        A.   I told them I was unable to stand.

17        Q.   Did you say why?

18        A.   I told them I was in pain.  I had a

19   cramp in my leg, my back was hurting.

20        Q.   Okay.  Then what happened?

21        A.   I asked to see a doctor, told them I

22   needed a doctor.

23        Q.   Okay.  Then what happened?

24        A.   Officer Davi went off.

129

1        Q.   Okay.  Then what happened?

2        A.   He called me all kind of niggers.

3        Q.   What did he say specifically?

4        A.   He told me he had a fucking steak

5   waiting on him, he was supposed to get off

6   work and I'm fucking around.  And the sergeant

7   told him, We've got to do this right, and he

8   said, Fucking nigger.

9        Q.   Did he say anything else?

10       A.   He told me he was going to find out

11  where I worked and show up to my workplace and

12  fuck me up.

13       Q.   Were the officers there when he said

14  this?

15       A.   Yes, they were.

16       Q.   Did he say anything else?

17       A.   At that point I looked at the

18  sergeant, who was standing to my left.

19       Q.   What happened next?

20       A.   I asked him did he hear him

21  threatening me.

22       Q.   Okay.  What happened next?

23       A.   He told me, No, I don't hear him

24  threatening you.

Timothy Brownlee     May 13, 2008

132

 1       Q.   Did an officer ride along with you?

 2       A.   I think so.

 3       Q.   Do you remember which one it was?

 4       A.   I think Officer Davi.

 5       Q.   Okay.  Anyone else that was riding

 6   along with you?

 7       A.   And the paramedic.

 8       Q.   So just the three of you in the

 9   back?

10       A.   If my memory recollects, yes.

11       Q.   Okay.

12            So after you get to the hospital,

13   what happened next?

14       A.   They did an X-ray.

15       Q.   They did an X-ray of what?

16       A.   My hand.

17       Q.   Your right hand?

18       A.   Yes.

19       Q.   Okay.  Then what happened?

20       A.   They came back and said it was

21   broken.

22       Q.   Anything else?

23       A.   No.

24       Q.   What did they say was broken?

133

1      A.  A bone in my right hand.

2         Q.  Do you know which bone in your right

3   hand?

4      A.  No.

5         Q.  Was it in your thumb?  Was it in your

6   hand?

7      A.  Yes.

8         Q.  So a bone in your right thumb they

9   said was broken?

10     A.  They said hand, thumb.  I don't

11  remember, hand, thumb.

12        Q.  Do you remember who told you this?

13     A.  The lady that was putting the -- what

14  do you call it -- the dressing on it.

15        Q.  Was it a nurse or was it a doctor?

16     A.  I don't know.

17        Q.  Did they have a nametag?  Did you see

18  what their name was?

19     A.  No.

20        Q.  But it was a woman?

21     A.  Yes.

22        Q.  So after they take the X-ray and put

23  the dressing on, what happened next?

24     A.  One of the officers went one way and

1    the other one went the other way and got on

2    their cell phones.

3        Q.   Where are you at this point?

4        A.   Handcuffed to the bed.

5        Q.   Were you in a room?

6        A.   I'm in an area and they have curtains

7    pulled around me.

8        Q.   So then what happened?

9        A.   They put the dressing on it, like a

10   thing that stabilized my thumb straight in the

11   air from my wrist to my thumb, and they

12   wrapped it up and they released me.

13       Q.   And then what happened?

14       A.   I went back to the police station.

15       Q.   Who took you back to the police

16   station?

17       A.   Two officers that I didn't see during

18   this whole incident.

19       Q.   So two different officers take you

20   back there?

21       A.   Yes.

22       Q.   When you get back to the police

23   station, what happened then?

24       A.   I get back to the police station,

153

1          All right.  I'm beginning the video

2     camera angle 8 at 1527 and 36 seconds.  Which

3     officer is this now, do you know?

4          A.   That's the other officer that came to

5     my house.

6          Q.   Not Davi.  He's opening the cell

7     door?

8          A.   Yes.

9          Q.   I'm stopping the video at 15:27:45.

10    It looks like he's saying something to you.

11    Do you recall what he said to you?

12         A.   He asked me to come out, and I asked

13    him, Could I have my shoes, please.

14         Q.   What did he say in response?

15         A.   He's just going to leave.

16         Q.   Okay.  Continuing the video.

17         Stopping the video here.  Looks like

18    two officers have come into your cell.  Do you

19    know which two they are?

20         A.   That's the other officer that was at

21    my house and that's the sergeant.

22         MR. AINSWORTH:  That was at 15:28:01.

23    BY MR. PENROSE:

24         Q.   Stopping the video.  Going to all

154

1    nine camera angles here, going backwards.

2    Rewinding to 15:28:07, nine-camera angle view

3    on this.  Going to camera angle 1.  Stopping

4    the video at 15:28:10.  What's happening

5    here?

6         A.   One's pushing and one's pulling.

7         Q.   What are you doing?

8         A.   I'm saying, I'm not resisting.

9         Q.   Are you doing anything at all?

10        A.   I'm sitting on the floor.

11        Q.   Stopping at 15:28:23.  What's

12   happening now?

13        A.   One officer's on my right, one's to

14   my left, and one's on top of my head pushing

15   me down.

16        Q.   And what are you doing?

17        A.   I'm saying, I'm not resisting.

18   They're saying, Stop resisting.

19        Q.   Stopping at 15:28:29.  What's

20   happening here?

21        A.   Same thing.

22        Q.   Are you doing anything at all?

23        A.   I'm being pushed -- being held down

24   by my head.  This is the sergeant right here,

155

1    that's Officer Davi right there.  You can't

2    see the other officer.

3        Q.  My question is what are you doing?

4    Are you resisting at all?

5        A.  No.

6        Q.  Resuming the video.  Stopping at

7    15:28:35.  What's happening here?

8        A.  Exact same thing.

9        Q.  Okay.

10       A.  Could you back it up?

11       Q.  Stopping the video 15:28:41.  What's

12   happening here?

13       A.  They just got up off me.  That's the

14   sergeant right there, that's Officer Davi,

15   that's the other officer that was with Davi at

16   my house.

17       Q.  That's holding on to you?

18       A.  Yes.

19       Q.  Are you handcuffed at this point?

20       A.  Yes.  I was trying to show you...

21       Q.  Stopping at 15:28:55.  What's

22   happening here?

23       A.  This officer here was trying to help

24   me up, the other officer that was with Officer