OFFICER SALVATORE DAVI

1

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TIMOTHY BROWNLEE,                    )
                                     )
              Plaintiff,             )
                                     )
       vs.                           )  No.07 C 7085
                                     )
VILLAGE OF BOLINGBROOK,              )
BOLINGBROOK POLICE OFFICER DAVI,     )
BOLINGBROOK POLICE OFFICER           )   ORIGINAL
SMETTERS, and BOLINGBROOK POLICE
SERGEANT HILLIARD,
              Defendants.



        The discovery deposition of

**OFFICER SALVATORE DAVI**, taken under oath at

312 North May, Chicago, Illinois, at

10:00 o'clock on March 25, 2008, pursuant to

the Rules of the United States District Court,

Northern District of Illinois, before

Carol M. Siebert-LaMonica, C.S.R. in and for

the County of Cook and State of Illinois,

pursuant to notice.

EXHIBIT
B

OFFICER SALVATORE DAVI

1    report, the Page 1 of my report where it lists

2    the offense and the victim/offender/witnesses.

3        Q.   Do you know what happened to the

4    charges against Mr. Brownlee?

5        A.   No, I don't.

6        Q.   Did you ever appear in Court on any

7    charges that were pressed against Mr. Brownlee?

8        A.   No.

9        MR. PENROSE: The two of you are using

11:20AM  10   the term "charge".  I want to make sure you

11   both understand what each other means by

12   "charge".

13            You have mentioned charge in one

14   context and counsel has mentioned charge, I

15   want to make sure you are on the same page when

16   you are answering the question.

17            Sorry to interrupt.

18   BY MR. AINSWORTH:

19       Q.   What is your understanding of a

11:20AM  20   charge?

21       A.   What he has been arrested for, what

22   we -- that's my understanding, what we --

23       Q.   I think we are on the same page, but

24   let me reask the question, just so we are

71

1    clear.

2                    Do you know what happened to the

3    criminal charges against Mr. Brownlee?

4         A.    No, I don't.

5         Q.    Did you ever appear in Court on any of

6    the -- for any of the criminal charges against

7    Mr. Brownlee?

8         A.    No, I don't.  No, I didn't. Sorry.

9         Q.    Were you ever subpoenaed to come to

11:20AM    10    Court on any of the charges against Mr.

11    Brownlee?

12         A.    No.  I was never subpoenaed.

13         Q.    Did you ever take any steps to find

14    out why you had never been subpoenaed for the

15    charges against Mr. Brownlee?

16         A.    No.

17         Q.    Have there been any other cases in

18    which you have been the arresting officer where

19    you learned that you were never subpoenaed to

11:21AM    20    go to Court on the charges and the charges were

21    dismissed because the officer didn't show in

22    Court?

23         A.    Yes.

24         Q.    On how many occasions is that?

OFFICER SALVATORE DAVI

92

1    dispatched to calls by ourselves, if they are

2    like a paper call, criminal damage, something

3    that's not in progress with no offenders on

4    scene is usually what we are dispatched alone

5    to.

6        Q.    How did you become aware there was

7    something going open on Wright Court on May 28,

8    2007?

9        A.    I got dispatched to a call there.

11:52AM    10        Q.    And were you in your car when you were

11    dispatched?

12        A.    I don't know.

13        Q.    Do you recall where you were in

14    Bolingbrook when you were dispatched?

15        A.    No, I cannot recall.

16        Q.    What did dispatch say you to?

17        A.    Like a neighbor dispute over on Wright

18    Court. I don't know if she gave it to me over

19    the air or if it was sent right to my terminal.

11:53AM    20    I don't know.

21        Q.    Do you have -- is it called PDT

22    terminal?

23        A.    No, we have computers, laptops.  We

24    used to have MVP, I don't know if they still

1    Q.    Was there anybody else outside in

2    front of Mr. Brownlee's house?

3    A.    No.

4    Q.    And what did you do after you parked

5    your vehicle?

6    A.    Spoke with them.

7    Q.    You spoke -- did you speak with both

8    Mr. Pausche and Mrs. Pausche together?

9    A.    They were both there. I think I was

10   speaking with him and she would interject and

11   say whatever they had to say. Yes, I was

12   speaking to both of them.

13   Q.    And were you speaking to them while

14   they were outside?

15   A.    Yes.

16   Q.    And what did they say to you and what

17   did you say to them?

18   A.    They said they had been having an

19   ongoing dispute with their neighbor, their

20   neighbors at Three Wright Court regarding a

21   bunch of issues, children on their grass, their

22   dog deficating on their grass, issues like

23   that. Mostly to do with the children.

24   Q.    Any other issues that they told you

11:59AM

11:59AM

1    about that they were having with the neighbors?

2        A.    Just that would lead to the verbal

3    confrontation between the two, stuff like that.

4    And then that led to the reason why they called

5    today, is because they got into another verbal

6    altercation when they were outside, I suppose,

7    and Mr. Brownlee was driving away, and they

8    started cursing -- he started cursing at them

9    they, and they were cursing back, and they

12:00PM    10    become in fear, and they notified the police.

11        Q.    Did they tell you what sparked the

12    confrontation that they had on that day?

13        A.    That they had said something to his

14    kids about being on the lawn. I can't recall

15    exactly what. Or the dog pooping on the lawn or

16    something.

17            And Mr. Brownlee then said to

18    them as he was driving off:  "You got anything

19    to say, you say it to me, not my children."

12:00PM    20    Something to that. Not an exact quote but

21    something to that fact that he had said

22    something to them, you know, about talking to

23    him instead of talking to their children.

24            And he cursed in the process

OFFICER SALVATORE DAVI

—99

1    which made them alarmed and disturbed to call

2    the police.

3        Q.    What curse did he say?

4        A.    I can't recall. He said -- I can't

5    recall what kind of curse was said.

6        Q.    And what curse did they say to him?

7        A.    I don't know. I just know there was

8    cursing involved, they said.

9        Q.    And based on your conversation with

10   the Pausche's, did you believe that you had

11   probable cause to charge anyone with a crime?

12       A.    No, not really.  Never biased. You

13   can't be biased. He was -- Mr. Brownlee wasn't

14   there to state his side of the story.

15              So, you know, everything --

16   without having both sides of the story or

17   independent witnesses, I mean there is not

18   enough there to get any kind of criminal

19   complaint on.  It is all hearsay.

20       Q.    So based on what they told you at the

21   first scene you didn't believe you had probable

22   cause to arrest Mr. Brownlee?

23       A.    Right. There is no probable cause

24   there to arrest at that time without getting

12:01PM (line 10)

12:02PM (line 20)

OFFICER SALVATORE DAVI

—100

1  the other half of the story.

2      Q.   How long did you speak with Pausche's

3  during that first conversation?

4      A.   I don't know. It was quite sometime. I

5  couldn't give you minutes, because they just

6  wanted to keep telling me, you know, about

7  their situation.

8      Q.   Were you taking notes during your

9  conversation with them?

12:02PM
10     A.   No, not at that time.

11     Q.   Was there a reason why you weren't

12  taking notes of your conversation with them?

13     A.   No, there was no reason behind it. I

14  wasn't going to do a report or anything that I

15  would need to notes at that time.

16     Q.   Why weren't you going to do a report?

17     A.   Because without any kind of

18  independent witness information, we have what

19  is called a computerized report, a shift log.

12:03PM
20          I would have shift logged it for

21  any kind of further incidents as long as there

22  had been an incident there.

23          So that's a report per se, I

24  guess, over the computer but not an actual

OFFICER SALVATORE DAVI

103

1    Q.    Yes?

2    A.    I didn't write that up.  They did.

3    Q.    All right. Did you get Mr. Pausche's

4    date of birth before they wrote up their

5    statement?

6    A.    I don't know, because the bottom of

7    their statement form, their information goes at

8    the bottom, so I don't know if I got it off of

9    that or if I got it from him on scene.

12:07PM 10    Q.    While you were talking to the

11    Pausche's did anyone else arrive?

12    A.    Mr. Brownlee came back to the house.

13    Q.    Were you still talking to the

14    Pausche's when he arrived?

15    A.    Yes.

16    Q.    Was -- did Mr. Brownlee arrive in a

17    vehicle?

18    A.    Yes.

19    Q.    Was he driving that vehicle?

12:07PM 20    A.    I can't recall if he was driving or

21    not.

22    Q.    Was he with anyone else?

23    A.    He was with a female.

24    Q.    Do you know what her name is?

OFFICER SALVATORE DAVI

1   also asked.

2       Q.  Why did you want to do a cursory check

3   on them and log it into the call?

4       A.  Just standard, just what I do I guess.

5       Q.  It is standard procedure to ask them

6   for their identification?

7       A.  To ask for identification or their

8   name and date of birth, which is what we do.

9       Q.  Okay.  Do you typically ask them for

10  their identification or do you ask them to

11  verbally give you their name and date of birth?

12      A.  If they don't have ID you ask them for

13  their name and date of birth.

14      Q.  What did Mr. Brownlee say to you and

15  what you did say to him before you asked him

16  for identification?

17      A.  I told him the reason why I was there,

18  the neighbors complained, the neighbor

19  complained about the children and the dog. And

20  he had told me that this is an ongoing

21  situation with him and his kids.

22          And he told me that he did say

23  something to them that day about his children,

24  because he was making comments to his children,

OFFICER SALVATORE DAVI

1    and cursing at them he said towards his kids,

2    and he said if you have anything to say to me

3    say it to me, don't approach my children.

4              He told me that Mr. Pausche took

5    some kind of fecal matter, he didn't know if it

6    was dog or whatever, and put it on his front

7    porch in the past, I don't know if he generated

8    a call when that happened.

9              But just basically it was an

10   ongoing neighbor dispute between him and

11   Mr. Pausche and what happened that day when I

12   went there.

13        Q.   Did Mr. Brownlee tell you what kind of

14   cures words Mr. Pausche had been using at his

15   children on that day?

16        A.   I can't remember. I don't think -- not

17   that day, he didn't curse at his kids.

18              I think in the past he has been

19   cursing at his kids.

20              And that's what escalated to

21   where it is now, because he was yelling at his

22   kids, and then he finally came out today, and

23   was driving by and from his car he screamed to

24   him:  If you have anything to say to my

12:10PM (line 10)

12:10PM (line 20)

OFFICER SALVATORE DAVI

107

1  children, this isn't exact quotes now, you say

2  it to me, don't say it to my children.

3      Q.   Did Mr. Brownlee tell you that his

4  neighbor had been using racial epitats at his

5  children in the past?

6      A.   I don't remember him saying that.

7      Q.   Did Mr. Brownlee tell you that

8  Mr. Pausche had been calling his children

9  "nigger"?

**12:11PM**  10      A.   No.

11      Q.   Did Mr. Brownlee -- Strike that.

12          Did Mr. Brownlee tell you

13  anything else during that conversation?

14      A.   Like the whole conversation is what

15  you are asking, about the past and everything

16  you are saying?

17      Q.   Yes, sir.

18      A.   Yes.  No, nothing else that I can

19  remember.

**12:12PM**  20      Q.   What was Mr. Brownlee's demeanor like

21  from that conversation?

22      A.   Well, he seemed fine at first. I was

23  trying to tell him I'm there to diffuse the

24  situation.

OFFICER SALVATORE DAVI

118

1    warrant.

2        Q.   Did Mr. Brownlee have a warrant?

3        A.   No.

4        Q.   Did Mr. Brownlee have a suspended

5    license?

6        A.   It didn't come back no that he didn't.

7        Q.   Did Mr. or Mrs. Pausche -- Strike

8    that.

9             Did you ever run Mr. or

12:27PM    10    Mrs. Pausche's name over the air?

11        A.   I don't think -- I can't remember if I

12    did or not, after the fact or if I ran them

13    over my NDT to get the information for the

14    report. I don't know whether I did or not.

15        Q.   Do you know one way or another whether

16    you ever ran their name?

17        A.   I don't know.

18        Q.   Is one reason that you didn't run

19    their name because they didn't appear to you to

12:27PM    20    be a threat?

21        A.   No.

22        Q.   What did you do after you received the

23    information on Mr. Brownlee's name came back as

24    no record?

OFFICER SALVATORE DAVI

1    obstructing justice, that's probable cause to

2    arrest him.

3        Q.   So up until the time that you found

4    out that Mr. Brownlee's name was Brownlee, you

5    didn't have any probable cause to arrest either

6    Mr. Brownlee or anybody else at the scene?

7        A.   Correct.

8        Q.   Did you have any conversation with

9    Mr. -- with Officer Smetters about the fact

10   that Timothy Sandifer's name was coming back

11   "no record"?

12       A.   No, I guess I assumed that he picked

13   it up. I don't know if he did or not. I didn't

14   talk to him about it.

15       Q.   Did you tell Mr. Brownlee your name is

16   coming back no record, might I have inputted it

17   wrong?

18       A.   Yes.  Are you asking if I asked him if

19   I inputted it wrong?

20       Q.   Yes.

21       A.   No, because I ran the name he gave me

22   right in front of him. He was within earshot,

23   he could hear the name that I was running.

24       Q.   How do you know that he was within

12:29PM

12:30PM

OFFICER SALVATORE DAVI

1    opened the door?

2        A.   Yes.

3        Q.   So at the time that you called

4    dispatch, what was your plan as far as getting

5    the cell phone out of his hand?

6        A.   Just to stop, open the door, grab his

7    cell phone, get back in the car and leave and

8    go back to the station.

9        Q.   Could you see the cell phone before

01:02PM  10   you called dispatch?

11       A.   Yes, that's ow I found out he was on

12   his cell phone.

13       Q.   Sorry.  I thought you said you found

14   out he was on the cell phone when he changed

15   from screaming to talking?

16       A.   Then I turned around, like I said and

17   saw him talking into his phone.

18       Q.   Could you see the phone?

19       A.   Yes.

01:02PM  20       Q.   Where was the phone?

21       A.   In his hand.

22       Q.   Where was his hand?

23       A.   Behind his back. Off to the left.  And

24   he was talking like this. (Indicating.)

OFFICER SALVATORE DAVI

172

1    you returned his shoes, his sandals to him?

2         A.    I don't remember.

3         Q.    Was there any reason why you would

4    hold Mr. Brownlee's sandals from him?

5         A.    Unless they found something in them or

6    if he didn't want them back.

7         Q.    So unless you found some type of

8    weapon or contraband in his sandals or

9    Mr. Brownlee didn't want them back you would

01:31PM    10    typically return them to him?

11         A.    Typically, yes.

12         Q.    What about if things weren't going

13    smoothly?

14         A.    Then he wouldn't have came off the

15    wall.  He would have stayed on the wall for

16    officer safety.

17              Like I said every situation

18    dictates the outcome.

19         Q.    If things weren't going smoothly, and

01:31PM    20    he was being uncooperative, would you have

21    returned his shoes to him?

22         A.    I don't know.  Every situation

23    dictates the outcome.

24         Q.    In this situation with Mr. Brownlee --

OFFICER SALVATORE DAVI

178

1    contact?

2        A.    He wouldn't give us any information.

3    So I don't know. I would have to look at my

4    report, something like that would happen, just

5    for emergency contact purposes, I think I

6    possibly listed Mrs. Sandifer, just in case

7    something happened while he was in our care.

8                I have to look at my report.  I

9    don't know if I did or not.

01:37PM    10        Q.    But he didn't tell you call Tigen if

11    there is something wrong?

12        A.    No.

13        Q.    Did he ask for a phone call?

14        A.    I don't remember if he did or not.

15        Q.    Did you refuse to allow him to have a

16    phone call?

17        A.    I can't remember.

18        Q.    Did you ask him to sign anything at

19    that time?

01:37PM    20        A.    I don't think so.  There is nothing

21    for him to sign.

22                The only thing I would have asked

23    him to sign, if I did, would be his property

24    sheet.

OFFICER SALVATORE DAVI

179

1        But I can't remember if I did or

2   not or if he signed it.

3        Because the only other thing they

4   sign are their arrest and booking form when we

5   release them, and their bond receipt when we

6   release them.

7        Those three things only that they

8   sign.

9        Q.   Did you tell -- well, strike that.

01:37PM
10        Before you got to the station,

11   did you ever take Mr. Brownlee outside of the

12   back seat, pull him out of the back seat?

13        A.   Before I got to the station.

14        Q.   Yes.

15        A.   No.

16        Q.   So when you were stopped on Goodwin

17   you never grabbed him the handcuffs and yanked

18   him out of the back seat?

19        A.   No.

01:38PM
20        Q.   You never had him at the rear of the

21   car?

22        A.   No.

23        Q.   You never lifted his arms up over his

24   head when you were stopped on Goodwin?

OFFICER SALVATORE DAVI

211

1            So as far as -- right then and

2    there it happened so fast that he was going to

3    be handcuffed be to transported, and then, you

4    know, he started resisting at that time to be

5    handcuffed and started pulling away from the

6    officers and stuff like that, and flailing

7    around on the ground while he was sitting

8    there.  That's when I came over like what is

9    going on.

02:11PM   10            I don't know, like I said, if it

11    came before or after that, but he did complain

12    of a leg cramp at sometime.

13        Q.    Did you play any part in handcuffing

14    Mr. Brownlee?

15        A.    Not directly as far as the handcuffs.

16    I was trying to control his head so he wouldn't

17    headbutt any of the officers, as they were

18    crying to handcuff him.

19            I was just holding his head, so

02:11PM   20    he wouldn't turn around and headbutt them, but

21    was resisting, and he was flailing around.

22            And I just held his head there so

23    they could gain control of his arms and get him

24    in handcuffs as fast as I could.

OFFICER SALVATORE DAVI

212

1    Q.    How was he resisting?

2    A.    He wouldn't give the officers his

3    arms. He wouldn't -- they were telling him put

4    your hands behind your back.  Stop resisting.

5    And he wouldn't give the officers his arms to

6    be handcuffed.

7              We told him, you are going to be

8    transported, and he was going to be handcuffed

9    and that's when he started resisting and

02:12PM   10    pulling his arms away.

11              And that's when they started

12    trying to get him in the handcuffs, and I just

13    held his head still so that they could get him

14    in the handcuffs.

15    Q.    Were you giving Mr. Brownlee any

16    direct orders at that time?

17    A.    Oh, yes:  Stop resisting.  What are

18    you doing?  Stop this.  They are just putting

19    in you in handcuffs.

02:12PM   20              Things like that is what I say.

21    I can't give you the exact words.

22              Stop resisting.  Relax, relax,

23    everything is fine.  Stuff like that. Because

24    it was ridiculous. It made no sense.

OFFICER SALVATORE DAVI

221

1      the hospital?

2          A.   Yes.

3          Q.   Did Officer Smetters also remain with

4      him?

5          A.   Yes.

6          Q.   Is there a reason why two officers

7      remained with him at the hospital?

8          A.   Just officer safety, because we are

9      offsite with an arrestee, you know what I am

02:32PM   10      saying, because anything could happen in those

11      places, there are lots of things that can go

12      wrong.

13          Q.   You have accompanied people to the

14      hospital before?

15          A.   Yes.

16          Q.   And under those circumstances do you

17      also have two officers?

18          A.   With offenders, yes. Victims, no.

19      Sorry to interrupt.

02:32PM   20          Q.   At some point did you learn what is

21      what wrong with Mr. Brownlee's hand?

22          A.   I don't know if they said he had

23      actually had a broken thumb or fractured thumb.

24      I don't know.  I can't remember the exact

OFFICER SALVATORE DAVI

222

1    terminology. Something was wrong with his hand.

2    It was either broken or fractured, his thumb.

3         Q.    How did you learn that?

4         A.    The doctor came in and told him.

5         Q.    And you were present for that

6    conversation?

7         A.    Yes.

8         Q.    The doctor told Mr. Brownlee that it

9    was either a fractured thumb or broken thumb?

02:33PM    10         A.    I don't know the exact terminology he

11    used for that.

12         Q.    And what did you do once you learned

13    that Mr. Brownlee had something wrong with his

14    thumb?

15         A.    I didn't do anything. I sat there the

16    whole time. I sat there, and he looked at me:

17    See I told you.

18         Q.    Did you contact your supervisor?

19         A.    I don't know if I did or not.

02:33PM    20         Q.    Did you call over the radio to

21    dispatch to let them know that Mr. Brownlee's

22    thumb was broken?

23         A.    No, I wouldn't do that.

24         Q.    Why not?