1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

TIMOTHY BROWNLEE,          )
                                )
             Plaintiff,    )
                                )
      vs.                 ) No. 07 CV 7085
                                )
VILLAGE OF BOLINGBROOK;   )
BOLINGBROOK POLICE OFFICER   )
DAVI; BOLINGBROOK POLICE    )
OFFICER SMETTERS; and       )
BOLINGBROOK SERGEANT HILLIARD,)
                                )
            Defendants.   )

The deposition of TIGGEN SANDIFER, called by the Defendants for examination, taken pursuant to notice, agreement, and by the provisions of the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Tina M. Alfaro, CSR No. 084-004220, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said State, at the offices of the offices of Tressler Soderstrom Maloney & Priess, 233 South Wacker Drive, Chicago, Illinois, on the 14th day of May, A.D., 2008 at 1:00 p.m.



**EXHIBIT**

_C_

1    12:00?

2        A.   Yes.

3        Q.   Okay.  Why don't you tell me -- give

4    it to me chronologically in time what you can

5    remember what you did.

6        A.   Took a shower, brushed my teeth.

7        Q.   Okay.

8        A.   Got ready for the holiday.

9        Q.   Okay.  Anything else you can

10   remember?

11       A.   Yes.

12       Q.   Okay.  Why don't I make it a little

13   more specific.  Do you remember having any

14   contact with your neighbors at 4 Rye Court on

15   that day?

16       A.   Yes.

17       Q.   Okay.  Why don't you tell me the

18   first contact you had with them on May 28th,

19   and by contact I mean anything, seeing them or

20   talking to them.

21       A.   When I was leaving to go to the

22   store.

23       Q.   Okay.  Do you remember what time that

24   was?

Tiggen Sandifer    May 14, 2008

12

1       A.   No.

2       Q.   Was it before 12:00 or after 12:00?

3   By 12:00 I mean noon.

4       A.   It was before 12:00.

5       Q.   So sometime between the time you woke

6   up but before noon you came in contact with

7   your neighbors at 4 Rye Court?

8       A.   Yes.

9       Q.   Okay.  Why don't you describe your

10  contact with your neighbors right then.

11      A.   I was in my vehicle backing out to go

12  to the store.

13      Q.   Okay.  And what happened?

14      A.   They was at their house outside.

15      Q.   Okay.  Did they say anything to you?

16  Did you say anything to them?

17      A.   No.

18      Q.   You just saw them and drove away?

19      A.   No.

20      Q.   Okay.  Why don't you tell me what

21  happened.

22      A.   When I was in my car?

23      Q.   Yes.

24      A.   Me and Tim was going to the store and

1   we stopped because the kids was outside, our

2   kids and some family, and he told them that we

3   were going to the store and if they have any

4   problems, to call him.

5       Q.   Okay.  How many -- Well, let's go

6   specifically here.  How many kids was

7   Mr. Brownlee talking to you, do you remember?

8       A.   Four.

9       Q.   Just so the record's clear, why don't

10  you give me their names, please.

11      A.   Timothy Junior, Devon -- I'm not for

12  sure who all was out there of our kids, but I

13  think it was four.

14      Q.   You can definitely remember two of

15  those children?

16      A.   There were two of the nieces.

17      Q.   Okay.  You can't remember their

18  names?

19      Q.   That's fine.

20      A.   I can't remember their names.

21      Q.   And by nieces, explain --

22      A.   Tim's nieces.

23      Q.   Okay.

24           I'm sorry.  I didn't mean to

1     interrupt.  Why don't you continue with

2     explaining to me exactly what happened.  Let

3     me back up.

4          When Mr. Brownlee was talking to the

5     children and the nieces, was he in the car

6     with you or was he outside the car?

7          A.   He was in the car.

8          Q.   And was he driving or were you

9     driving?

10         A.   He was driving.

11         Q.   Okay.

12              So he's driving.  Are you in the

13    passenger --

14         A.   I was the passenger.

15         Q.   And he's talking to the children as

16    he's backing out; is that right?

17         A.   He stopped when he was backing out.

18         Q.   Okay.  What happened next?

19         A.   He told the kids that we would be

20    right back, we were going to the store, and if

21    they have any problems to give him a call,

22    don't say nothing to nobody.

23         Q.   Then what happened?

24         A.   We left and went to the store.

1      Q.   Okay.  Did you have any conversations

2   with the neighbors at 4 Rye Court before you

3   left to go to the store?

4      A.   No.  But the neighbor said to us, I

5   hear you.

6      Q.   And was this while you were in the

7   car?

8      A.   Yes.

9      Q.   Were they inside of their house,

10   outside of their house?

11      A.   In the yard.

12      Q.   So they were in the yard.  About how

13   far away were they from you in the car at that

14   point, if you can give me an idea?

15      A.   I'm not for sure.  They were in their

16   yard.

17      Q.   So you would have been in your

18   driveway?

19      A.   Yes, my driveway.

20      Q.   And they would have been somewhere in

21   their yard?

22      A.   In their yard.

23      Q.   But you could hear them talking while

24   you were in the car?

16

```
 1        A.  Yes.

 2        Q.  Okay.

 3            And then what happened next?

 4        A.  We went to the store.

 5        Q.  No.  I mean after your neighbor said,

 6   I hear you.  Did anybody say anything else?

 7        A.  Yes.

 8        Q.  Okay.  Who said what?

 9        A.  Tim said, I said it loud enough so

10   you can hear me.

11        Q.  Then what happened?

12        A.  We left and went to the store.

13        Q.  Did anyone say anything after

14   Mr. Brownlee said that?

15        A.  If they did, I didn't hear it.  I

16   don't know.

17        Q.  All right.  So at that point you left

18   to go to the store.  What store was it?

19        A.  We went to Food 4 Less and to the gas

20   station.

21        Q.  Where's Food 4 Less?

22        A.  It's not too far from my house.

23        Q.  Give me a main road that it's on.

24        A.  53.
```

**Tiggen Sandifer    May 14, 2008**

17

    1         Q.  All right.  Is it north or south of

    2    Interstate 55?

    3         A.  I'm not for sure.

    4         Q.  Is it close to 55?

    5         A.  Yes.

    6         Q.  So you and Mr. Brownlee go to the

    7    Food 4 Less?

    8         A.  Yes.

    9         Q.  And did you buy -- what did you buy

   10    at Food 4 Less?

   11         A.  Things for the bar-b-que.

   12         Q.  So groceries?

   13         A.  Yes.

   14         Q.  Okay.

   15             How long were you at Food 4 Less?

   16         A.  Maybe 10, 15 minutes.

   17         Q.  Okay.  Then where did you go next?

   18         A.  To the gas station.

   19         Q.  Which gas station is that?

   20         A.  Speedway.

   21         Q.  Is that on 53 also?

   22         A.  Yes.

   23         Q.  And do you know what the cross street

   24    is, 53 and what street?