```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHER DISTRICT OF ILLINOIS
 3                       EASTERN DIVISION
 4   TIMOTHY BROWNLEE,            )
 5            Plaintiff,          )
 6   -vs-                         )   No. 07 C 7085
 7   VILLAGE OF BOLINGBROOK,      )
 8   BOLINGBROOK POLICE Officer   )
 9   Davi, BOLINGBROOK POLICE     )       COPY
10   OFFICER SMETTERS and         )
11   BOLINGBROOK POLICE           )
12   SERGEANT HILLIARD,           )
13            Defendants.         )
14
15         The deposition of OFFICER DANIEL SMETTERS,
16   called for examination, taken pursuant to the
17   provisions of the Code of Civil Procedure and the
18   Rules of the Supreme Court of the State of Illinois
19   pertaining to the taking of depositions for the
20   purpose of discovery, taken before Cynthia M.
21   Moreno-Bailey, C.S.R. No. 84-3635, a Notary Public
22   within and for the County of Cook, State of
23   Illinois, and a Certified Shorthand Reporter of said
24   state, at Suite 100 312 North May Street, Chicago,
```

EXHIBIT D

                                                            1

1  noncompliant subject in his vehicle.
2      Q.   Who made that accusation?
3      A.   I believe it was Sal over the radio.
4      Q.   Did Sal direct his radio call to you or was
5  it directed to dispatch, or could you tell either
6  way?
7      A.   I don't recall.
8      Q.   Did you go to somewhere in the vicinity of
9  Goodwin and Boughton?
10     A.   Yes.
11     Q.   What did you see when you arrived somewhere
12 in the vicinity of Goodwin and Boughton?
13     A.   I remember myself and my marked squad
14 pulling behind his.  After that, I really don't
15 remember.
16     Q.   Did you see Officer Davi exit his vehicle?
17     A.   I don't recall.
18     Q.   Did you ever see Mr. Brownlee exit his
19 vehicle?
20     A.   I don't recall.
21     Q.   Did you ever see Mr. Brownlee at the back
22 of Officer Davi's squad car?
23     A.   Yes.
24     Q.   What was Mr. Brownlee doing at the back of

4

1   A.   I don't recall.

2   Q.   Is it protocol to make radio contact when
3   you leave the scene?

4   A.   It would be -- I don't know.  If Sal would
5   have made the radio contact, it would suffice for
6   both of us.  It's possible that I did as well.

7   Q.   Do you know if Sal made the radio contact?

8   A.   I can't remember for sure.

9   Q.   Are you on any medication today that would
10  affect your ability to recall events?

11  A.   No.

12  Q.   Did you ever exit your squad car when
13  stopped in the vicinity of Goodwin and Boughton?

14  A.   I couldn't tell you for sure.

15  Q.   You don't know one way or the other when
16  you exited?

17  A.   Procedure would tell me that I did.
18  However, I don't specifically recall at that time,
19  no.

20  Q.   What about procedure would indicate that
21  you did?

22  A.   Just for officer safety reasons, if an
23  officer is stopping with a noncompliant subject, it
24  would make procedural sense and officer safety sense

8

1   to get out of your vehicle to assist in case there
2   is an issue.
3       Q.   Do you like Officer Davi?
4       A.   Yes, I do.
5       Q.   Do you care about his safety?
6       A.   Yes, I do.
7       Q.   Would you want to make sure he was safe if
8   he was having contact with a noncompliant person?
9       A.   Absolutely.
10      Q.   In what way was Mr. Brownlee being
11  noncompliant?
12      A.   I didn't witness anything.
13      Q.   In what ways were you told that
14  Mr. Brownlee was being noncompliant?
15      A.   I was told that he was spitting in the
16  vehicle and calling people on his cell phone or
17  using his cell phone in some manner.
18      Q.   Who told you that he was spitting?
19      A.   That would be Officer Davi or Sal.
20      Q.   At what point did Officer Davi tell you
21  that Mr. Brownlee was spitting and using his cell
22  phone?
23      A.   I believe that was dispatched over the air.
24      Q.   As you sit here today, do you recall being

9

1   A.   There is no need to.
2   Q.   Why is there no need do?
3   A.   Because I am already directly behind him,
4   already following him.  So there is no need to waste
5   radio space over I acknowledged your last message.
6   Q.   What direction were you going when Officer
7   Davi pulled over?
8   A.   I don't remember.  When he pulled over
9   which way were we going or which way were we going
10  before he pulled over?
11  Q.   As he was pulling over, what direction was
12  he traveling?
13  A.   I believe we were on Boughton Road and
14  going westbound.  I can't recall specifically which
15  street he turned down.
16  Q.   Did Officer Davi stop his car?
17  A.   Yes.
18  Q.   Did he stop it in a parking lot or on the
19  street?
20  A.   I don't remember.
21  Q.   Did you activate your camera when you
22  stopped your vehicle?
23  A.   No.
24  Q.   Why didn't you activate your camera?

82

| | |
|---|---|
| 1 | A. Because in order to activate your camera, |
| 2 | you have to turn on your lights. |
| 3 | Q. Why didn't you turn on your lights? |
| 4 | A. Because there is no reason to turn on your |
| 5 | lights. |
| 6 | Q. Well, one reason to turn your lights on is |
| 7 | to activate your camera, correct? |
| 8 | A. Sure. |
| 9 | Q. So why didn't you activate your lights so |
| 10 | you can turn on your camera? |
| 11 | A. Because I didn't feel there was any need |
| 12 | to. |
| 13 | Q. Why didn't you feel there was any need to |
| 14 | turn on your lights to activate your camera? |
| 15 | A. Because you don't have to. |
| 16 | Q. Is there anything preventing you from |
| 17 | turning on the lights and turning on your camera? |
| 18 | A. No. |
| 19 | Q. While stopped, was Officer Davi's car |
| 20 | directly in front of you? |
| 21 | A. Yes. |
| 22 | Q. Where is the camera on your car? |
| 23 | A. It's mounted in the middle, the windshield |
| 24 | on the upper part. |

OFFICER DANIEL SMETTERS

1    Q.   Is that camera facing forward?
2    A.   Yes.
3    Q.   Other than what you testified to
4  previously, do you remember anything else about the
5  stop somewhere off of Boughton Road?
6    A.   No.
7    Q.   At some point did Officer Davi start
8  driving again?
9    A.   Yes.
10   Q.   Where did he go?
11   A.   In the direction towards the police
12 department.
13   Q.   Did you follow him?
14   A.   Yes.
15   Q.   Why did you follow him?
16   A.   Because just there is a subject being
17 noncompliant and for officer safety reasons to
18 continue following him.
19   Q.   Where did you follow him to?
20   A.   To the back lot of the police department.
21   Q.   Did he drive into the sally port?
22   A.   Yes.
23   Q.   Did you?
24   A.   I don't believe so.

84

1    you arrested after you get to the police department
2    on most cases.
3        Q.   What did you do in the booking room?
4        A.   I did a more thorough search of
5    Mr. Brownlee.
6        Q.   What did that more thorough search entail?
7        A.   Taking everything out of his pockets and
8    inventorying them.
9        Q.   Did you touch his genitals during that
10   search?
11       A.   Probably.
12       Q.   Why did you say probably?
13       A.   Because that's a place in which people can
14   hide weapons and other contraband.
15       Q.   Did you touch his testicles?
16       A.   Probably.
17       Q.   Was Mr. Brownlee compliant while you were
18   searching him?
19       A.   Yes.
20       Q.   Was he saying anything while you were
21   searching him?
22       A.   I don't recall.
23       Q.   Was Officer Davi saying anything while you
24   were searching him?

87

1  Q. What happened after that?

2  A. He refused to put them on.

3  Q. What happened after Mr. Brownlee refused to
4  put his pants on?

5  A. After he refused to put on his pants, we
6  put him in a cell and gave him his pants to put on.

7  Q. Why did you put him in a cell?

8  A. Because he was going to be held there for
9  the time being.

10  Q. Why was he being held there for the time
11  being?

12  A. For Officer Davi to do his processing and
13  what he needed to do.

14  Q. What processing did he need to do?

15  A. I don't know what Officer Davi did.

16  Q. In the typical arrest, what processing
17  needs to be done for a misdemeanor arrest?

18  A. Filling out an arrest and booking sheet.

19  Q. Anything else?

20  A. They need to be fingerprinted,
21  photographed.

22  Q. Anything else that needs to be done?

23  A. In terms of what else are you looking for?

24  Q. Any other paperwork that needs to be filled

102

1  A.  Can you be more specific?

2  Q.  Is it a crime to say mother fucking white
3  ass to somebody?

4  A.  It depends on how you do it.

5  Q.  Is it crime to yell mother fucking white
6  ass from your car to somebody else who is up on
7  their front porch of their home a distance of 30 to
8  40 feet?

9  A.  Accompanied with other causes, I believe
10  yes, it would be a crime.

11  Q.  Just saying that in itself, saying mother
12  fucking white ass to somebody while they were 30 to
13  40 feet away?

14  A.  I don't know.  You know, I can't give a
15  hypothetical answer to a hypothetical situation.

16  Q.  Do the facts contained in the statement
17  give you probable cause to arrest Mr. Brownlee for
18  disorderly conduct?

19  A.  The facts in the statement are not the only
20  reasons of what gave probable cause to arrest.

21  Q.  What other facts gave probable cause to
22  arrest?

23  A.  It's Officer Davi's investigation.  I'm not
24  going to answer for Officer Davi.  It was his

120

1   was saying to Mr. Brownlee after Sergeant Hilliard
2   called for an ambulance?
3       A.  No.
4       Q.  Did paramedics arrive?
5       A.  Yes.
6       Q.  Do you recall anything else that
7   Mr. Brownlee was saying after the ambulance was
8   called for?
9       A.  He was telling the paramedic how he had a
10  Charlie horse.  Then he exclaimed that his thumb
11  hurt.
12      Q.  When you were searching him earlier, did he
13  complain about his hand hurting him?
14      A.  No.
15      Q.  Did you observe his hand being hurt
16  earlier?
17      A.  No.
18      Q.  What happened after Mr. Brownlee was
19  telling him the paramedic that his thumb hurt?
20          MR. PENROSE:  Objection.  I don't think
21  that's what he said.
22          But go ahead and answer.
23  BY THE WITNESS:
24      A.  Could you rephrase it?

136

1  Q. After the paramedic tried to have him move
2  his thumb or them move his thumb?
3  A. During. While the paramedics touched it or
4  tried to have him move it, he had motions of which
5  he was in pain.
6  Q. What happened at that point after it was
7  clear that he was in pain?
8  MR. PENROSE: Objection. I don't think
9  that's what he testified to.
10  But go ahead.
11  BY MR. AINSWORTH:
12  Q. You can go ahead.
13  A. Would you restate the question?
14  Q. What happened after it was clear that
15  Mr. Brownlee was in pain?
16  A. It was clear by his reactions that he was
17  in pain. To a reasonable person, by the movements
18  he was making and things he was saying, he was in
19  pain. I was not in his shoes. I can't feel his
20  pain.
21  So just to restate that. I didn't
22  stay that I knew he was in pain or mean that I knew
23  he was in pain. But he made the motions of someone
24  being in pain. But anyway, after that, the

138

1  A. Yes.

2  Q. How did you learn it?

3  A. I believe it was the nurse who had said it.

4  Q. What did the nurse say?

5  A. I can't say specifically. Something to the
6  effect that it was sprained or broken or fractured
7  or something to that effect.

8  Q. What was injured?

9  A. His thumb. Not sure. I don't recall which
10  thumb but one of his thumbs.

11  Q. Was it the thumb that you had been -- on
12  the side of his body that you had been?

13  A. As I stated before, I don't remember which
14  thumb I grabbed or which hand I grabbed or which
15  wrist I grabbed or what happened.

16  Q. Do you recall whether or not it was the
17  thumb on the side of his body that you were on when
18  he was being handcuffed?

19  A. No.

20  MR. PENROSE: No, you don't recall.
21  BY THE WITNESS:

22  A. No, I don't recall. Sorry.
23  BY MR. AINSWORTH:

24  Q. Did you hear Mr. Brownlee talking to the

140

1  Q. Does it say anything or does reading the
2  report refresh your recollection about what you were
3  told his actual injury was?
4  A. I stated broken thumb.
5  Q. Were did you state broken thumb?
6  A. I assumed that's because it was told to me
7  by the medical staff or Officer Davi.
8  Q. Did you have any reason to believe that the
9  medical staff or Officer Davi was lying to you about
10 the broken thumb?
11 A. No.
12 Q. Do you know when you completed this report?
13 A. I started it on the day of the occurrence
14 and finished it the day after, morning after.
15 Q. Why did you stop the report midway?
16 A. Because the bosses told us it was time to
17 go home and we were able to hold our report over for
18 the next day.
19 Q. Who told you it was time to go home?
20 A. It would have been Lieutenant Hess.
21 Q. How were you able to hold your report until
22 the next day?
23 A. Just common practice if we have late
24 arrests or something that could hold for the next

144