1                IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
2                         EASTERN DIVISION

3
    TIMOTHY BROWNLEE,                )
4                                    )
                    Plaintiff,       )
5                                    )
                    -vs-             )   No.  07 C 7085
6                                    )
    VILLAGE OF BOLINGBROOK,          )
7   BOLINGBROOK POLICE OFFICER       )
    DAVI, BOLINGBROOK POLICE         )
8   OFFICER SMETTERS, and            )
    BOLINGBROOK POLICE SERGEANT      )
9   HILLIARD,                        )
                                     )
10                  Defendants.      )

11

12

13          Discovery deposition of SERGEANT RICHARD

14   HILLIARD, taken before MARINA MOGILEVSKY, C.S.R., and

15   Notary Public, pursuant to the Federal Rules of Civil

16   Procedure for the United States District Courts

17   pertaining to the taking of depositions, at Loevy &

18   Loevy, 312 North May, Suite 100, in the City of

19   Chicago, Cook County, Illinois, at 10:37 a.m. on the

20   18th day of June, 2008.

21

22              *    *    o    O    o    *    *

23                                                  EXHIBIT

24                                                  E



1    all depends on the circumstances.

2        Q    Okay.  And can you explain how you thoroughly

3    search shoes?

4        A    It's very, very hard because you can secrete

5    razorblades, guns, narcotics.  So I don't like to allow

6    people in with shoes.  It's just my thing.  It's too

7    easy to hide contraband in them, something they can hurt

8    me or hurt themselves with.

9        Q    If people are wearing flip-flops, would they be

10    more likely to be allowed to wear them into the cell

11    area?

12        A    Depends on the circumstances.

13        Q    Okay.  What circumstances does it depend on?

14        A    It depends on the officer, if the person's

15    combative, if they're cooperative, the officer's level

16    of apprehension about it.  There's so many

17    circumstances, I can't narrow it down to anything else.

18        Q    Are there any written policies at the

19    Bolingbrook Police Department or the jail facility

20    regarding shoes?

21        A    No.

22        Q    Okay.  So there's nothing to say that prisoners

23    may or may not have their shoes in the cells?

24        A    Just the officer's discretion.

1       A    No, I do not.

2       Q    And then from the hospital would they have

3    transported him to Will County?

4       A    From the hospital -- I don't know if they took

5    everything they needed from the police station.  They

6    may have had to come back to pick up some property of

7    his, I don't know.  It could have been either way.

8       Q    Okay.  Now, during the handcuffing of

9    Mr. Brownlee, do you know whether or not you may have

10   grabbed Mr. Brownlee's thumb?

11      A    I don't know.

12      Q    Okay.  Did you take any steps or measures to

13   prevent injuring the thumb?

14      A    Like what?

15      Q    The question is just if you took any steps to

16   prevent injury to the thumb.

17      A    No, I can't recall that, no.

18      Q    Okay.  Did you use any pressure points during

19   the arrest of Mr. Brownlee?

20      A    No.

21      Q    Can you describe how much force you needed to

22   use to get Mr. Brownlee cuffed?

23      A    Just enough to overcome his resistance is about

24   the only way I can describe it.