```
 1              IN THE DISTRICT COURT OF THE UNITED STATES
                 FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3      TIMOTHY BROWNLEE,                )
                                         )
 4              Plaintiff,                )
                                         )
 5         -vs-                          )   No. 07 C 7085
                                         )
 6      VILLAGE OF BOLINGBROOK,          )
        BOLINGBROOK POLICE OFFICER       )
 7      DAVI, BOLINGBROOK POLICE         )
        OFFICER SMETTERS, and            )
 8      BOLINGBROOK POLICE SERGEANT      )
        HILLIARD,                        )
 9                                       )
                Defendants.              )
10
11          Deposition of PAUL JEROME PAUSCHE, taken before
12      DONNA L. POLICICCHIO, C.S.R., and Notary Public, pursuant
13      to the Federal Rules of Civil Procedure for the United
14      States District Courts pertaining to the taking of
15      depositions, at Suite 100, 312 North May, Chicago,
16      Illinois, commencing at 9:58 a.m., on the 16th day of
17      June, 2008.
18
19
20
21
22
23                                                    EXHIBIT
                                                        F
24
```

EXHIBIT F

MERRILL LEGAL SOLUTIONS

311 S. Wacker Drive, Suite 300                    312.386.2000 Tel
Chicago, IL 60606

| | | |
|---|---|---|
| 1 | Q | Is that the other side of Brownlee? |
| 2 | A | No, that's Brownlee. |
| 3 | Q | Brownlee? |
| 4 | A | Right. |
| 5 | Q | How small a dog is it? |
| 6 | A | Real small, something like a Chihuahua. |
| 7 | Q | Have you ever had any problems with that dog? |
| 8 | A | No. |
| 9 | Q | Ever complained about the dog? |
| 10 | A | No, not that one. |
| 11 | Q | Is there some other dog that you -- |
| 12 | A | They had a dog before. |
| 13 | Q | Tell me about the dog they had before the |
| 14 | | little Chihuahua-like dog. |
| 15 | A | They used to let him out and do all over my |
| 16 | | front lawn. |
| 17 | Q | That doesn't sound right. Did it make you |
| 18 | | angry? |
| 19 | A | Of course it did. |
| 20 | Q | What kind of dog was it? |
| 21 | A | I couldn't tell you. It was a mixed breed. |
| 22 | Q | Bigger than the Chihuahua? |
| 23 | A | Yes. |
| 24 | Q | And how many times did that dog do his |

1    business on --
2         A    A number of times.  I can't count them.
3         Q    More than ten?
4         A    About ten maybe.
5         Q    And what did you do when that dog did his
6    business on --
7         A    Tried to tell them to cut it out.
8         Q    Did you tell them to cut it out?
9         A    Yes.
10        Q    What else did you do with respect to what
11   their dog had done on your lawn?
12        A    What their dog had done?  Are you talking
13   about a certain incident?
14        Q    I don't know anything about it, so I just
15   want to know what you did and what you didn't do.  Go
16   ahead.
17        A    At one time I got so tired of telling them.
18   I told the woman a couple times.  I told the kids.  I
19   told -- They had an older son that was living there.
20   I guess that was his dog.  I got tired of telling
21   them not to let their dog come and poop on my front
22   grass because I pay for fertilizer and everything.
23   They don't do nothing to their house.  So I told them
24   at least respect that I try to keep my property up

```
 1        and I don't like your dog coming over here.
 2            Q   Sure.
 3            A   So one final time I was out cutting the
 4        grass, ran the mower right through it, so I stopped,
 5        picked it up, put it on a piece of paper, went over,
 6        put it on his front porch and left a note, If this
 7        continues, action will be taken.  I think this
 8        belongs to you.  If this continues, action will be
 9        taken.  I go back in my house.  After I'm through and
10        everything, he comes knocking on my front door.
11            Q   He meaning who?
12            A   Timothy Brownlee comes knocking on my front
13        door.  Did you leave this?
14            Q   That's what he said?
15            A   Yes.  And I just nodded my head.  Do you want
16        me to use the language that he used?
17            Q   Please.  The reporter has heard such language
18        and we won't be offended.
19            A   With that he says, If I ever catch you on my
20        property again, I'm going to put a mother fucking
21        bullet in your head.  With that, I just walked away,
22        got on the phone, and called 911 and told them I was
23        threatened by my next-door neighbor.  Well, they came
24        out.  Three police, Bolingbrook police came out, one
```

1  black, one white, one Spanish, and they tried to
2  settle the confrontation and everything.  I told
3  them, I don't want nothing to do with them.  Just
4  tell them stay over there and leave me alone.  Okay,
5  if that's the way you want it.
6      Q    When did this incident occur?
7      A    I'm trying to think.  Let's see.  Not the
8  season before.  Okay.  Let's see.  We're in '08, '07.
9  I think it was -- I think it was September of '06 or
10 September of '05.  I'm pretty sure it was September
11 of '06.
12     Q    When you said action will be taken, what did
13 you anticipate?
14     A    I was going to notify the Bolingbrook police
15 or whoever has anything to do with that.
16     Q    When you took the paper over, did you put the
17 dog poop on top of the paper and then --
18     A    I put it on a piece of paper and I put it on
19 the chair.
20     Q    Where was the chair?
21     A    The chair was on their front porch.
22     Q    And was that the same piece of paper that you
23 wrote the note on or a different piece of paper?
24     A    No, it was a different piece of paper.

```
1        A    Uh-huh.  Okay.  Yes.
2        Q    What happened?  What's the next thing you
3   remember?
4        A    Well --
5        Q    You saw a child on the --
6        A    Right, and I was sitting out in front.  And
7   as you say, Mr. Brownlee came out, got in his car,
8   and his wife or girlfriend, whoever she is, got in
9   with him, and they were backing out of the driveway.
10       Q    Okay.
11       A    The child was playing in the front.  As he
12  backed out of the driveway, he opened his car door
13  and yelled to the child something -- I don't remember
14  the exact words, but something to the effect of, Now
15  don't let that man do anything to you or say anything
16  to you or you let me know.  He said it loud enough
17  for me to hear.  And I says, I heard what you said.
18  Okay.  Do you want the exact words that he used then?
19       Q    As well as you can remember, sir, yes.
20       A    He started getting out of his car and started
21  coming towards me, and he says, I meant for your
22  mother fucking white ass to hear that.  And with
23  that, I just turned around, went in the house, and
24  called 911.
```

1   Q   Did he follow you into the house?
2   A   No. He didn't even -- I don't even think he
3   came on the property, but he was walking towards us
4   in a menacing way.
5   Q   And describe how it was menacing.
6   A   Well, just fast and deliberate.
7   Q   But never entered your property, correct?
8   A   I don't think so. I never gave him a chance
9   to. I already went into the house.
10  Q   And what did you do when you got in the
11  house?
12  A   Called 911.
13  Q   Did they answer?
14  A   Yes.
15  Q   What did you say to 911?
16  A   I told them I'm being threatened by my
17  neighbor again.
18  Q   And when you say again --
19  A   Going back to the incident that happened the
20  first time with the dog, the dog poo.
21  Q   Was that the only other time you had been
22  threatened?
23  A   Right.
24  Q   After you -- That was the incident after you