```
 1              IN THE DISTRICT COURT OF THE UNITED STATES
                FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3    TIMOTHY BROWNLEE,               )
                                      )
 4             Plaintiff,             )
                                      )
 5         -vs-                       ) No. 07 C 7085
                                      )
 6    VILLAGE OF BOLINGBROOK,         )
      BOLINGBROOK POLICE OFFICER      )
 7    DAVI, BOLINGBROOK POLICE        )
      OFFICER SMETTERS, and           )
 8    BOLINGBROOK POLICE SERGEANT     )
      HILLIARD,                       )
 9                                    )
               Defendants.            )
10
```

11         Deposition of ROSE LEE PAUSCHE, taken before

12    DONNA L. POLICICCHIO, C.S.R., and Notary Public, pursuant

13    to the Federal Rules of Civil Procedure for the United

14    States District Courts pertaining to the taking of

15    depositions, at Suite 100, 312 North May, Chicago,

16    Illinois, commencing at 11:14 a.m., on the 16th day of

17    June, 2008.

EXHIBIT G

```
 1   drive away?
 2   A   That's all I saw him do.
 3   Q   Did he ever go on your property?
 4   A   No.
 5   Q   What, if anything, did the children say or
 6   do?
 7   A   I was in the house.  I wasn't looking
 8   outside.
 9   Q   While you were on the porch, what, if
10   anything, did the children do?
11   A   The kids didn't say nothing.
12   Q   Anything else that you can recall Brownlee
13   saying or doing prior to the time that your husband
14   called 911?
15   A   No.
16   Q   Was there a time -- Did you hear what your
17   husband said to 911?
18   A   He just said I'm going in and calling 911.
19   Q   Did you hear what he said --
20   A   No.
21   Q   -- when he got on the phone?
22   A   Yes.  He said that there is a problem with
23   the neighbor next door.
24   Q   That's what you heard him say, correct?
```

```
 1     BY MR. LOEVY:
 2         Q   Back on the record.  Just one quick question.
 3     Are you planning on being -- living in Illinois as of
 4     September 2nd of this year?
 5         A   As it stands now.
 6         Q   But if you sold your house --
 7         A   I couldn't move that fast.
 8     MR. LOEVY:  Okay.  Off the record.
 9             (Discussion had off the record.)
10             (Recess was taken.)
11     BY MR. LOEVY:
12         Q   Did you see Mr. Brownlee being arrested?
13         A   When?
14         Q   At any time.
15         A   Yes.
16         Q   Where were you when you saw him arrested?
17         A   In my house.  I was looking -- My kitchen is
18     in the front of the house.  I'm in the kitchen all
19     the time.  I could see everything out my front
20     window.
21         Q   Was Brownlee arrested before or after you
22     signed the document which is before you as Exhibit 1?
23         A   That time frame I don't remember.  That time
24     frame I don't remember because I was shocked to see
```

1   him being arrested.
2       Q   Why were you shocked to see him being
3   arrested?
4       A   Because, I mean, there was no physical fight
5   or anything like that.  I mean, I was just surprised
6   that the police came and took him out in handcuffs.
7   And then now that it's coming back to me, I think
8   after he was arrested is when they came to fill out
9   this report.
10      Q   How long after he was arrested did they come
11  to you and ask you to fill out the report?
12      A   Short time.
13      Q   Hours?
14      A   No, no, not hours.  Very short time.
15      Q   The policeman that came and asked you to fill
16  out the report, was it the same policeman that --
17      A   No.
18      Q   -- had first talked to him?
19      A   No, different man.  You asked me that before.
20  I told you it was a different man.
21      Q   I forgot.
22      A   Okay.  Off the record.
23      MR. LOEVY:  Well -- okay.  Let's go off the
24  record with counsel's permission.  Go ahead.