1

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

TIMOTHY BROWNLEE,            )
                             )
        Plaintiff,           )
                             )
   vs.                       ) No. 07 C 7085
                             )
VILLAGE OF BOLINGBROOK,      )
                             )
BOLINGBROOK POLICE OFFICER   )
                             )
DAVI, BOLINGBROOK POLICE     )
                             )
OFFICER SMETTERS and         )
                             )
BOLINGBROOK POLICE           )
                             )
SERGEANT HILLIARD,           )
                             )
        Defendants.          )

COPY

    The deposition of GREGORY T. JOHNSON, called as a witness for examination, taken pursuant to the Federal Rules of Civil Procedure of the United States District Courts pertaining to the taking of depositions, taken before ANDREA L. CARTER, a Certified Shorthand Reporter of said state, CSR No. 84-3722, at Suite 2100, 233 South Wacker Drive, Chicago, Illinois, on the 22nd day of July, A.D. 2008, at 1:00 p.m.

1  of his cell because he was barefoot, and standing on
2  a concrete tile floor. He requested that the
3  officers give him his sandals back. Officers Davi,
4  Smetters and Sergeant Hilliard dragged Mr. Brownlee
5  out of his cell and brought him to the front of the
6  booking area."
7         From your review of the materials, do you
8  know why he was dragged out of his cell?
9     A.   Because he wouldn't come out.
10    Q.   In your opinion should they have dragged
11 him out, or should they have done something else?
12    A.   He is wearing a pair of flip-flops. I
13 have been in this business for 39 years. I have
14 never heard of anybody getting hurt by flip-flops.
15 So all they had to do is give his shoes -- he said:
16 "I'll come out if you give me my shoes," and his
17 shoes were flip-flops.
18         That's all he had to do was give him his
19 shoes, and they said they don't take orders from
20 arrestees. I don't understand it, but you have a
21 man that you disrobe twice. He was naked for a
22 minute. You put him back in his cell. You throw
23 his pants at him. You take his shoes away. He is
24 in the cell for a number of hours according to you,

1  and he now is standing on a cold -- I would imagine
2  it's a cold tile floor having been humiliated.
3              And now he asks for his shoes to come out
4  of the cell which I don't think was any big deal for
5  the officers to give him his shoes back.  Then
6  hopefully he would have come out of the cell as he
7  agreed to.
8       Q.    Did you -- in the materials you reviewed,
9  did any of the officers indicate why they just
10 didn't give him his shoes?
11      A.    Yes, I just mentioned that they -- I
12 believe it was Officer Smetters or Davi indicated
13 they don't take orders from arrestees.
14      Q.    Any other reason?
15      A.    Well, there was something about that they
16 had received some bulletins or something about
17 people having liquid or the shoes being possibly
18 weapons of some sort.  When you get someone in and
19 you take their shoes away, which you normally do
20 because most shoes have laces, and a person can hurt
21 himself or others, you normally give them the shoes
22 back without the laces.
23             I have never heard of anybody using
24 flip-flops to hurt anyone else or themselves, and