```
                                                                    CSP048
         COURT DOCKET WILL CIRCUIT                         Date: 6/06/2008
                                                           Time: 14/55/08
                                                           Page:    1
     2007 CM 002121   Judge: POWERS MICHAEL J   From  0/00/0000 To 99/99/9
                                                           User: MLWN
         Case Names              Attorney Names            Wsid: CCLK200A
                    VS                                     All Entries Fo
     BROWNLEE TIMOTHY R     KUTNICK JOSHUA B
     SANDIFER TIAAEN
 Date
```

5/29/2007  Charge 01 Count 001 ATTEMPT OBSTRUCT JUST/DESTROY EVIDENCE May 28,200
Defendant BROWNLEE TIMOTHY R
Statute 720 5/31-4(a)   Class A   CSA A   Orig.
Agency: BOLINGBROOK VILL   Charge Instr: COMPLAINT

**EXHIBIT I**

5/29/2007  Mittimus For Failure To Give Bail Filed

5/29/2007
People present by DEBRA J. WENDLING. Defendant present in custody of the Will County Sheriff pursuant to video court. Complaint is filed and copy served on the defendant. Charges and rights explained. Defendant enters a plea of not guilty. Defendant advises the Court he will hire private counsel. Case is set for jury pretrial. Based on sworn testimony of Assistant State's Attorney, DEBRA J. WENDLING, Court finds probable cause to continue the defendant's detention. Gerstein hearing completed. Bond set in the amount of $1,000.00- 10% to apply. Copy of mittimus issued in open court. Defendant remanded to the custody of the Will County Sheriff.
Pretrial Jun 26,2007 09:00AM Rm302   Judge POWERS
Judge:LORZ ROBERT C   Rep:ELECTRONIC RECORDING   Clerk:BHHY  M

5/29/2007  Complaint - ATTEMPT OBSTRUCTING JUSTICE

5/30/2007  Bond Type Bail $100.00 Bond $1000.00 Defendant BROWNLEE TIMOTHY R
Assignment SANDIFER TIAAEN   Judge POWERS MICHAEL J
Return Date Jun 26,2007 09:00AM Rm302   Judge POWERS

5/31/2007  Sheriff Fee Bill Filed May 28,2007 Judge LORZ Amt $41.00

6/26/2007  Appearance on behalf of defendant FILED BY  Atty KUTNICK JOSHUA B

6/26/2007  See Order Signed FILED BY  Asst States Attorney LESZCYNSKI LAURENCE

6/26/2007
People present by Laurence Leszcysnki. Defendant appears in person and by Attorney Lisa Kinser for Attorney Joshua Kutnick. Motion of the defendant, case is continued for pretrial. Schmidt discovery is ordered tendered by July 10, 2007. SOS
Pretrial Jul 26,2007 09:00AM Rm302   Judge POWERS
Judge:POWERS MICHAEL J   Rep:ELECTRONIC RECORDING   Clerk:HRTD  M

7/26/2007  See Order Signed FILED BY  Asst States Attorney LESZCYNSKI LAURENCE

7/26/2007
People present by Laurence Leszcynski. Defendant appears in person and by Attorney Lisa Kinser for Attorney Joshua

C O N T I N U E D   O N   N E X T   P A G E          000055

```
COURT - DUPAGE COUNTY CIRCUIT CLERK                              CSP048
                                                      Date:  6/06/2008
                                                      Time: 14/55/08
                                                      Page:        2
    2007 CM 002121   Judge: POWERS MICHAEL J    From  0/00/0000 To 99/99/9
                                                      User: MLWN
Date
7/26/2007  Kutnick. Attorney Lisa Kinser is given leave to withdraw as
           co-counsel. Motion of the defendant, case is continued for
           pretrial and Rule to Show Cause against Attorney Joshua
           Kutnick. SOS
           Pretrial Aug 01,2007 09:00AM Rm302  Judge POWERS
           Judge:POWERS MICHAEL J   Rep:ELECTRONIC RECORDING   Clerk:HRTD  M

8/01/2007
           PEOPLE OF THE STATE present by JACK ZAREMBA. Defendant appears in
           person and by Attorney, Joshua Kutnick. Matter comes on for
           pretrial. The Rule to Show Cause against Mr. Kutnick is withdrawn.
           Defendant enters a plea of not guilty. By agreement of the
           parties, case is set for bench trial. Discovery is acknowledged.
           Defendant agrees that speedy trial demand is tolled until
           September 20,2007. SOS
           Bench Trial Sep 20,2007 09:00AM Rm302  Judge POWERS
           Judge:POWERS MICHAEL J   Rep:ELECTRONIC RECORDING   Clerk:KATE  M

8/01/2007  Waiver of Trial By Jury FILED BY  Defendant BROWNLEE TIMOTHY R

8/01/2007  See Order Signed FILED BY  Atty KUTNICK JOSHUA B

9/20/2007
           People of the State present by Emily Klunk. Defendant is
           present and by Attorney, Joshua Kutnick. Matter is called
           for bench trial at 9:35 a.m. State makes an oral motion
           to continue. Motion is denied. On motion of the People,
           case is dismissed. Order enters nolle prosequi. Defendant
           files Speedy Trial Demand in open court; copy served on
           the State. Bond to be refunded to surety.
           Judge:POWERS MICHAEL J   Rep:ELECTRONIC RECORDING   Clerk:KATE  M

9/20/2007  Demand for Speedy Trial FILED BY  Atty KUTNICK JOSHUA B

9/20/2007  Disposition 01/00  Count 001  No Fine & Cost Signed
           Judge POWERS MICHAEL J  Defendant Present BROWNLEE TIMOTHY R
           Atty KUTNICK JOSHUA B   Asst States Attorney KLUNK EMILY R
           Disposition: Nolle Prosequi ATTEMPT OBSTRUCT JUST/DESTROY EVIDENCE
           Disposition Type: Court Action   Defendant Plea: No Plea Entered
           Statute 720 5/31-4(a)  Class A  CSA A  Orig.
           Sentence: 09/20/2007
           No Fine & Cost                .00
           Status:Closed   Report:Terminated  Sep 20,2007
           Judge:POWERS MICHAEL J

9/27/2007  Bond Refund Fee $100.00  Amt $90.00  Bond Used
           Defendant BROWNLEE TIMOTHY R

2/05/2008  Copies & Cert. Copies Fee $8.50  Defendant BROWNLEE TIMOTHY R
```

000056