

**Adventist Bolingbrook Medical Center - Emergency Department**
400 Medical Center Drive Bolingbrook, IL 60440
(630) 226-8100
Patient: TIMOTHY BROWNLEE, Date of Birth: 03/29/1972, MR#: 2162476
Treating Provider: KEVIN BENFIELD, M.D.
Date: 05/28/2007 Time: 18:04

## Discharge Instructions

Learning Needs Identified: Illness, Medication, Devices/Equipment/Treatments, Follow-up Care
Primary Language: English
Barriers Identified: None
Intervention for Barriers to Learning: None
Teaching Methods Used: Printed patient instruction, Verbal Instruction

EXHIBIT J

**IMPORTANT:** We examined and treated you today on an emergency basis only. This was not a substitute for, or an effort to provide, complete medical care. In most cases, you must let your doctor check you again. Tell your doctor about any new or lasting problems. We cannot recognize and treat all injuries or illnesses in one Emergency Department visit. If you had special tests, such as EKG's or X-rays, we will review them again within 24 hours. We will call you if there are any new suggestions. After you leave, you should **follow the instructions below**.

You were treated today by KEVIN BENFIELD, M.D..

---

### THIS INFORMATION IS ABOUT YOUR FOLLOW UP CARE

If you need assistance finding a doctor, please call Physician Referral Service at 630-856-7500.

Call as soon as possible to make an appointment in 1-3 DAYS to see STEVEN MATHER, M.D. or with one of his or her associates. You can reach STEVEN MATHER at (630) 968-1881, 4115 FAIRVIEW AVENUE, DOWNERS GROVE, IL, 60515. If you have any problems before this appointment, call the office.

---

### THIS INFORMATION IS ABOUT YOUR DIAGNOSIS

**FRACTURED FINGER**
You have broken one of the bones in your finger(s). Your doctor may have put the broken bone back into place. You have a splint or cast to hold your finger straight and protect it while it heals. If your doctor has splinted the fingers next to the broken finger as well, they will help support the broken one. Research has shown that smoking slows fracture healing. It is important to follow your doctor's treatment and therapy instructions, as a broken finger can cause decreased function and deformity without proper care.

**Follow these instructions:**
- Rest your hand more than usual during the next week.
- When resting, try to keep your hand elevated (above the level of your heart). This reduces swelling. Prop it up with pillows.
- For the next 24 hours, apply ice packs for 15 minutes out of each hour.
- Wear the splint until you see your doctor again.
- Eat foods that are nutritious and high in protein and fiber. Foods high in protein include meat, fish, poultry, beans, cheese, milk, eggs, tofu.

**Call your doctor if you have:**
- increased swelling, pain, numbness or tingling in your hand.

000006



Adventist Midwest Health
A Member of Adventist Health System

Adventist Bolingbrook Medical Center - Emergency Department
400 Medical Center Drive Bolingbrook, IL 60440
(630) 226-8100
Patient: TIMOTHY BROWNLEE, Date of Birth: 03/29/1972, MR#: 2162476
Treating Provider: KEVIN BENFIELD, M.D.
Date: 05/28/2007 Time: 18:04

- coolness or color change in your hand.
- increased pain or swelling not helped by rest, ice and medicine.
- any new or severe symptoms.

**This is Information About Your New Medications - Start taking as prescribed.**

**ACETAMINOPHEN and CODEINE**

Take this medicine **with food** in the following dose:
**Tylenol #3**: 1 tablet by mouth every 6 hours if needed for pain.

This is a mixture of two pain relievers. Acetaminophen is used for mild pain. Codeine is used for mild to moderate pain. Codeine is in a drug class called narcotic pain relievers. Narcotics can cause sleepiness and addiction or dependence on the drug. Together they can relieve moderate to severe pain. Acetaminophen/codeine may also be prescribed to reduce a cough. This combination medicine may be used for other reasons, as prescribed by your doctor.

**Side effects** may include:
- sleepiness
- upset stomach
- constipation (hard stools)
- dizziness
- drowsiness
- mood changes

Other side effects may occur, but are not as common.
Allergy would show up as: **rash or itching, facial or throat swelling, wheezing or shortness of breath.** This medicine can be habit forming if used for a long period of time.

**Before taking this medicine, tell your doctor if:**
- you are allergic to any medicines, foods or dyes, especially acetaminophen or codeine.
- you are pregnant or breast-feeding.
- you have a history of alcoholism.
- you have a history of liver disease or hepatitis.
- you have severe diarrhea or colitis.
- you have a history of lung or breathing problems, such as asthma or emphysema.
- you have trouble urinating.
- you have thyroid or adrenal gland problems.
- you have seizures or a history of brain trauma or disease.

**Follow these instructions:**
- Take this medicine **with food** to avoid an upset stomach.
- To avoid constipation while taking this medicine:
  - Drink plenty of liquids. Try to drink 8 to 10 eight-ounce glasses of water or juice each day.
  - Include extra fiber in your diet.
  - Exercise daily.
- Never take more of this medicine than prescribed.



**Adventist Bolingbrook Medical Center - Emergency Department**
400 Medical Center Drive Bolingbrook, IL 60440
(630) 226-8100
Patient: TIMOTHY BROWNLEE, Date of Birth: 03/29/1972, MR#: 2162476
Treating Provider: KEVIN BENFIELD, M.D.
Date: 05/28/2007 Time: 18:04

- Read the labels of non-prescription medicines. Many contain acetaminophen. To avoid an overdose, do not take any other medicines that contain acetaminophen.
- Sit or stand slowly to avoid dizziness.
- Do not share this medicine with others as this medicine is a controlled-substance. Sharing this medicine with others is against the law.
- Watch for signs of dependence:
    - feeling that you "cannot live without this medicine".
    - you need more of this medicine than before to get the same relief.
- Do not drink alcohol, drive or operate machinery while taking this medicine.
- Store this medicine away from heat, moisture or direct light.
- If you are taking this on a regular schedule and you miss a dose, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and return to your regular schedule. Do not double the doses.

**Talk with your doctor before taking any other medicines (including herbals) as you may require additional monitoring especially:**

- monoamine oxidase inhibitors ("MAOI") such as Marplan, Nardil or Parnate taken in the last 14 days. Dangerous side effects could occur.
- naltrexone
- other pain medicines
- seizure medicines, such as phenytoin (Dilantin), phenobarbital, carbamazepine
- other medicines that cause sedation (dangerous sedation or sleepiness can occur):
    - sleeping pills
    - antihistamines such as Benadryl, Dimetane, Chlor-Trimeton, others
    - antidepressant medicines
    - antianxiety medicines such as Xanax, Ativan, others
    - anticholinergics such as Atrovent, Pro-Banthine, Levsin, Anaspaz, Donnatal, Quarzan, Bentyl, Antispas, scopolamine
    - phenothiazines such as Thorazine, Prolixin, Mellaril, Compazine, others

**Call your doctor if you have:**
- any sign of allergy.
- any sign of dependence.
- slow or irregular breathing.
- slow or irregular heart beat.
- a yellow-color to your skin or eyes, or dark urine.
- stomach pain.
- unusual or extreme tiredness.
- any new or severe symptoms.

---

**THIS INFORMATION IS ABOUT MEDICAL EQUIPMENT AND TREATMENTS**

**FIBERGLASS CAST.**
A cast or splint keeps your injured part still and protected. We made your cast from fiberglass. It is quite strong. The fiberglass itself is waterproof, but the cast padding inside is not. It can stay soggy for quite a while.



**Adventist Bolingbrook Medical Center - Emergency Department**
400 Medical Center Drive Bolingbrook, IL 60440
(630) 226-8100
Patient: **TIMOTHY BROWNLEE**, Date of Birth: 03/29/1972, MR#: 2162476
Treating Provider: **KEVIN BENFIELD, M.D.**
Date: 05/28/2007 Time: 18:04

**Do the following:**
- Try to keep your cast dry.
- Use a cool blow dryer to dry a wet fiberglass cast.
- If you have a leg cast, do not stand on it unless your doctor tells you to do so. (Use crutches instead.)
- Watch for signs of a tight cast:
  - numbness
  - swelling
  - color change in the part beyond the cast
  - increased pain

**Call your doctor if you have:**
- any sign of a tight cast.
- increased pain or swelling anywhere in your injured part.
- loosening of the cast.
- pain not helped by your pain medicine.
- any new or severe symptoms.

**ARM SLING.**
An arm sling will put the weight of your injured arm onto your opposite shoulder. It keeps the injured arm raised up. This helps reduce pain and swelling.

**Do the following:**
- Adjust the sling to keep your forearm level and comfortable.
- Make sure that the hand of the injured arm does not droop down. That could stretch some nerves in the wrist.
- Support your hand in the sling or use the thumb strap in the sling.

**R.I.C.E. THERAPY.**
This stands for the first aid for injuries (Rest, Ice, Compression, Elevation). This reduces swelling and pain and will help you heal. Use this for sprains, bruises, strains, dislocations or simple bone breaks.

**Rest:**
This will prevent more injury and reduce pain and bleeding.
- Stop using your injured part right away.

**Ice:**
This reduces bleeding and swelling. It causes the blood vessels to get smaller. The less blood around an injury, the quicker it will heal.
- Lay a towel or washcloth over your injured part.
- Place the ice bag (or plastic bag filled with ice) on the towel or washcloth.
- Keep the ice on your injury for about 15 to 20 minutes.
- Remove the ice for 15 minutes.
- Repeat this every 3-4 hours for the next couple of days.

**Compression:**
This slows bleeding and limits the amount of blood around the injury. This will reduce swelling.



**Adventist Bolingbrook Medical Center - Emergency Department**
400 Medical Center Drive Bolingbrook, IL 60440
(630) 226-8100
Patient: TIMOTHY BROWNLEE, Date of Birth: 03/29/1972, MR#: 2162476
Treating Provider: KEVIN BENFIELD, M.D.
Date: 05/28/2007 Time: 18:04

- Wrap an Ace bandage firmly around the injury. Start below the injury and end above the injury.
- Do not wrap it too tight. Signs of a tight bandage are numbness, pain or a blue skin color below the injury.

**Elevation:**
This reduces swelling and pain.
- Raise your injured area above the level of your heart. Prop it up with pillows, if you can.

**Pain Assessment and Management:**
- On a scale of 0 to 10, where 0 means no pain and 10 means the worst possible pain, what number would you give your pain now? _____
- Where is your pain located? _____
- Have you felt that your pain has been relieved or controlled while you were in the Emergency Department? _____
- Some ways to manage your pain when you get home: pain medicines, elevate the part that hurts, ice

### STROKE EDUCATION
YOUR BEST DEFENSE AGAINST STROKE

**PREVENT**: Don't smoke -- Treat diabetes -- Eat a healthy diet -- Be physically active -- Maintain a healthy weight -- Control high blood pressure -- Get regular check-ups

**DETECT**: Know the warning signs ... Sudden numbness or weakness of the face, arm or leg (especially on one side of the body) -- Sudden confusion, trouble speaking or understanding -- Sudden trouble seing in one or both eyes -- Sudden trouble walking, dizziness, loss of balance or coordination -- Sudden severe headache with no known cause

**SURVIVE**: Call **9-1-1** immediately if any signs occur... Receiving treatment within three hours can reduce the effects of stroke and minimize permantent disability.

000010



**Adventist Midwest Health**
A Member of Adventist Health System

**Adventist Bolingbrook Medical Center - Emergency Department**
400 Medical Center Drive Bolingbrook, IL 60440
(630) 226-8100

Patient: TIMOTHY BROWNLEE, Date of Birth: 03/29/1972, MR#: 2162476
Treating Provider: KEVIN BENFIELD, M.D.
Date: 05/28/2007  Time: 18:04

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicines as prescribed. Most important, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

"I have received this information and my questions have been answered. I have discussed any challenges I see with this plan with the nurse or physician."

_____
TIMOTHY BROWNLEE or Responsible Person

_____
Telephone number

TIMOTHY BROWNLEE or Responsible Person has received this information and tells me that all questions have been answered.

_____
RN Staff Signature

000011

```
                    HINSDALE 02                              Page    2
Hsp  Document#  Account  Med Rec #  Patient's Name
002  7514804    6408432  002162476  BROWNLEE, TIMOTHY

Worktype:  03-EMERGENCY DEPARTMENT SUMMARY
```

Posterior mold thumb spica splint was placed to the right thumb and hand and wrist area. Tylenol No. 3 with Codeine was given one tablet in the emergency room and a prescription for one tablet every six hours, cautioned drowsiness, as needed. The patient to take x-ray copy and see the orthopedic physician for followup as soon as possible in one to two days. The patient left the Emergency Department in good condition with police custody.

DIAGNOSES:
1. Probable right thumb fracture.
2. Right hand and wrist contusion and sprain.
3. Right shoulder and right leg contusion.
4. Multiple blunt trauma.

PLAN: See above discussion.


MT/54182
JOB ID 98544




"Document is not considered final until review/verification at 72 hours."

                                        E-SIG Kevin F. Benfield,
M.D.


KFB/aa
D: 05/28/2007 22:53:21 C.T.
T: 05/29/2007 09:26:34 E.T.
E: 05/29/2007 09:26:34 E.T./
Job #: 98544  Doc #: 7514804  AMH Job #:
cc: C.T. = Central Time / E.T. = Eastern Time
ADVENTIST MIDWEST HEALTH
ADVENTIST HINSDALE HOSPITAL
120 North Oak Street
Hinsdale, IL 60521

---

Admit: 05/28/2007          Patient Name:  BROWNLEE, TIMOTHY