# BOLINGBROOK POLICE DEPARTMENT
## STATEMENT FORM

| REPORTING AGENCY | | SUPPLEMENTAL REPORTS | | INCIDENT REPORTING NO |
|---|---|---|---|---|
| IL0990200 | | | | 07-19476 |
| RD 15 | INV ASSG | DATE OCCURRED 5/28/07 | TIME OCCURRED 1310 | PAGE OF |

Around 1 PM, May 28, 2007, I was talking to my husband on the front porch. The neighbor at 3 Rye Court come out with his wife (I think) He was telling his children to not to listen to my husband and for his kids to tell him if my husband tells them anything not to listen to him and he said it loud enough for us to hear, My husband said I hear you and he said "I want you to hear me" "I want your mother fucking white ass to hear me" at that point we come in the house and we called 911. He was still yelling and then drove off. He also raised his hand towards of us so he wanted to emphasize what he was saying. We are willing to file complaints.

Rox Lu Pausche
Paul J. Pausche

| NAME: LAST Pausche, | FIRST Paul | MIDDLE Jerome | DATE OF BIRTH 10/10/34 |
|---|---|---|---|
| ADDRESS 4 Rye Ct. | | | HOME PHONE 630-739-0952 |
| CITY Bolingbrook | STATE IL | ZIP CODE 60440 | WORK PHONE |
| OFFICER DAUE | STAR 1117 | DATE REPORTED 5/28/07 | TIME REPORTED 1310 |

BRN028