IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BROWNLEE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7085 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| VILLAGE OF BOLINGBROOK, *et al.* | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE
HIS NINETEEN PAGE RESPONSE BRIEF *NUNC PRO TUNC***

Now comes Plaintiff, TIMOTHY BROWNLEE, by and through his attorneys, LOEVY & LOEVY, and respectfully requests leave of this Court to file his over-sized response brief to the Defendants' Motion for Summary Judgment *nunc pro tunc*. In support thereof, Plaintiff states as follows:

1.    Defendants have moved for summary judgment on every one of Plaintiff's ten counts against them.[1]

2.    Plaintiff has drafted his Response brief and has addressed every point raised by Defendants in their memorandum in support of their Motion. Defendants' Motion, however, has required Plaintiff to go beyond the fifteen page limit to respond to their brief.

3.    Plaintiff has edited his brief as much as possible, but further edits will require him to jettison substantive arguments that would assist the Court in weighing the parties' claims.

---

[1] Plaintiff's eleventh and twelfth counts are premised on respondeat superior liability and a demand for indemnification. Both of these counts are entirely derivative of Plaintiff's first seven claims.

4. Plaintiff, therefore, respectfully requests that this Court grant leave for Plaintiff to file his nineteen page Response brief, attached as Exhibit 1, *nunc pro tunc*.

5. This Motion should not prejudice Defendants as they will have an additional fifteen pages to reply in support of their Motion.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff respectfully requests that this Court grant leave for Plaintiff to file his nineteen page response *brief nunc pro tunc*.

RESPECTFULLY SUBMITTED,

s/Russell Ainsworth
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
312 North May St
Suite 100
Chicago, IL 60607
(312) 243-5900

**CERTIFICATE OF SERVICE**

I, Russell Ainsworth, certify that on August 14, 2008, I delivered the attached Motion to counsel of record by electronic means.

/s/Russell Ainsworth