IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BROWNLEE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7085 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| VILLAGE OF BOLINGBROOK, *et al.* | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

### NOTICE OF MOTION

Please take notice that on August 19, 2008 at 9:45 a.m., I will appear before Judge Castillo in the court room usually occupied by him at 219 South Dearborn, Chicago, IL and then and there present Plaintiff's **Motion for Leave to File His Oversized Response Brief *Nunc Pro Tunc*.**

/s/Russell Ainsworth
Attorneys for Plaintiff
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
(312) 243-5900
(312) 243-5902 (fax)

### CERTIFICATE OF SERVICE

I, Russell Ainsworth, an attorney, certify that on August 14, 2008, I served this document by ECF electronic filing as to each party who is represented by counsel who uses electronic filing and by facsimile to all other counsel.

/s/Russell Ainsworth