IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY BROWNLEE, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 7085 |
| | ) | |
| v. | ) | Judge Ruben Castillo |
| | ) | |
| VILLAGE OF BOLINGBROOK, *et al.* | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## PLAINTIFF'S UNOPPOSED MOTION TO CONVENE A SETTLEMENT CONFERENCE

Now comes Plaintiff, TIMOTHY BROWNLEE, by and through his attorneys, LOEVY & LOEVY, and respectfully petitions this Court to convene a settlement conference in the above-captioned case. In support thereof, Plaintiff states as follows:

1. The parties have recently engaged in discussions aimed at reaching a mutually agreeable resolution of this case.

2. Thus far, the parties have been unable to reach a final agreement. Nevertheless, there is reason to believe that this Court's assistance may very well resolve this case.

3. Plaintiff has conferred with counsel for Defendants, Craig Penrose, and Defendants have no objection to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court convene a settlement conference.

RESPECTFULLY SUBMITTED,

s/Russell Ainsworth
Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Russell Ainsworth
LOEVY & LOEVY
312 North May St
Suite 100
Chicago, IL 60607
(312) 243-5900

## CERTIFICATE OF SERVICE

I, Russell Ainsworth, certify that on August 26, 2008, I delivered the attached Motion to counsel of record by electronic means.

/s/Russell Ainsworth