UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Timothy Brownlee
                       Plaintiff,

v.                                           Case No.: 1:07−cv−07085
                                                 Honorable Ruben Castillo

Davi, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2008:

      MINUTE entry before the Honorable Ruben Castillo:In view of this Court's congested criminal calendar, the trial date of 9/2/2008 is vacated. The Court will set any necessary trial date once it rules on the defendants' pending motion for summary judgment. The parties are notified that this Court may use time limits if a trial occurs before this Court. The parties are requested to fully exhaust any remaining settlement possibilities as well as reevaluate whether they are willing to mutually consent to the general jurisdiction of the designated magistrate judge. Plaintiff's motion to convene a settlement conference [55] is granted. The Court will hold a settlement conference in chambers on 9/3/2008 at 4:30 PM. Clients with settlement authority are directed to appear or be available by telephone.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.