**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Timothy Brownlee
                      Plaintiff,

v.                                   Case No.: 1:07−cv−07085
                                           Honorable Ruben Castillo

Davi, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Settlement conference held in chambers on 9/3/2008. Full settlement reached. This case is dismissed without prejudice subject to a dismissal with prejudice upon the filing of a stipulation or appropriate settlement documents. Defendants' motion for summary judgment [40] is denied as moot. Mailed notice(rao, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.